# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABRAHAM BARKHORDAR, SARAH ZELASKY, and ELLA WECHSLER-MATTHAEI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>HARVARD UNIVERSITY,<br><br>    Defendant. | Civil Action No. 1:20-cv-10968-IT |

## DEFENDANT'S MOTION TO DISMISS
## THE FIRST AMENDED CONSOLIDATED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Rule 7.1(b) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Harvard University,[1] by and through its undersigned attorneys, hereby moves this Court for an Order dismissing Plaintiffs' First Amended Consolidated Complaint in its entirety, with prejudice. The grounds for this motion are set forth in the accompanying Memorandum of Law.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(d) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant hereby requests oral argument in connection with this Motion on the ground that such argument may assist the Court in connection with the issues presented herein.

### RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel for Defendant certifies that Defendant's counsel has conferred in good faith with counsel for Plaintiffs in an effort to resolve or narrow the issues presented in this Motion.

WHEREFORE, Defendant respectfully requests that this Court issue an Order dismissing the First Amended Consolidated Complaint with prejudice.

---

[1] The President and Fellows of Harvard College is the legal entity comprising Harvard University, and is the proper party to this litigation.

Dated:  October 7, 2020  Respectfully submitted,

/s/ *Anton Metlitsky*
Anton Metlitsky (*pro hac vice*)
ametlitsky@omm.com
Jennifer Sokoler (*pro hac vice*)
jsokoler@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Matthew Powers (*pro hac vice*)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Victoria L. Steinberg, BBO #666482
vsteinberg@toddweld.com
Rebecca M. O'Brien, BBO #693592
robrien@toddweld.com
TODD & WELD LLP
One Federal Street
Boston, MA  02110
Telephone: (617) 624-4714
Facsimile: (617) 624-4814

*Attorneys for Defendant*
*President and Fellows of Harvard College*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 7, 2020.

>  */s/ Anton Metlitsky*
> Anton Metlitsky (*pro hac vice*)