# EXHIBIT 3

# Harvard Law School
# Handbook of Academic Policies
# 2019 - 2020

The official Handbook is available at https://hls.harvard.edu/dept/academics/handbook/. This PDF of the 2019-2020 Harvard Law School Handbook of Academic Policies is provided for ease of reference.

## Table of Contents

Faculty ................................................................................................................................................. 9

**Professors Emeriti** ........................................................................................................................ 9

**Professors and Assistant Professors of Law** ........................................................................ 9

**Clinical Professors and Assistant Clinical Professors** ...................................................... 13

**Professors of Practice** .............................................................................................................. 14

**Affiliated Harvard University Faculty** ................................................................................. 14

**Visiting Professors of Law** ..................................................................................................... 15

**Climenko Fellows** ...................................................................................................................... 17

**Lecturers on Law** ....................................................................................................................... 17

I. Requirements for the J.D. Degree .......................................................................................... 23

A. Residence ..................................................................................................................................... 23

B. Statement of Learning Outcomes ........................................................................................... 23

C. First-Year J.D. Course and Credit Requirements ............................................................... 24

D. Upper-Level J.D. Course and Credit Requirements .......................................................... 24

1. Required Law School Classroom Work .............................................................................. 24

2. Required Additional Credits .................................................................................................. 25

3. Transfer Student J.D. Program-Special Considerations .................................................. 25

E. Definition of the Law School Credit Hour ........................................................................... 26

F. Experiential Learning Requirement ....................................................................................... 26

G. Professional Responsibility Requirement ............................................................................ 27

H. Upper-Level International and Comparative Course Requirement ................................ 27

I. Upper-Level J.D. Residency Requirements ........................................................................... 28

J. Joint and Coordinated Degree Credit and Residency Requirements .............................. 28

K. J.D. Written Work Requirement................................................................................ 29

  1.  Option 1 of the J.D. Written Work Requirement.................................................... 29

  2. Option 2 of the J.D. Written Work Requirement..................................................... 30

  3. Experiential Learning, Professional Responsibility, and Written Work ..................... 31

  4. Supervision ...................................................................................................... 31

  5. Supervision by Visiting Faculty........................................................................... 31

  6. Prohibition against Compensation ...................................................................... 31

  7. Multiple Use of Papers ...................................................................................... 31

  8. Human Subjects Research ................................................................................. 32

L. Pro Bono Requirement ........................................................................................... 32

M. Pro Bono and Written Work Credit for Political Activities............................................ 33

  1. Pro Bono Credit ............................................................................................... 33

  2. Written Work Credit.......................................................................................... 34

N. Class Attendance and Participation; Overlapping Class Times ..................................... 34

O. Grades for J.D. Students......................................................................................... 35

  1. Honors, Pass, Low Pass, or Fail Grades .............................................................. 35

  2. Dean's Scholar Prizes ....................................................................................... 35

  3. Credit/Fail Grades............................................................................................ 36

P. Extensions............................................................................................................ 36

Q. Grade Changes ..................................................................................................... 36

R. Completion of Course Evaluations and Grade Release ................................................ 37

S. Graduation with Honors ......................................................................................... 37

T. Minimum Grades for J.D. Students .......................................................................... 38

U. Minimum Annual Progress for J.D. Students............................................................. 39

  1. First-Year Work................................................................................................ 39

  2. Second-Year Work............................................................................................ 39

  3. Third-Year Work .............................................................................................. 40

  4. International and Comparative Law Course Requirement ...................................... 40

  5. Legal Profession Course (Professional Responsibility Requirement) ........................ 40

  6. Two or More Failing Grades ............................................................................... 40

V. Retaking Courses, Taking a Different Examination in the Same Course, and Substitute
Work ...................................................................................................................... 40

II. Requirements for Graduate Degrees......................................................................... 41

A. Master of Laws (LL.M.) .......................................................................................... 41

1. LL.M. Residence and Credit Requirements ........................................................................ 41

2. Recommended Courses ........................................................................................................ 42

3. Class Attendance and Participation; Overlapping Class Times ................................... 42

4. Grades for LL.M. Students ................................................................................................... 43

5. LL.M. Written Work Requirement ...................................................................................... 45

6. Additional Rules Relating to the LL.M. Written Work Requirement ......................... 46

B. Doctor of Juridical Science (S.J.D.) ......................................................................................... 48

1. Study Plan .............................................................................................................................. 48

2. First Year in Residence ........................................................................................................ 49

3. Oral Examination .................................................................................................................. 49

4. Prospectus .............................................................................................................................. 50

5. Presentations at the S.J.D. Colloquium ............................................................................ 50

6. Submission and acceptance of the doctoral dissertation .............................................. 50

7. Oral Defense of the Dissertation ....................................................................................... 51

8. Submission of Dissertation to the Library ....................................................................... 51

III. Additional Academic Opportunities (J.D. and Graduate Programs) ................................ 52

A. Additional Written Work Opportunities ............................................................................... 52

1. Optional Written Work ........................................................................................................ 52

2. Winter Term Writing Program ........................................................................................... 53

B. Clinical Legal Education ............................................................................................................ 54

1. Overview ................................................................................................................................ 54

2. Requirements for Clinical Credits ..................................................................................... 55

3. Enrollment and Credits ....................................................................................................... 56

4. International J.D. Students in Clinics ................................................................................. 57

5. Opportunities for Student Practice ................................................................................... 57

C. Cross-Registration ..................................................................................................................... 59

1. Cross-Registration from Harvard Law School ............................................................... 59

2. Cross-Registration into Harvard Law School ................................................................. 61

D. Auditing a Harvard Law School Course ................................................................................ 62

E. Joint, Coordinated, and Concurrent Degree Opportunities for J.D. Students ................ 63

1. Joint Degree Programs ......................................................................................................... 63

2. Coordinated J.D./Ph.D. Program ...................................................................................... 63

3. Concurrent Degrees ............................................................................................................. 64

4. Rules and Policies ................................................................................................................. 64

F. J.D. Studies at Other Schools ........................................................................................ 64

   1. Study Abroad for J.D. Students ................................................................................. 64

   2. Berkeley Exchange Program for J.D. Students.......................................................... 65

   3. Program for Third-Year Visits .................................................................................. 65

   4. Coordinating Approved Studies at Other Schools..................................................... 66

IV. Examinations.................................................................................................................. 66

A. General Examination Policy........................................................................................... 66

B. Deferred Examination Policy ......................................................................................... 67

C. Retaking an Examination ............................................................................................... 69

V. Academic Honesty ........................................................................................................... 70

A. Violation of Examination Rules; Dishonesty in Examinations ..................................... 70

B. Preparation of Papers and Other Work—Plagiarism and Collaboration......................... 70

C. Multiple Use of Papers ................................................................................................... 71

VI. Registration Schedule and Course Change Deadlines ................................................... 71

A. Registration Overview ................................................................................................... 71

B. Check-in.......................................................................................................................... 71

   1.  Check-in Process and Administrative Clearance...................................................... 71

   2. Check-in Dates and Administrative Clearance Dates ............................................... 71

   3. Certification .............................................................................................................. 72

C. Course and Clinic Registration Periods.......................................................................... 72

D. Course Add/Drop Deadlines ........................................................................................... 73

E. Course Withdrawal Deadlines ........................................................................................ 73

F. Clinic Add/Drop Deadlines............................................................................................. 74

G. Clinic Withdrawal Deadlines.......................................................................................... 75

H. Course and Clinic Waitlists............................................................................................ 75

VII. Written Work Registration Deadlines .......................................................................... 76

A. Summary of Written Work Registration Deadlines ........................................................ 76

B. Registration for the J.D. Written Work Requirement ..................................................... 77

   1. Option 1..................................................................................................................... 77

   2. Option 2..................................................................................................................... 77

C. Registration for the LL.M. Written Work Requirement ................................................. 78

D. Mandatory Registration for the Written Work Requirement ......................................... 78

E. Registration for Optional Written Work.......................................................................... 78

F. Application and Registration for the Winter Term Writing Program ................................ 79

G. Additional Credit for J.D. Written Work.................................................................. 79

VIII. Deadlines for Submission of Law School Work .............................................. 80

A. Submission Deadlines for Academic Work........................................................... 80

B. Submission Deadlines for Academic Work in Courses, Seminars, & Reading Groups... 80

C. Submission Deadlines for Option 1 of the J.D. Written Work Requirement; LL.M.
Written Work Requirement; Optional Written Work; Winter Term Writing Program ..... 81

1. Deadline for All Students ..................................................................................... 81

2. Extensions for May Degree Candidates (J.D. and LL.M.)................................. 81

3. Extensions for 1Ls and 2Ls ................................................................................. 81

D. Submission Deadlines for Option 2 of the J.D. Written Work Requirement.................... 82

IX. Deadlines for Applying to Special Programs.......................................................... 82

A. Joint and Concurrent Degree and Study Abroad Deadlines ................................. 82

B. Berkeley Exchange Program ................................................................................. 82

C. Program for Third-Year Visits .............................................................................. 82

D. Visits into Harvard Law School ............................................................................ 82

X. Leaves and Withdrawals ........................................................................................... 82

A. Voluntary Leave of Absence ................................................................................. 83

B. Requesting a Leave ................................................................................................ 83

C. Length of Leave ..................................................................................................... 83

D. Involuntary Leaves of Absence ............................................................................. 84

E. While on a Leave of Absence ................................................................................ 85

1. Other Administrative Matters............................................................................. 86

F. Returning to School................................................................................................ 86

G. Contracts for Enrollment ....................................................................................... 87

H. Returning from Leave ............................................................................................ 87

I. Extending Personal Leaves ..................................................................................... 88

J. Special Considerations............................................................................................ 88

K. Rules Specific to Medical Leave........................................................................... 89

1. Medical Voluntary Leave .................................................................................... 89

2. Medical Involuntary Leave.................................................................................. 89

3. Health Insurance .................................................................................................. 89

4. Extending Leave ................................................................................................... 89

5. Returning from Medical Leave ........................................................................... 89

L. Joint, Coordinated, and Concurrent Degree Students........................................... 90

M. Financial Aid Implications of Taking a Leave ............................................................... 90

XI. Administrative Board ............................................................................................................... 92

A. Disciplinary Actions ............................................................................................................ 92

B. Procedures for Disciplinary Cases* ................................................................................. 93

XII. Other Rules and Important Information .............................................................................. 96

A. Harvard Law School Community Principles ................................................................. 96

B. University-Wide Statement on Rights and Responsibilities ...................................... 97

1. Interpretation ....................................................................................................................... 98

2. Statement of the President and Deans on University Rights and Responsibilities (2002): ..................................................................................................................................... 98

C. Notice of Non-Discrimination ......................................................................................... 99

D. Title IX Information ............................................................................................................100

E. Harvard Law School FERPA Policy ...............................................................................100

1. Family Educational Rights and Privacy Act ("FERPA") .......................................100

2. Education Records ...........................................................................................................100

3. Access ..................................................................................................................................100

4. Directory Information ......................................................................................................101

5. Other Disclosures permitted under FERPA ............................................................101

6. Student Rights under FERPA .......................................................................................102

F. Protest and Dissent Guidelines ........................................................................................102

1. Picketing and Distributing Literature .........................................................................103

2. Silent or Symbolic Protest ..............................................................................................103

3. Noise .....................................................................................................................................103

4. Force of Violence ..............................................................................................................103

5. Audience Responsibility ..................................................................................................103

6. Moderator/Facilitator ......................................................................................................103

G. Student Complaints Implicating Compliance with ABA Standards for Legal Education ......................................................................................................................................104

H. Class Recordings ..................................................................................................................104

1. Student Class Recording Requests ...............................................................................104

2. Timing of Recording Requests ......................................................................................105

3. Automated Recordings ....................................................................................................105

4. Publication of Recordings ...............................................................................................106

I. Student International Travel ...............................................................................................106

J. Student Employment ................................................................................................108

K. Use of University Libraries ...................................................................................108

L. Information Technology Services .........................................................................108

　　1. Harvard Law School Computer and Network Resources Usage Agreement ..............108

　　2. Use of Computer and Network Resources ....................................................109

　　3. Compliance with the Digital Millennium Copyright Act of 1998 ....................................109

　　4. Policy on Access to Electronic Information .................................................110

　　5. Security and Privacy ...................................................................................110

　　6. Anonymous and Pseudonymous Communications ......................................111

　　7. Misuse of Resources ..................................................................................112

　　8. Emergency Situations and Compliance with Account Quotas ........................112

　　9. Copyright and Software Licenses .............................................................112

　　10. Cases of Misconduct ................................................................................113

　　11. Requirements on Leaving Harvard Law School ........................................113

M. Harvard Law School Digital Media Policy ........................................................113

N. Video Security Policies ..........................................................................................113

O. Harvard University I.D. Cards .............................................................................114

P. Payment of Bills ......................................................................................................114

Q. Harvard Law School Drug and Alcohol Policy ...............................................115

　　1. Policy ...............................................................................................................115

　　2. Provisions Regarding Alcohol Service and Use at Harvard Law School ....................116

　　3. Drinking Age .................................................................................................117

　　4. Bartenders .....................................................................................................117

　　5. Police Presence ............................................................................................117

　　6. Food and Non-Alcoholic Beverages .........................................................117

　　7. Off-campus Events – Private Residence....................................................117

　　8. Off-campus Events – Bars, Restaurants, and Off-Site Function Facilities ....................117

　　9. Liquor Licenses .............................................................................................118

R. Cambridge No Smoking Ordinance and Harvard No Smoking Policy ...............118

　　1. City of Cambridge No Smoking Ordinance...............................................118

　　2. Harvard No Smoking Policy........................................................................118

S. Harvard Law School Missing Persons Policy...................................................118

T. Nonresident Student Driver Statements and Decals ....................................119

U. Voter Registration ................................................................................................120

V. Massachusetts Anti-Hazing Statute ..................................................................................................120

269:17. Hazing; organizing or participating; hazing defined................................................120

269:18. Failure to report hazing........................................................................................................120

269:19. Copy of secs. 17–19; issuance to students and student groups, teams and organizations; report ...................................................................................................................121

610 CMR 5.00: Hazing Reporting........................................................................................................122

Appendix A: Harvard University Health Services and Harvard University Student Health Program ..........................................................................................................................................................124

Appendix B: Emergency and Safety Information..................................................................................128

# Faculty

Lawrence S. Bacow, B.AS., M.AP.P.., J.D., Ph.D., *President* and *Professor of Public Policy.*

Derek Bok, A.B., J.D., A.M., LL.D., *Three Hundredth Anniversary University Professor*, *Professor of Law*, and *President Emeritus.*

## Professors Emeriti

David Richard Herwitz, S.B., LL.B., *Royall Professor of Law, Emeritus.*

Henry Jacob Steiner, B.A., M.A., LL.B., *Jeremiah Smith, Jr. Professor of Law, Emeritus.*

Alan Abraham Stone, A.B., M.D., *Touroff-Glueck Professor of Law and Psychiatry, Emeritus.*

David Louis Shapiro, B.A., LL.B., *William Nelson Cromwell Professor of Law, Emeritus.*

Philip Benjamin Heymann, A.B., J.D., *James Barr Ames Professor of Law, Emeritus.*

Frank Isaac Michelman, B.A., LL.B., *Robert Walmsley University Professor, Emeritus.*

Lloyd Lobell Weinreb, B.A., B.A., LL.B., M.A., *Dane Professor of Law, Emeritus.*

Daniel I. Halperin, B.B.A., J.D., *Stanley S. Surrey Professor of Law, Emeritus.*

Alan Morton Dershowitz, A.B., LL.B., *Felix Frankfurter Professor of Law, Emeritus.*

Morton Jay Horwitz, A.B., A.M., Ph.D., LL.B., *Charles Warren Professor of American Legal History, Emeritus.*

Paul Cronin Weiler, B.A., M.A., LL.B., LL.M., *Henry J. Friendly Professor of Law, Emeritus.*

Duncan McLean Kennedy, A.B., LL.B., *Carter Professor of General Jurisprudence, Emeritus.*

Harry Stratton Martin III, A.B., J.D., M.L.S., *Henry N. Ess III Librarian and Professor of Law, Emeritus.*

Hal Stewart Scott, B.A., M.A., J.D., *Nomura Professor of International Financial Systems, Emeritus.*

Elizabeth Warren, B.S., J.D., *Leo Gottlieb Professor of Law, Emerita.*

Lani Guinier, B.A., J.D., *Bennett Boskey Professor of Law, Emerita.*

## Professors and Assistant Professors of Law

John F. Manning, A.B., J.D., *Morgan and Helen Chu Dean and Professor of Law.*

Andrew Lee Kaufman, A.B., LL.B., *Charles Stebbins Fairchild Professor of Law.*

Charles Fried, A.B., B.A., M.A., J.D., *Beneficial Professor of Law.*

Mary Ann Glendon, B.A., J.D., M.C.L., *Learned Hand Professor of Law.*

Charles Rothwell Nesson, A.B., LL.B., *Weld Professor of Law.*

Gerald Ellison Frug, A.B., LL.B., *Louis D. Brandeis Professor of Law.*

Charles Donahue, Jr., A.B., LL.B., *Paul A. Freund Professor of Law*.

Laurence Henry Tribe, A.B., J.D., LL.D., *Carl M. Loeb University Professor*.

Elizabeth Bartholet, B.A., J.D., *Morris Wasserstein Public Interest Professor of Law*.

Robert H. Mnookin, A.B., LL.B., *Samuel Williston Professor of Law*.

Michael David Rosenberg, *Lee S. Kreindler Professor of Law*.

Martha Amanda Field, B.A., J.D., *Langdell Professor of Law*.

Lewis Daniel Sargentich, A.B., B.A., J.D., *Professor of Law*.

Alvin Clifford Warren, Jr., B.A., J.D., *Ropes & Gray Professor of Law*.

Robert Charles Clark, B.A., Ph.D., J.D., *Harvard University Distinguished Service Professor* and *Austin Wakeman Scott Professor of Law*.

Mark Tushnet, A.B., M.A., J.D., *William Nelson Cromwell Professor of Law*.

Richard Davies Parker, B.A., J.D., *Paul W. Williams Professor of Criminal Justice*.

Todd Daniel Rakoff, A.B., B.Phil., M.S.Ed., J.D., *Byrne Professor of Administrative Law*.

Steven Mark Shavell, A.B., Ph.D., *Samuel R. Rosenthal Professor of Law and Economics*.

Roberto Mangabeira Unger, Bacharel em Ciencias Juridicas e Sociais, LL.M., S.J.D., *Roscoe Pound Professor of Law*.

William Philip Alford, B.A., LL.B., M.A., M.A., J.D., *Vice Dean for the Graduate Program and International Legal Studies* and *Jerome A. and Joan L. Cohen Professor of East Asian Legal Studies*.

Reinier H. Kraakman, A.B., Ph.D., J.D., *Ezra Ripley Thayer Professor of Law*.

Bruce H. Mann, A.B., A.M., M.Phil., J.D., Ph.D., *Carl F. Schipper, Jr. Professor of Law*.

Mark J. Roe, B.A., J.D., *David Berg Professor of Law*.

Vicki C. Jackson, B.A., J.D., *Thurgood Marshall Professor of Constitutional Law*.

Lucie Evelyn White, B.A., J.D., *Louis A. Horvitz Professor of Law*.

Gerald L. Neuman, A.B., Ph.D., J.D., J. *Sinclair Armstrong Professor of International, Foreign, and Comparative Law*.

Charles James Ogletree, Jr., B.A., M.A., J.D., *Jesse Climenko Professor of Law*.

Janet E. Halley, B.A., Ph.D., J.D., *Royall Professor of Law*.

Cass R. Sunstein, A.B., J.D., *Robert Walmsley University Professor*.

Martha L. Minow, A.B., Ed.M., J.D., *300th Anniversary University Professor*.

Richard Henry Fallon, Jr., A.B., B.A., J.D., *Story Professor of Law*.

Richard J. Lazarus, B.A., B.S., J.D., *Howard J. and Katherine W. Aibel Professor of Law*.

David W. Kennedy, A.B., M.A.L.D., J.D., Ph.D., *Manley O. Hudson Professor of Law*.

Joseph W. Singer, B.A., A.M., J.D., *Bussey Professor of Law*.

William Weston Fisher III, B.A., J.D., Ph.D., *WilmerHale Professor of Intellectual Property Law*.

J. Mark Ramseyer, B.A., A.M., J.D., *Mitsubishi Professor of Japanese Legal Studies*.

Howell Jackson, B.A., J.D., M.B.A., *James S. Reid, Jr. Professor of Law*.

Louis Kaplow, B.A., M.A., J.D., Ph.D., *Finn M. W. Caspersen and Household International Professor of Law and Economics*.

Randall LeRoy Kennedy, B.A., J.D., *Michael R. Klein Professor of Law*.

Lucian Arye Bebchuk, B.A., LL.B., LL.M., S.J.D., M.A., Ph.D., *James Barr Ames Professor of Law, Economics, and Finance*.

David Brian Wilkins, B.A., J.D., *Vice Dean for Global Initiatives on the Legal Profession* and *Lester Kissel Professor of Law*.

Scott Brewer, B.A., M.A., J.D., Ph.D., *Professor of Law*.

Michael J. Klarman, B.A., M.A., J.D., D.Phil., *Kirkland & Ellis Professor of Law*.

Annette Gordon-Reed, A.B., J.D., *Charles Warren Professor of American Legal History* and *Professor of History* Faculty of Arts and Sciences, Harvard University.

Christine Adrienne Desan, A.B., J.D., M.A.L.D., *Leo Gottlieb Professor of Law*.

Einer Richard Elhauge, A.B., J.D., *Carroll and Milton Petrie Professor of Law*.

Carol Susan Steiker, A.B., J.D., *Henry J. Friendly Professor of Law*.

William B. Rubenstein, B.A., J.D., *Bruce Bromley Professor of Law*.

Lawrence Lessig, B.A., B.S., M.A., J.D., *Roy L. Furman Professor of Law and Leadership*.

John C.P. Goldberg, B.A., M.Phil., M.A., J.D., *Deputy Dean* and *Carter Professor of General Jurisprudence*.

Jack Landman Goldsmith III, B.A., B.A., J.D., M.A., Dipl., *Henry L. Shattuck Professor of Law*.

Kathryn E. Spier, B.A., Ph.D., *Domenico De Sole Professor of Law*.

Bruce Lawrence Hay, B.A., J.D., *Professor of Law*.

Jody Freeman, B.A., LL.B., LL.M., S.J.D., *Archibald Cox Professor of Law*.

Jon D. Hanson, B.A., J.D., *Alan A. Stone Professor of Law*.

John C. Coates IV, B.A., J.D., *Vice Dean for Finance and Strategic Initiatives and John F. Cogan, Jr., Professor of Law and Economics*.

Jesse M. Fried, A.B., A.M., J.D., *Dane Professor of Law*.

Henry E. Smith, A.B., A.M., Ph.D., J.D., *Fessenden Professor of Law*.

Kenneth W. Mack, B.S., J.D., M.A., Ph.D., *Lawrence W. Biele Professor of Law*.

Ruth Okediji, LL.B., LL.M., S.J.D., *Jeremiah Smith, Jr. Professor of Law*.

Mihir A. Desai, B.A., M.B.A., Ph.D., *Professor of Law* and *Mizuho Financial Group Professor of Finance*.

Kristen A. Stilt, B.A., J.D., Ph.D., *Deputy Dean* and *Professor of Law*.

Adrian Vermeule, A.B., J.D., *Ralph S. Tyler, Jr. Professor of Constitutional Law*.

Yochai Benkler, LL.B., J.D., *Jack N. and Lillian R. Berkman Professor for Entrepreneurial Legal Studies*.

Jonathan Zittrain, B.S., M.P.A., J.D., *Vice Dean for Library and Information Sciences*, *George Bemis Professor of International Law*, *Professor of Computer Science*, Harvard School of Engineering and Applied Sciences, and *Professor*, Harvard John F. Kennedy School of Government

D. James Greiner, B.A., J.D., Ph.D., *The Honorable S. William Green Professor of Public Law*.

Allen Ferrell, B.A., M.A., J.D., Ph.D., *Harvey Greenfield Professor of Securities Law*.

Noah R. Feldman, A.B., D.Phil., J.D., *Felix Frankfurter Professor of Law*.

Guhan Subramanian, A.B., J.D., M.B.A., *Joseph H. Flom Professor of Law and Business* and *H. Douglas Weaver Professor of Business Law*, Harvard Business School.

Tomiko Brown-Nagin, B.A., M.A., J.D., Ph.D., *Dean,* Radcliffe Institute for Advanced Study, *Daniel P.S. Paul Professor of Constitutional Law,* and *Professor of History*, Faculty of Arts and Sciences, Harvard University.

Benjamin I. Sachs, B.A., J.D., *Kestnbaum Professor of Labor and Industry*.

Adriaan Lanni, B.A., M.Phil., J.D., Ph.D., *Touroff-Glueck Professor of Law*.

Thomas J. Brennan, A.B., A.M., Ph.D., J.D., *Stanley S. Surrey Professor of Law*.

Rebecca Tushnet, A.B., J.D., *Frank Stanton Professor of the First Amendment.*

Oren Bar-Gill, B.A., LL.B., M.A., LL.M., Ph.D., S.J.D., *William J. Friedman & Alicia Townsend Friedman Professor of Law, Economics, and Finance*.

Jeannie Suk Gersen, B.A., D.Phil., J.D., *John H. Watson, Jr., Professor of Law*.

Gabriella Blum, LL.B., B.A., LL.M., LL.M., S.J.D., *Rita E. Hauser Professor of Human Rights and Humanitarian Law*.

Robert H. Sitkoff, B.A., J.D., *John L. Gray Professor of Law*.

Jacob Gersen, A.B., M.A., Ph.D., J.D., *Sidley Austin Professor of Law*.

Mark Wu, A.B., M.Sc., J.D., *Henry L. Stimson Professor of Law*.

Holger Spamann, Maîtrise, 1st State Exam, 2nd State Exam, B.Sc., A.M., S.J.D., Ph.D., *Lawrence R. Grove Professor of Law*.

Matthew Stephenson, A.B., J.D., Ph.D., *Eli Goldston Professor of Law*.

Elizabeth Papp Kamali, A.B., J.D., Ph.D., *Assistant Professor of Law*.

Intisar Rabb, B.S., M.A., J.D., Ph.D., *Professor of Law, Susan S. and Kenneth L. Wallach Professor,* Harvard University Radcliffe Institute for Advanced Study, and *Professor of History*, Faculty of Arts and Sciences, Harvard University.

I. Glenn Cohen, B.A., J.D., *James A. Attwood and Leslie Williams Professor of Law.*

Laura Weinrib, A.B., A.M., J.D., Ph.D., *Professor of Law.*

Daphna Renan, B.A., M.A., J.D., *Assistant Professor of Law.*

Andrew Manuel Crespo, A.B., J.D., *Professor of Law.*

Anna Lvovsky, B.A., J.D., Ph.D., *Assistant Professor of Law.*

Crystal S. Yang, A.B., A.M., J.D., Ph.D., *Professor of Law.*

Maureen Brady, A.B., J.D., Ph.D., *Assistant Professor of Law.*

Benjamin Eidelson, B.A., B.Phil., D,Phil., J.D., *Assistant Professor of Law.*

Nikolas Bowie, B.A., A.M., J.D., Ph.D., *Assistant Professor of Law.*

# Clinical Professors and Assistant Clinical Professors

Deborah E. Anker, B.A., M.A.T., J.D., LL.M., *Clinical Professor of Law.*

Sabrineh Ardalan, B.A., J.D., *Assistant Clinical Professor of Law.*

Christopher T. Bavitz, B.A., J.D., *WilmerHale Clinical Professor of Law.*

Emily Broad Leib, B.A., J.D., *Assistant Clinical Professor of Law.*

Esme Caramello, B.A., J.D., *Clinical Professor of Law.*

Susan Crawford, B.A., J.D., *John A. Reilly Clinical Professor of Law.*

Susan Farbstein, A.B., M.Phil., J.D., *Clinical Professor of Law.*

T. Keith Fogg, B.A., J.D., M.L.T., *Clinical Professor of Law.*

Tyler Giannini, B.A., J.D., M.A., *Clinical Professor of Law.*

Robert Greenwald, B.A., J.D., *Clinical Professor of Law.*

Michael Gregory, B.A., M.A.T., J.D., *Clinical Professor of Law.*

Wendy B. Jacobs, B.A., J.D., *Emmett Clinical Professor of Environmental Law.*

Daniel Nagin, B.A., M.A., J.D., *Vice Dean for Experiential and Clinical Education* and *Clinical Professor of Law.*

Brian K. Price, B.A., J.D., *Clinical Professor of Law.*

Ronald S. Sullivan, Jr., B.A., J.D., *Jesse Climenko Clinical Professor of Law.*

Dehlia Umunna, B.A., J.D., M.P.A., *Clinical Professor of Law.*

Rachel A. Viscomi, B.A., M.A., J.D., *Assistant Clinical Professor of Law.*

# Professors of Practice

Alma Cohen, B.Sc., M.Sc., M.A., Ph.D., *Professor of Empirical Practice*.

Urs Gasser, Dip.Iur., S.J.D., LL.M., *Professor of Practice*.

Alan Jenkins, A.B., J.D., M.A., *Professor of Practice.*

Naz K. Modirzadeh, B.A., J.D., *Professor of Practice*.

Samantha Power, B.A., J.D., *William D. Zabel '61 Professor of Practice in Human Rights* and *Anna Lindh Professor of the Practice of Global Leadership and Public Policy*, Harvard Kennedy School.

Scott Westfahl, A.B., J.D., *Professor of Practice*.

Alex Whiting, B.A., J.D., *Professor of Practice*.

# Affiliated Harvard University Faculty

Stephen D. Ansolabehere, B.A., B.S., Ph.D., *Professor of Government*, Faculty of Arts and Sciences, Harvard University.

David Armitage, B.A., M.A., Ph.D., *Lloyd C. Blankfein Professor of History*, Harvard University.

Cynthia Dwork, B.S.E., M.Sc., Ph.D., *Gordon McKay Professor of Computer Science*, Harvard University.

Caroline Elkins, A.B., M.A., Ph.D., *Professor of History*, Faculty of Arts and Sciences, Harvard University.

Tamar Herzog, LL.B., M.A., D.E.A., Ph.D., *Monroe Gutman Professor of Latin American Affairs, Professor of History*, Faculty of Arts and Sciences, Harvard University, and *Radcliffe Alumnae Professor*.

Sheila Jasanoff, A.B., M.A., Ph.D., J.D., *Pforzheimer Professor of Science and Technology Studies*, Harvard John F. Kennedy School of Government.

Frances Kamm, B.A., B.A., Ph.D., *Littauer Professor of Philosophy and Public Policy,* John F. Kennedy School of Government, and *Professor of Philosophy*, Faculty of Arts and Sciences, Harvard University.

Jill Lepore, B.A., M.A., Ph.D., *David Woods Kemper '41 Professor of American History*, Faculty of Arts and Sciences, Harvard University.

Mary D. Lewis, B.A., M.A., Ph.D., *Professor of History*, Faculty of Arts and Sciences, Harvard University.

Sally Falk Moore, B.A., LL.B., Ph.D., *Victor S. Thomas Professor of Anthropology, Emeritua*, Faculty of Arts and Sciences, Harvard University.

Emma Rothschild, B.A., M.A., *Jeremy and Jane Knowles Professor of History*, Faculty of Arts and Sciences, Harvard University.

John G. Ruggie, B.A., M.A., Ph.D., *Berthold Beitz Professor of International Affairs*, Harvard John F. Kennedy School of Government.

Michael J. Sandel, B.A., M.A., D.Phil., *Anne T. and Robert M. Bass Professor of Government Theory*, Faculty of Arts and Sciences, Harvard University.

Thomas Scanlon, B.A., Ph.D., *Alford Professor of Natural Religion, Moral Philosophy, and Civil Polity, Emeritus,* Faculty of Arts and Sciences, Harvard University.

Amartya Sen, B.A., B.A., Ph.D., *Thomas W. Lamont University Professor* and *Professor of Economics and Philosophy*, Faculty of Arts and Sciences, Harvard University.

Kathryn Sikkink, B.A., M.A., Ph.D., *Ryan Family Professor of Human Rights Policy*, Harvard John F. Kennedy School of Government.

Daniel Smail, B.A., Ph.D., *Professor of History*, Faculty of Arts and Sciences, Harvard University.

## Visiting Professors of Law

Howard E. Abrams, B.A., J.D., *William K. Jacobs Visiting Professor of Law* (2019-2020).

Robert T. Anderson, B.A., J.D., *Oneida Indian Nation Visiting Professor of Law* (2019-2020).

David J. Barron, A.B., J.D., *Visiting Professor of Law* (2019-2020).

Arnulf Becker Lorca, LL.B., M.S., S.J.D., *Visiting Professor of Law* (2019-2020).

Jose Maria Beneyto, J.D., Ph.D., Ph.D., LL.M., *Visiting Professor of Law* (Winter 2020).

James Boyle, LL.B., LL.M., S.J.D., *Visiting Professor of Law* (Fall 2019).

Ruth Calderon, B.A., M.A., Ph.D., *Caroline Zelaznik Gruss and Joseph S. Gruss Visiting Professor in Talmudic Civil Law* (Fall 2019).

Anthony Casey, A.B., J.D., *Visiting Professor of Law* (Spring 2020).

Sarah Rudolph Cole, B.A., J.D., *Visiting Professor of Law* (Fall 2019).

Daniel R. Coquillette, A.B., M.A., J.D., *Charles Warren Visiting Professor of American Legal History* (2019-2020).

Mandy DeFilippo, B.A., J.D., *Steven and Maureen Klinsky Visiting Professor of Practice for Leadership and Progress* (Fall 2019).

Erin Delaney, A.N., M.Phil., Ph.D., J.D., *Visiting Professor of Law*, (Spring 2020).

Bala Dharan, B. Tech., M.B.A., M.S., Ph.D., *Robert B. and Candice J. Haas Visiting Professor in Corporate Finance Law* (2019-2020).

James Dwyer, B.A., J.D., Ph.D., *Visiting Professor of Law* (Fall 2019).

Emmanuel Gaillard, Ph.D., *Visiting Professor of Law* (Fall 2019).

Thomas Ginsburg, B.A., J.D., Ph.D., *Visiting Professor of Law* (Spring 2020).

Robert W. Gordon, A.B., J.D., *Visiting Professor of Law* (Winter 2020).

Daniel Hemel, A.B., M.Phil., J.D., *Visiting Professor of Law* (Fall 2019).

Elena Kagan, A.B., M.Phil., J.D., *Archibald Cox Visiting Professor of Law* (Fall 2019).

James Kraska, B.A., M.A., J.D., LL.M., S J.D., *Visiting Professor of Law and John Harvey Gregory Lecturer on World Organization* (Spring 2020).

Sanford V. Levinson, A.B., Ph.D., J.D., *Visiting Professor of Law* (Fall 2019).

Goodwin Liu, B.S., M.Phil., J.D., *The Honorable S. William Green Visiting Professor of Public Law* (Fall 2019).

Catharine A. MacKinnon, B.A., J.D., Ph.D., *James Barr Ames Visiting Professor of Law* (2019-2020).

Justin Marceau, B.A., J.D., *Visiting Professor of Law* (Spring 2020).

Jane McAdam, B.A., LL.B., D.Phil.*, Visiting Professor of Law* (Fall 2019).

Timothy McCormack, LL.B., Ph.D., *Visiting Professor of Law* (Winter 2020).

Troy McKenzie, B.S., J.D.*, Visiting Professor of Law* (Fall 2019).

Daniel Medwed, B.A., J.D., *Visiting Professor of Law* (2019-2020).

Jens Meierhenrich, M.Phil., D.Phil.*, Visiting Professor of Law* (Winter 2020).

Katherine Meyer, B.A., J.D., *Visiting Assistant Clinical Professor of Law* (2019-2020).

Peter L. Murray, A.B., LL.B., *Visiting Professor of Law*, (Fall 2019).

Peter Onuf, A.B., Ph.D., *Visiting Professor of Law* (Spring 2020).

James Penner, B.Sc., LL.B., D.Phil., *Visiting Professor of Law* (Fall 2019).

Mark Rienzi, B.A., J.D., *Visiting Professor of Law* (Fall 2019).

Peter Rubin, B.A., J.D., *Visiting Professor of Law* (2019-2020).

András Sajó, Doctor Juris, Diplome Level 1, Diplome Level 2, Ph.D., Doctor of Legal Sciences, *Visiting Professor of Law* (Fall 2019).

James E. Salzman, B.A., J.D., M.Sc., *Jeremiah Smith, Jr. Visiting Professor of Law* (Winter 2020).

Philippe Sands, B.A., LL.M., *Visiting Professor of Law* (Spring 2020).

Ben Saul, B.A., LL.B., D.Phil., *Visiting Professor* (Fall 2019).

Jocelyn Simonson, B.A., J.D., *Visiting Professor of Law* (Fall 2019).

Benjamin Spencer, B.A., M.S., J.D., *Visiting Professor of Law* (2019-2020).

Michael Ashley Stein, B.A., J.D., M.A., Ph.D., *Visiting Professor of Law* (2019-2020).

David Strauss, A.B., B.Phil., J.D.*, Visiting Professor of Law* (Fall 2019).

Daniel Tarullo, B.A., M.A., J.D., *Visiting Professor of Law* (2019-2020).

Jennifer Taub, B.A., J.D., *Visiting Professor of Law* (Fall 2019).

George Triantis, B.A., LL.B., J.S.D., *Sullivan & Cromwell Visiting Professor of Law* (Winter 2020).

Sandra Wachter, LL.M., M.S, Ph.D. *Visiting Professor of Law* (Spring 2020).

## Climenko Fellows

Joshua Braver, B.A., J.D., Ph.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

Jacob Bronsther, B.A., M.Phil., J.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

Ryan Copus, B.A., J.D., Ph.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

Gregory Elinson, A.B., M.A., Ph.D., J.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

Thomas Frampton, B.A., M.A., J.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

Guha Krishnamurthi, B.S., M.S., M.A., J.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

Hedayat Heikel, B.Sc., J.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

Guha Krishnamurthi, B.S., M.S., M.A., J.D., *Climenko Fellow and Lecturer on* Law (2019-2020).

Alexander Platt, B.A., J.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

Blaine Saito, A.B., J.D., M.P.P., *Climenko Fellow and Lecturer on Law* (2019-2020).

Peter Salib, B.A., J.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

Jennifer Sturiale, B.A., J.D., LL.M., *Climenko Fellow and Lecturer on Law* (2019-2020).

Sarah Winsberg, B.A., J.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

Carly Zubrzycki, B.A., J.D., *Climenko Fellow and Lecturer on Law* (2019-2020).

## Lecturers on Law

Kendra Albert, B.H.A., J.D., *Lecturer on Law* (2019-2020).

Amir Ali, B.Sc., J.D., *Lecturer on Law* (Winter 2020).

Antonia Apps, LL.B., B.C.L., LL.M., *Lecturer on Law* (Spring 2020).

Arevik Avedian, B.A., M.A., M.A., Ph.D., *Lecturer on Law* (2019-2020).

James A. Baker, B.A., M.A., J.D., *Lecturer on Law* (Fall 2019).

Yas Banifatemi, LL.M., Ph.D., *Lecturer on Law* (Fall 2019).

Mark D. Beckett, B.A., J.D., *Lecturer on Law* (Winter 2020).

Seth Berman, A.B., J.D., *Lecturer on Law* (Fall 2019).

Roger Bertling, B.A., J.D., *Lecturer on Law* (2019-2020).

Ben Berwick, B.A., J.D., *Lecturer on Law* (Fall 2019).

Monika Bickert, J.D., *Lecturer on Law* (Fall 2019).

Martin J. Bienenstock, B.S., J.D., *Bruce W. Nichols Lecturer on Law* (Spring 2020).

Sharon Block, B.A., J.D., *Lecturer on Law* (Spring 2020).

Mark J. Bloostein, B.A., J.D., *Lecturer on Law* (Spring 2020).

Mary L. Bonauto, B.A., J.D., *Shikes Fellow in Civil Liberties and Civil Rights and Lecturer on Law* (Spring 2020).

Charles E. Borden, B.A., M.Sc., J.D., M.Sc., *Lecturer on Law* (Winter 2020).

Vladimir Bosiljevac, LL.B., LL.M., *Bruce W. Nichols Lecturer on Law* (Spring 2020).

Peter Brann, B.A., J.D., *Lecturer on Law* (Fall 2019).

Philip Burling, B.A., M.A., J.D., *Covington & Burling Distinguished Visitor and Lecturer on Law* (2019-2020).

Peter A. Carfagna, A.B., M.A., J.D., *Lecturer on Law* (2019-2020).

Dale Cendali, B.A., J.D., *Covington & Burling Distinguished Visitor and Lecturer on Law* (Fall 2019).

Elena Chachko, LL.B., LL.M., *Lecturer on Law* (Fall 2019).

Jeanne Charn, B.A., J.D., *Senior Lecturer on Law* (2019-2020).

Alexander Chen, B.A., M.A., J.D., *Lecturer on Law* (Spring 2020).

Mary Beth Chopas, B.A., J.D., Ph.D., *Lecturer on Law* (Fall 2019).

Stephen S. Churchill, A.B., J.D., *Lecturer on Law* (2019-2020).

Richard W. Clary, B.A., J.D., *Lecturer on Law* (Fall 2019).

Ruth Coffey, B.A., Hons., PgD., M.A., LL.B., PgD., M.Sc., *Lecturer on Law* (Spring 2020).

Rebecca Richman Cohen, B.A., J.D., *Lecturer on Law* (2019-2020).

Susan F. Cole, B.A., M.S.Ed., J.D., *Lecturer on Law* (2019-2020).

Eileen Connor, B.A., J.D., *Lecturer on Law* (2019-2020).

David Cope, B.A., J.D., *Lecturer on Law* (2019-2020).

John J. Corrigan, B.A., J.D., *Lecturer on Law* (2019-2020).

Kevin Costello, B.A., J.D., *Lecturer on Law* (Fall 2019).

John C. Cratsley, B.A., J.D., LL.M., *Lecturer on Law* (2019-2020).

Anna Crowe, LL.M., *Lecturer on Law* (Spring 2020).

Jack Cushman, B.A., J.D., *Lecturer on Law* (Spring 2020).

Timothy J. Dacey, A.B., J.D., *Lecturer on Law* (Fall 2019).

Susan Davies, B.S., J.D., *Lecturer on Law* (Fall 2019).

Sara del Nido Budish, A.B., J.D., *Lecturer on Law* (2019-2020).

John DeLong, A.B., J.D., *Lecturer on Law* (Fall 2018).

Brackett Denniston, A.B., J.D., *Lecturer on Law* (Fall 2019).

Alex Dimitrief, B.A., J.D., *Lecturer on Law* (Fall 2019).

Bonnie Docherty, A.B., J.D., *Lecturer on Law* (2019-2020).

Ron Dolin, B.A., Ph.D., J.D., *Lecturer on Law* (Spring 2020).

Timothy Edgar, A.B., J.D., *Lecturer on Law* (Spring 2020).

Warren Neil Eggleston, B.A., J.D., *Lecturer on Law* (Spring 2020).

Deana El-Mallawany, B.A., J.D., *Lecturer on Law* (Fall 2019).

Russell Feingold, B.A., J.D., M.A., *Lecturer on Law* (Fall 2019).

Michael Fertik, A.B., J.D., *Lecturer on Law* (Spring 2020).

Jessica Fjeld, B.A., M.F.A., J.D., *Lecturer on Law* (2019-2020).

Justin Florence, B.A., M.A., J.D., *Lecturer on Law* (Spring 2020).

Bryon Fong, B.A., M.Sc., Ph.D., *Lecturer on Law* (Spring 2020).

Richard Forrest, B.S.B.A., *Lecturer on Law* (Spring 2020).

David Friedman, B.A., J.D., *Lecturer on Law* (Spring 2020).

Judge Nancy Gertner (Ret.), B.A., J.D., M.A., *Senior Lecturer on Law* (2019-2020).

John Gleeson, B.A., J.D., *Lecturer on Law* (Fall 2019).

Shaun Goho, B.Sc., M.Sc., J.D., *Lecturer on Law* (2019-2020).

Thomas C. Goldstein, A.B., J.D., *Lecturer on Law* (Winter 2020).

Mark Gordon, B.A., J.D., *Robert B. and Candice J. Haas Lecturer in Corporate Finance Law* (Winter 2020).

Joseph Greenaway, Jr., B.A., J.D., *Lecturer on Law* (Fall 2019).

Thomas Griffith, B.A., J.D., *Lecturer on Law* (Winter 2020).

Peter T. Grossi Jr., B.A., M.A., J.D., *Lecturer on Law* (Fall 2019).

Deepak Gupta, B.A., J.D., *Lecturer on Law* (Fall 2019).

Betsy Gwin, B.A., J.D., *Lecturer on Law* (2019-2020).

Caitlin Halligan, B.A., J.D., *Lecturer on Law* (Spring 2020).

Liam Hardy, B.S., M.S., J.D., *Lecturer on Law* (Fall 2019).

Sarah Harrington, B.A., J.D., *Lecturer on Law* (Winter 2020).

Crisanne Hazen, B.A., J.D., *Lecturer on Law* (2019-2020).

Sheila Heen, B.A., J.D., *Lecturer on Law* (Winter, Spring 2020).

Benjamin W. Heineman, B.A., B.Litt., J.D., *Lecturer on Law* (Fall 2019).

David A. Hoffman, B.A., M.A., J.D., *John H. Watson, Jr., Lecturer on Law* (2019-2020).

Mike Holston, B.A, J.D., *Lecturer on Law* (Fall 2019).

Yee Mon Htun, B.A., J.D., *Lecturer on Law* (Fall 2019).

Peter Barton Hutt, B.A., LL.B., LL.M., *Lecturer on Law* (Winter 2020).

Aladdine Joroff, B.S., M.S., J.D., *Lecturer on Law* (2019-2020).

Daniel Kahn, B.S., J.D., *Lecturer on Law* (Fall 2019).

Ioannis Kalpouzos, LL.B., LL.M., Ph.D., *Lecturer on Law* (Spring 2020).

Enga Kameni, LL.B. PgD, LL.M., LL.M., Ph.D. *Lecturer on Law* (Fall 2019).

Kobi Kastiel, B.A., LL.B., LL.M., S.J.D., *Lecturer on Law* (Fall 2019).

Nancy Kelly, B.A., M.Ed., J.D., *Lecturer on Law* (Spring 2020).

Jocelyn Kennedy, B.A., J.D., M.L. I. S., *Lecturer on Law* (Spring 2020).

Ron Klain, A.B., J.D., *Lecturer on Law* (Spring 2020).

Amanda Kool, B.A., J.D., *Lecturer on Law* (Spring 2020).

Rachel M. Krol, B.A., J.D., *Lecturer on Law* (Fall 2019).

Ming Wai Lau, B.A., M.A., Ph.D., *Lecturer on Law* (Fall 2019).

Thomas Rex Lee, B.A., J.D., *Lecturer on Law* (Fall 2019).

Nisa Leung, B.Sc., M.B.A., *Lecturer on Law* (Fall 2019).

Jack S. Levin, B.S., LL.B., *Lecturer on Law* (Winter 2020).

James C. Lin, A.B., M.Phil., D.Phil., J.D., *Lecturer on Law* (Fall 2019).

Andrew Mamo, S.B., Ph.D., J.D., *Lecturer on Law* (Spring 2020).

Jonathan Massey, A.B., J.D., *Lecturer on Law* (Winter 2020).

David McCraw, B.S., M.P.S., J.D., *Lecturer on Law* (Spring 2020).

Maureen McDonagh, B.A., J.D., *Lecturer on Law* (2019-2020).

Neil McGaraghan, B.A., J.D., *Lecturer on Law* (Fall 2019).

Amy McManus, B.A., J.D., *Lecturer on Law* (2019-2020).

Toby Merrill, B.A., J.D., *Lecturer on Law* (2019-2020).

Scott Michelman, A.B., J.D., *Shikes Fellow in Civil Liberties and Civil Rights and Lecturer on Law* (Spring 2020).

Jonathan Miller, B.A., J.D., *Lecturer on Law* (Spring 2020).

Dana Montalto, B.A., J.D., *Lecturer on Law* (2019-2020).

Nicole Negowetti, B.A., M.A., J.D., *Lecturer on Law* (Fall 2019).

Nnena Odim, B.S., M.S., J.D., *Lecturer on Law* (2019-2020).

Matthew Olsen, B.A., J.D., *Lecturer on Law* (Spring 2020).

Ari Peskoe, B.A., J.D., *Lecturer on Law* (2019-2020).

Mitchell Presser, B.S., J.D., *Lecturer on Law* (Spring 2020).

Sarah Reed, B.A., J.D., *Lecturer on Law* (Fall 2019).

Robert Rizzi, A.B., M.Litt., J.D., *Lecturer on Law* (Winter 2020).

Stephanie Robinson, B.A., J.D., *Lecturer on Law* (2019-2020).

Jennifer J. Rosenbaum, B.A., J.D., *Lecturer on Law* (Spring 2020).

Amy Rosenberg, A.B., J.D., *Lecturer on Law* (2019-2020).

Peter Rosenberg, B.A., J.D., *Lecturer on Law* (Spring 2020).

Diane L. Rosenfeld, B.A., J.D., LL.M., *Lecturer on Law* (2019-2020).

Margaret Ryan, B.A., J.D., *Lecturer on Law* (Fall 2019).

Dena Sacco, B.A., J.D., LL.M., *Lecturer on Law* (Fall 2019).

Nana Sarian, B.A., LL.B., *Lecturer on Law* (Winter 2020).

Patti Saris, B.A., J.D., *Lecturer on Law* (Spring 2020).

John Savarese, A.B., J.D., *Lecturer on Law* (Spring 2020).

Emily R. Schulman, B.A., J.D., *Lecturer on Law* (Fall 2019).

Larry Schwartztol, B.A., J.D., *Lecturer on Law* (Spring 2020).

Carmel Shachar, B.A., M.P.H., J.D., *Lecturer on Law* (Fall 2019).

Stephen E. Shay, B.A., J.D., M.B.A., *Senior Lecturer on Law* (Spring 2020).

Stuart Singer, B.S., M.A., J.D., *Lecturer on Law* (Fall 2019).

Tejinder Singh, B.A., J.D., *Lecturer on Law* (Winter 2020).

Luke Sobota, B.A., J.D., *Lecturer on Law* (Spring 2020).

Marshall Sonenshine, B.A., J.D., *Lecturer on Law* (Fall 2019).

Kara Stein, B.A., J.D., *Lecturer on Law* (Fall 2019).

Leo E. Strine, Jr., B.A., J.D., *Austin Wakeman Scott* Lecturer *on Law* (Fall 2019).

Jeffrey S. Sutton, B.A., J.D., *Lecturer on Law* (Winter 2020).

Margaret Tahyar, A.B., J.D., *Bruce W. Nichols Lecturer on Law* (Spring 2020).

Daniel S. Tan, LL.B., B.C.L., LL.M., *Lecturer on Law* (Winter 2020).

Carlos Teuscher, B.S., J.D., *Lecturer on Law* (2019-2020).

James Tierney, B.A., J.D., *Lecturer on Law* (2019-2020).

Susannah Barton Tobin, B.A., M.Phil., J.D., *Ezra Ripley Thayer Lecturer on Law* (2019-2020).

Louis Tompros, B.A., J.D., *Lecturer on Law* (Fall 2019).

Philip L. Torrey, B.A., J.D., *Lecturer on Law* (20019-2020).

Leo Tsao, B.A., J.D., *Lecturer on Law* (Fall 2019).

Ko-Yung Tung, A.B., J.D., *Lecturer on Law* (Spring 2020).

Jamie Wacks, A.B., J.D., *Lecturer on Law* (Spring 2020).

Erin Walczewski, B.S., J.D., *Lecturer on Law* (Winter 2020).

Jordi Weinstock, B.A., J.D., *Lecturer on Law* (Fall 2019).

Kyle Westaway, B.S., M.A., J.D., *Lecturer on Law* (Winter, Spring 2020).

John Willshire, B.A., M.A., J.D., *Lecturer on Law* (Spring 2020).

Benjamin Wittes, B.A., *Lecturer on Law* (Fall 2019).

Jonathan J. Wroblewski, B.A., J.D., *Lecturer on Law* (2019-2020).

Alicia Yamin, A.B., J.D., M.P.H., *Lecturer on Law* (Spring 2020).

Daniel Yi, B.A., J.D., *Lecturer on Law* (Fall 2019).

Adam Ziegler, B.A., J.D., *Lecturer on Law* (Spring 2020).

# I. Requirements for the J.D. Degree

## A. Residence

1. Attendance at Harvard Law School is full-time for a period of three academic years which consists of the fall, winter and spring terms. Students are expected to maintain the minimum credit requirements stated in the Upper-Level J.D. Residency Requirements (**Section I(I)**).

2. Students enrolled at the Law School may not be simultaneously enrolled, either full-time or part-time, in any other school or college either within Harvard University or at any other institution, unless they are enrolled in one of the Law School's joint degree programs, are completing a semester at a foreign institution in an approved study abroad program, or are cross-registered in courses authorized by the Law School.

3. Except in extraordinary circumstances and as approved by the Law School's Administrative Board, students must complete the degree requirements for the J.D. within seven years of matriculation in law school.  Additionally, students should note that some jurisdictions prescribe a shorter period of time during which the J.D. must be completed.  For example, New York requires that the J.D. degree be completed within five years after a student has commenced the study of law in a law school.

4. In accordance with Harvard Law School policy, students may not be employed for more than 20 hours of work per week during the academic year while classes are in session.

5. The relevant registration, application, and submission deadlines for the current year are set forth in **Sections VI through IX**.

## B. Statement of Learning Outcomes

Harvard Law School prepares students to be outstanding lawyers who will achieve success in all parts of the profession and become leaders who further the best ideals of law and justice across many fields. The Law School's programs and activities are designed to enable each student to achieve, at a minimum, the following competencies:

1. Knowledge and understanding of substantive and procedural law, and the domestic, international, and transnational institutions that make and apply law;

2. Aptitude for legal analysis and legal reasoning;

3. Appreciation of and commitment to the values and responsibilities of members of the legal profession;

4. Proficiency in the use of professional skills including: research as to law and fact, communication, presentation, and problem solving.

# C. First-Year J.D. Course and Credit Requirements

Beginning with students matriculating in the fall 2019, the first-year J.D. degree requirements are:

1. The required first-year courses: Civil Procedure, Constitutional Law, Contracts, Criminal Law, Legislation and Regulation, Property, and Torts;

2. Completion of the January Experiential Term;

3. First-Year Legal Research and Writing, which includes the First-Year Ames Moot Court Program; and

4. A spring upper-level elective course of a minimum of two and a maximum of four Law School classroom credits.

Cross-registration is not permitted during the 1L year.

# D. Upper-Level J.D. Course and Credit Requirements

**Table 1 - Upper-Level Credit Requirements**

| Total Minimum Credits | Minimum Classroom Credits | Maximum Clinical Credits | Maximum Writing Credits | Maximum Cross-Registration Credits |
|---|---|---|---|---|
| 52 | 36 | 16 | 12 | 12 |

After satisfactory completion of the first-year Law School requirements, all J.D. students must earn no fewer than 52 additional credits in upper-level work, including:

## 1. Required Law School Classroom Work

Students must complete at least 36 credits in Law School classroom work (a category that includes courses, seminars and reading groups, but not writing, clinical, or cross-registration credits). Classroom courses taken in fulfillment of the Professional Responsibility Requirement, as well as the upper-level International and Comparative Law Course Requirement (starting with students matriculating in 2019), count toward this minimum. See **Section I(G) and Section I(H)**.

## 2. Required Additional Credits

Students may earn the remaining required 16 credits by completing written, clinical or additional classroom work and by completing courses taken through cross-registration. Written work, clinical and cross-registration credits do not count toward the Law School classroom credit minimum.

The following rules apply to these additional credits:

a) **Clinical Work:** Up to 16 credits may be earned through clinical work. Students may enroll in only one clinic per term. Questions about clinical credits should be addressed to the Office of Clinical and Pro Bono Programs. See also **Section III(B)(2)**.

b) **Written Work:** Up to 12 credits may be earned through written work (including work satisfying the J.D. Written Work Requirement) completed either in conjunction with a seminar or course or independently (see **Section I(K)** and **Section III(A)**).

c) **Cross-Registration and Joint, Coordinated, and Concurrent Degrees:** Up to 12 credits may be earned in courses taken through cross-registration or in most cases at another school as part of a joint or coordinated degree program. See **Section III(C)** and **Section III(E)**). See requirements for individual joint degree programs for details.

d) Ordinarily, a student may not exceed the maximum limits on credits for clinical work, written work, and cross-registration. In exceptional cases, when a student is on track to meet the upper-level credit requirements as set out in this *Handbook* (including the minimum of 36 law school classroom credits), the student may be permitted to exceed the credit limits for clinical work (with the permission of the Assistant Dean for Clinical and Pro Bono Programs) or written work or cross-registration (with permission of the Dean for Academic and Faculty Affairs), assuming that in so doing the student exceeds the 52 upper-level credit minimum by the same number of credits. In addition, any clinical or written work credits taken in excess of the maximum credit limits will not count toward Latin honors. See **Section I(S)(8)(c)**.

## 3. Transfer Student J.D. Program-Special Considerations

a) Law courses taken before matriculation at Harvard Law School will be considered part of the transfer student's first year of J.D. studies and may not be used to meet any Harvard Law School upper-level credit requirements and will not be included in Latin honors calculations.

b) Transfer students must satisfy the Law School's first-year requirements (with the exception of the 1L January Experiential Term) and can do so through demonstrating completion of comparable courses at their prior institution or completion of qualifying courses after matriculation at Harvard Law School.  For the list of qualifying courses,

please consult the Office of the Registrar.

c) Harvard Law School courses taken by a transfer student—including first-year law school courses and qualifying courses taken after matriculation to bring the transfer student into compliance with Harvard Law School's first-year requirements—may be used toward the 52 upper-level credit minimum and will count in overall performance in the 2L or 3L year according to the rules set forth in this *Handbook* (i.e., credit/fail and cross-registration courses are not included in Latin honors calculations (see **Section I (S)**)).

d) All transfer students, regardless of the number of credits completed in their 1L year, must complete a minimum of 83 total credits in order to earn the J.D.

# E. Definition of the Law School Credit Hour

The American Bar Association standards for accrediting law schools use a formula for calculating the amount of work that constitutes one credit hour.  In accordance with ABA Standard 310(b)(1), "a 'credit hour' is an amount of work that reasonably approximates: (1) not less than one hour of classroom or direct faculty instruction and two hours of out-of-class student work per week for fifteen weeks, or the equivalent amount of work over a different amount of time." Interpretation 310-1 states that "[f]or the purposes of this Standard, fifty minutes suffices for one hour of classroom or direct faculty instruction.  An 'hour' for out-of-class student work is sixty minutes. The fifteen-week period may include one week for a final examination."

Harvard Law School meets the requirements of Standard 310 as follows:

1) For classroom and simulation courses, courses must meet 60 minutes per week over 12 weeks for each credit awarded.

2) For clinical courses during the fall and spring semesters, students must work four 60-minute hours each week over 12 weeks for each credit earned. For more information about clinical credit hours see **Section III(B)**.

Faculty are required to evaluate their syllabi to ensure that assigned reading and writing exercises required in preparation for class are a reasonable approximation of the out-of-class student work standard of two hours per week per credit hour.

# F. Experiential Learning Requirement

Beginning with students matriculating into the J.D. program in Fall 2016, students must earn no fewer than six credits qualified as "experiential learning" courses. The online course catalog identifies which courses and clinical offerings fulfill the experiential learning requirement. In accordance with ABA requirements, students may not use the same course

to satisfy more than one of either the professional responsibility requirement, the writing requirement, or the experiential learning requirement. Individual state bars may have separate experiential learning (or equivalent) requirements for admission; students are advised to check those requirements for any state in which they may seek to practice.

# G. Professional Responsibility Requirement

1. All students must complete a minimum of two classroom credits to satisfy the Professional Responsibility Requirement.

2. The classroom components of certain clinical courses, as identified in the course descriptions, may satisfy this requirement. A list of clinical courses that satisfy this requirement can be found on the Office of the Registrar's website.

3. Ordinarily, students are not allowed to enroll in two non-clinical professional responsibility courses that satisfy the requirement. Students who have enrolled in a clinical course that satisfies the Harvard Law School Professional Responsibility Requirement may enroll in one additional Legal Profession course if desired. Questions about this rule should be directed to the Dean for Academic and Faculty Affairs.

4. Beginning with students entering the J.D. program in the Fall 2016, students may not use the same course to satisfy both the professional responsibility requirement and the requirement of experiential learning credits or the writing requirement.

5. Beginning with students entering the J.D. program in the Fall 2016, students may not use writing in a professional responsibility course to satisfy the writing requirement.

# H. Upper-Level International and Comparative Course Requirement

Beginning with students matriculating into the J.D. program in the Fall 2019, J.D. students must complete one course that satisfies the Upper-Level International and Comparative Law Course Requirement. All transfer students must also complete one course that satisfies this requirement. A full list of qualifying courses will be published on the Office of the Registrar's website by October 1, 2019.

# I. Upper-Level J.D. Residency Requirements

1. The upper-level residency requirements are:

**Table 2 - Upper-Level J.D. Residency Requirements**

| Residency Requirements | Minimum Total Credits | Maximum Total Credits |
|---|---|---|
| Each Year | 24 | 35 |
| Each Fall and Spring Term | 10 | 16 |
| Each Winter Term | 2 | 3 |

2. In addition to fulfilling the upper-level course and credit requirements in **Section I(D)**, upper-level students must register for and receive a grade or an "Extension" (EXT) notation (see **Section I(P)**) in:

   a) Not fewer than 24 nor more than 35 credits each year in each of the 2L and 3L years, regardless of the number of credits needed to complete the required 52 upper-level credits;

   b) Not fewer than 10 nor more than 16 credits in each fall and spring term, no fewer than eight of which each semester must be for Law School work.  No fewer than four of the eight Law School credits must be for classroom or clinical work.

   c) Not fewer than two nor more than three credits in each of two upper-level winter terms, all of which must be for Law School classroom or clinical work or for written work under the Winter Term Writing Program (see **Section III(A)(2)**).  Full-time residency is required during each of the two required upper-level winter terms. Cross registration into other schools during the winter term may be allowed in limited circumstances. Students considering winter term cross-registration should contact the Office of the Registrar.

   d) Individual state bars may have additional law school residency requirements; students are advised to check those requirements for any state in which they may seek to practice.

3. **Waivers**: Any student wishing to seek a waiver to these upper-level J.D. residency policies should contact the Office of the Registrar. The rules and practices with respect to waivers are established and administered under the supervision of the Administrative Board.

# J. Joint and Coordinated Degree Credit and Residency Requirements

Students enrolled in one of the School's joint or coordinated degree programs may meet credit and residency requirements in part through courses taken at the other school.  For

more information, see **Section III(E)** and the <u>relevant program description</u>.  For questions about the joint, concurrent, and coordinated degree program opportunities for J.D. students, contact the <u>Associate Director of Academic Affairs</u>. For questions about degree requirements at the other school, students should contact the appropriate administrator at the relevant school.

# K. J.D. Written Work Requirement

All students are expected to pursue serious written work.  The minimum requirement can be satisfied by a substantial research paper or by two smaller projects, as detailed here. In satisfaction of this requirement, students have the option to complete *either* option 1 *or* 2:

## 1.  Option 1 of the J.D. Written Work Requirement

**a) Description:** Option 1 requires a substantial research paper of publishable or professional quality, to be written in close consultation with a Law School faculty member or instructor with a Law School teaching appointment, in conjunction with a course, seminar or workshop (for an additional 1, 2, or 3 credits), or through independent study (for 2 or 3 credits).

The substantial work involved in these papers typically produces a final product of 30-60 pages for a two-credit effort.  Students may also pursue a larger project for three credits and aim for 100-200 pages. These papers can take the form of academic scholarship, policy analysis, or professional legal analysis and must be a substantial undertaking at least comparable to the time demanded by a semester-long course or seminar. When pursuing an empirical project, appropriate length, scope, breadth, etc., should be determined in consultation with the faculty supervisor.

Work done as a research assistant with a Law School faculty member may, in some circumstances, be used to satisfy Option 1. See **Section III(A)(1)(c)**.

Work that cannot be used to satisfy Option 1 includes, but is not limited to, Teaching Fellowships/Assistantships, continuation of previous work, required coursework (except for writing done in conjunction with a course or seminar), or paid work.

**b) Registration for Option 1:**

i.  **Deadlines** (see also **Section VII**): Students must register for Option 1 of the J.D. Written Work Requirement in advance of engaging in the work by submitting the required registration form and proposal to the faculty supervisor for approval and then submitting the form and proposal to the Registrar's Office by the second Friday in October for fall term (2Ls and 3Ls), by the second Friday in November for the winter term, and by the second Friday in February for spring term (all J.D. students). Forms are available in hard copy at the Office of the Registrar, WCC 4007 and <u>online</u>.

ii. **Proposal:** The proposal should set forth the intended topic in a few sentences and describe the approach proposed for the work, the extent and type of research, interest in the topic, previous work done in the area, and the intended written product (e.g., 30-page paper, research memo, etc.). Since faculty members may require additional preliminary work, such as an elaboration of the question to be addressed, the methodology to be used, a draft outline, or a longer description before accepting a proposal, students are advised to seek approval well in advance of the registration deadline. *The Registrar's Office will not accept J.D. Written Work Registration forms without a proposal attached and approved by the faculty supervisor.*

iii. **Second-year students** who register to fulfill Option 1 of the J.D. Written Work Requirement during the second year, and who anticipate that they may not complete this work by the end of the academic year, should be aware that if they have not completed 24 graded credits for the year, of which no fewer than 18 are for Law School work, they will not be eligible for the Sears Prize or Morgan Chu Prize.

## 2. Option 2 of the J.D. Written Work Requirement

**a) Description:** Option 2 requires two pieces of writing, which could include any of the following, provided that at least one of the pieces is written under the supervision of a Law School faculty member or instructor with a Law School teaching appointment:

i. **Lawyer's work product:** including substantial original writing in a clinic (with approval of the clinic director), upper-level moot court briefs, or the equivalent, as certified by the supervisor of the relevant program, but not written work from a summer job or paid work;

ii. **Law school course and seminar papers:** substantial writing as part of a clinical course or seminar, including the standard series of reaction papers, amounting to no fewer than 15 pages;

iii. **Law journal writing:** including draft code and legislation, notes, book reviews, descriptions of developments in the law, and the like (totaling no fewer than 10 publishable pages);

iv. **Nontraditional writing produced under faculty supervision:** including interactive web-based material, surveys of students or practitioners with analysis, case study materials appropriate for classroom use, or other law-related persuasive or descriptive writing as approved by a Law School faculty member or instructor with a Law School teaching appointment.

b) **Registration for Option 2** (see also **Section VII**): Students must register for Option 2 of the J.D. Written Work Requirement by submitting the registration form with required signatures to the Office of the Registrar by February 1 of the third year or the following business day if February 1 falls on a weekend. The form is available in hard copy at the Office of the Registrar and online. A student with concerns about whether a particular piece

or type of writing satisfies Option 2 or with questions about registering should contact the Office of the Registrar. For clinical writing, questions should be directed to the Assistant Dean for Clinical and Pro Bono Programs.

## 3. Experiential Learning, Professional Responsibility, and Written Work

Beginning with students entering the J.D. program in the Fall 2016, students may not count written work toward both the experiential learning requirement and the written work requirement or toward the professional responsibility requirement and the written work requirement.

## 4. Supervision

Students may ask any Law School faculty member or instructor with a Law School teaching appointment to supervise written work. Faculty on certain types of leave may not be available in a given term.

## 5. Supervision by Visiting Faculty

Writing credits under the supervision of visiting faculty must be registered for, and ordinarily completed during the term(s) of the visitor's appointment. Note that many visitors have Law School appointments for only one term.  Students with questions about visiting faculty supervision outside of the faculty member's term of appointment should contact the Dean for Academic and Faculty Affairs.

## 6. Prohibition against Compensation

A student may not receive academic credit for written work for which he or she also receives compensation, with the exceptions of the Summer Academic Fellowship Program (managed by the Assistant Dean for Academic and Faculty Affairs) and summer internships for which J.D. students have approval from the Dean for Academic and Faculty Affairs to receive academic credit.

## 7. Multiple Use of Papers

Occasionally students seek to submit one paper for two or more courses or seminars. In such cases, the paper must be of sufficiently greater scope or depth to warrant such multiple credit. In order to assure compliance with this requirement, any student planning to submit the same or similar written work in more than one academic offering must first get the approval of the Dean for Academic and Faculty Affairs by submitting a memo that documents the project plan.  The instructors involved should discuss appropriate ways to make sure that the submitted work meets this greater burden. This memo must be signed by the instructors for both courses and must set forth the way in which the paper will meet the added requirement described herein.

Once the Dean for Academic and Faculty Affairs approves the project, the memo must then be submitted to the Office of the Registrar before the student is accorded the requested credits. This rule applies to submission of work in any offering whether at the Law School or elsewhere. A student who submits the same, or substantially the same, work in more than one course without such prior permission, will be subject to disciplinary action.

## 8. Human Subjects Research

Law School projects involving human subjects are reviewed by The Committee on the Use of Human Subjects (CUHS) within the Office of the Vice Provost for Research (OVPR). Students considering projects that fall under IRB purview, i.e., regulated research with human subjects (including surveys or interviews) should review the University's policies on the use of human subjects in research available on the CUHS Website and discuss their work with an IRB Administrator at CUHS and the Law School's Director of Research Administration.  Note that students should allow sufficient time for IRB review; late requests for review may not be granted. Requests are triaged within CUHS; please email cuhs@harvard.edu or call (617) 496-2847.

# L. Pro Bono Requirement

The Office of Clinical and Pro Bono Programs administers the Pro Bono Requirement. Participation in most clinics will satisfy the HLS Pro Bono Requirement. For more information about Clinical Legal Education, see **Section III(B)**.

As a condition for graduation, Harvard Law School requires all J.D. students to contribute at least 50 hours of uncompensated, pro bono legal work. Individual state bars may have separate pro bono requirements for admission; students are advised to check those requirements for any state in which they may seek to practice.

Work qualifying for the pro bono service requirement must be legal and supervised by a licensed attorney and must be performed on behalf of (1) people who cannot afford, in whole or in part, to pay for legal services; (2) the government; (3) a non-profit organization as defined under IRS sections 501(c)(3) or 501(c)(4); (4) a law firm working on a pro bono basis; or (5) a foreign equivalent of any of the above. The work must involve the application or interpretation of law, the formulation of legal policy, the drafting of legislation or regulations and/or work done in anticipation of litigation. The work should not be clerical and must be uncompensated. Political campaign-related work may be credited toward the Harvard Law School pro bono service requirement under the conditions indicated in the School's Pro Bono and Written Work Credit for Political Activities (**Section I(M)**) policies. The pro bono work may be, but need not be, performed in a setting in which Harvard Law School clinical credit is given or, in some instances, through the Law School's volunteer student practice organizations. Summer public interest work funded through the Summer Public Interest Funding Program (SPIF) will count toward the requirement if the work meets the pro bono requirements, is legal, and is supervised by a licensed attorney.

Pro bono service may be performed in an approved supervised setting anytime between the start of the1L year and before spring break of the 3L year, including the summers between law school years.  Transfer students may seek pro bono credit for work completed at their prior law school or during the summer prior to coming to Harvard Law School.  Please note that different pro bono rules apply to any J.D. students who entered HLS prior to Fall 2015.

For more information about the Pro Bono requirement, please see the Pro Bono Requirement webpage or contact the Office of Clinical and Pro Bono Programs.

# M. Pro Bono and Written Work Credit for Political Activities

Harvard Law School is committed to the free and open expression of ideas, and Harvard Law School's institutional commitment to free expression applies with equal force in the context of electoral politics. Harvard Law School encourages members of the community—faculty and staff as well as students—to participate, in their personal capacities, in politics at all levels.

However, federal law provides that Harvard may not "participate in, or intervene in (including the publishing or distributing of statements), any political campaign on behalf of (or in opposition to) any candidate for public office." This prohibition on Harvard's direct and indirect institutional participation in partisan politics is expressed in Sections 501(c)(3) of the Internal Revenue Code, as a condition that Harvard must satisfy in order to preserve and retain its status as a tax-exempt organization. In addition, the Federal Election Campaign Act ("FECA") prohibits corporations from making direct and indirect "contributions" in connection with a campaign or candidate. Contributions include services and anything of value.

Below is information based on guidance from Harvard's Office of General Counsel on the applicability of FECA and Section 501(c)(3) to students' proposed submission for credit of pro bono hours and written work relating to political campaign activities.  For details regarding the School's requirements for pro bono legal work, see **Section I(L)**.

## 1. Pro Bono Credit

Harvard Law School's current practice, which permits a student to receive credit towards the School's pro bono requirement for legal work on campaigns for public office is reasonable. A student's time spent volunteering for a political campaign may be credited toward the Harvard Law School pro bono service requirement under the following conditions:

   a) As set forth in Harvard Law School policy, service on political campaigns should continue to be one of a broad array of service-related pro bono activities (including

work for nonprofit organizations, charities, NGOs, government entities) from which students may freely choose.

b) Faculty and staff should take care not to steer students to a campaign as a means of satisfying the pro bono requirement.

c) Harvard Law School should administer the award of credit in an evenhanded, politically neutral manner.

d) Students, faculty and staff should not use University resources in undertaking the political activity.

## 2. Written Work Credit

The question whether Harvard Law School may award academic credit for written work relating to campaign activity presents more complications because work for academic credit is typically more likely to involve the use of Harvard resources, including faculty involvement and assistance. It is one thing for a student to receive writing supervision and credit for independently pursuing an issue that arose in connection with his or her campaign activity; it is another for a student to receive writing supervision and credit for work conducted for use by a campaign. Awarding of academic credit for written work drawing on campaign experience is appropriate, but only under the following conditions:

a) A student may receive academic credit for, and faculty may supervise, a writing project that arises out of campaign-related activities, provided the work is not directed by, prepared for, or to be submitted to a political campaign or any individual working with a campaign.

b) All written work submitted for academic credit must comply with the ordinary terms and conditions Harvard Law School imposes for granting writing credits, as stated in this *Handbook*.

c) Faculty and staff should take care not to steer students to a campaign as a means of obtaining writing credits.

d) Harvard Law School should administer the award of credit for written work in an evenhanded, politically neutral manner.

Finally, whether Harvard Law School would be viewed as participating indirectly or directly in a campaign will depend on the facts giving rise to the particular request. Additional guidance is available on the OGC website. Harvard's OGC will discuss individual requests for guidance as they are presented.

# N. Class Attendance and Participation; Overlapping Class Times

Class work is essential to the educational program at the Law School. Regular attendance at classes and participation in class work are expected of all students and attendance is

evaluated in light of the number of days that the class meets.  In the case of substantial delinquency in attendance in a course, or with regard to a clinic, the unsatisfactory performance of clinic responsibilities, the Law School may, after written notice, involuntarily withdraw a student from the course, clinic, seminar, or reading group in question. Students who believe they need to miss classes for an extended period of time must speak with the Dean of Students who can assist with such situations and can help students comply with the Law School's attendance policy and related academic policies.  In most cases, a student's absence from all of her/his classes for more than two weeks will be cause for a leave of absence.  Students may also speak with the instructor if appropriate.

Students will not receive credit for courses (including courses taken through cross-registration), clinics, seminars, or reading groups with meeting times that overlap in whole or in part. Students must also allow for sufficient travel time between classes.  Students may not make arrangements with faculty members to arrive late or leave early from a class.

Pursuant to the requirements of the law set forth in Chapter 151C, Section 2B of the Massachusetts General Laws, a copy of this section is printed in full:

Any student in an educational or vocational training institution, other than a religious or denominational educational or vocational training institution, who is unable, because of his religious beliefs, to attend classes or to participate in any examination, study, or work requirement on a particular day shall be excused from any such examination or study or work requirement and shall be provided with an opportunity to make up such examination, study, or work requirement which he may have missed because of such absence on any particular day; provided, however, that such makeup examination or work shall not create an unreasonable burden upon such school. No fees of any kind shall be charged by the institution for making available to the said student such opportunity. No adverse or prejudicial effects shall result to any student because of his availing himself of the provisions of this section.

Students anticipating missing class should consult the Law School's Class Recording Policy which is available in **Section XII(H)**.

# O. Grades for J.D. Students

## 1. Honors, Pass, Low Pass, or Fail Grades

All Law School courses, seminars, clinics and written work—with the exception of courses offered Credit/Fail—will be graded Honors, Pass, Low Pass, or Fail ("H, P, LP, or F").

## 2. Dean's Scholar Prizes

Dean's Scholar Prizes (represented on the transcript as an H*) may be awarded in recognition of outstanding work in classes and clinics with seven or more Law School J.D. and LL.M. students following the add/drop period. Dean's Scholar Prizes may not be

awarded in courses or clinics graded on a Credit/Fail basis, or for any writing credits and independent clinics.

### 3. Credit/Fail Grades

a) All reading groups and independent clinicals will be graded on a Credit/Fail basis.  Faculty may not award Credit/Fail grades without prior consultation with the **Dean for Academic and Faculty Affairs**.

b) All work done at foreign institutions as part of the Law School's study abroad programs will be reflected on the student's transcript on a Credit/Fail basis.

## P. Extensions

1. Extensions are available for required coursework (excluding exams) or papers only with the approval of the faculty member or instructor, or the Dean of Students in consultation with the faculty member or instructor in cases of personal or medical emergency. See **Section VIII(B)**. The due date is established in coordination with the student and faculty member or instructor, and the Dean of Students office when appropriate. In order to track the progress of student papers in a course or written work for which an extension has been given, the Law School uses an "Extension" (EXT) transcript notation. Students who have an approved extension will receive an EXT notation on the transcript until the work is completed and graded. EXT notations must be resolved by no later than the last day of classes of the semester (fall or spring) that follows the originally scheduled completion of the course or written work or earlier deadline as set by the faculty member or instructor. If a student fails to complete the work by that date or to receive a further extension, the Registrar's Office generally will withdraw the student from the course or written work and enter a WD on the transcript. However, if failure to complete credits for a course or written work will result in a student dropping below the semester or year required credit minimum, the student must complete the work or receive an F grade.

2. First and second-year J.D. students should note that course, seminar, or writing credits with EXT notations may not be used to meet any credit requirements in the following year.

3. If a student has an EXT at the end of the academic year, and as a result, has not completed the minimum number of required credits for the year (see **Section I(C)**, **Section I(D)**, and **Section I(I)**), the student will be ineligible for the grade-based Sears and Morgan Chu Prizes, and may not be eligible for clinical student court practice certification.

## Q. Grade Changes

After an instructor has submitted a grade to the Registrar (generally through HELIOS), the instructor may change the grade only if the grade is incorrect as a result of an arithmetical, administrative, or other mechanical error.  The instructor will determine whether or not

the grade is a result of such an error. The Dean for Academic and Faculty Affairs must approve any grade changes pursuant to this policy.

An instructor's grade determination is not subject to review on the merits by the Dean, Deputy Deans, the Dean of Students, the Registrar, or other administrators. An instructor may not change a grade based on a reevaluation of a student's work, except by requesting and obtaining approval for such change from the faculty.

After degrees are voted and approved by the faculty, grades for graduating students cannot be changed by an individual faculty for any reason.

Under the circumstances specified in the [Standing Policies of the Administrative Board Concerning Exam Administration](), a student may be entitled to grading relief for a grade affected adversely by an administrative irregularity (for example, a failure of exam software). The procedures for seeking such relief are set out in those Policies. Grade changes may also be made by the School's administration as the result of a disciplinary proceeding against a student.

Questions about grading policies and their application in particular instances can be directed to the Registrar's office or the Dean of Student's office.

# R. Completion of Course Evaluations and Grade Release

Course evaluations provide valuable feedback about the curriculum to faculty, administrators, and students. To encourage submission of evaluations, starting in fall 2019, students who complete and submit all of their course evaluations in a given term will receive grades for that term one or more weeks prior to students who do not submit all course evaluations. This policy does not apply to graduating students in their final term.

# S. Graduation with Honors

1. A student who completes the requirements for the J.D. degree with distinction will receive the degree cum laude, magna cum laude, or summa cum laude.

2. Latin honors at graduation will be based on the average of the three annual grade point averages (GPA). GPA will be calculated for each year of study and then averaged across the three years to determine Latin honors.

3. (a) The annual GPA will be calculated by assigning the following values to grades: Honors: 4; Pass: 3; Low Pass: 2; Fail: 0. Dean's Scholar Prize awards will carry an additional point.
   (b) For all students, in calculating annual GPAs, each grade, including the Dean's Scholar Prize, is weighted in accordance with the number of credits earned in the course.

4. The summa cum laude will be determined by the requirement of a 4.75 GPA. The honor is exact and does not involve "rounding off"; i.e., a GPA of 4.749 does not result in a degree summa cum laude. If, in a given year, no student earns a GPA of 4.75 or higher, summa cum laude will be awarded to the student (or students in the case of a tie) with the highest overall GPA.

5. The magna cum laude will be awarded to the next ten percent of the entire class.

6. The cum laude will be awarded to the next 30 percent of the entire class.

7. All students who are tied at the margin of a percentage required for Latin honors will be deemed to have achieved the required percentage for the appropriate Latin honors. Students who graduate in November, February or March will be granted Latin honors to the extent that students with the same GPAs received Latin honors the previous May.

8. The following are not included in Latin honors calculations for any student:
   a) Credit/Fail courses, including study abroad courses.
   b) Cross-registration courses.
   c) Clinical work or written work done in excess of the maximum credit limits.
   d) Courses taken outside of Harvard Law School through a Law School joint or coordinated degree program.
   e) Courses taken through the Berkeley Exchange Program or the Program for Third-Year Visits.
   f) Grades earned in law school prior to matriculation to Harvard Law School.
   g) "Withdrew after Deadline" (WD) notations.

# T. Minimum Grades for J.D. Students

1. The minimum grade required for completion of the J.D. credit requirements is a grade of Low Pass in all required courses and for the total number of credits required for the J.D. degree (see **Section I(C)**, **Section I(D)**, and **Section I(I)**) with the exception of coursework taken outside of the Law School for which the minimum grade is a grade of C or its equivalent.

2. Papers written to satisfy the J.D. Written Work Requirement must receive a grade of Low Pass or better with the exception of papers written for courses graded Credit/Fail which must receive a grade of Credit.

# U. Minimum Annual Progress for J.D. Students

## 1. First-Year Work

a) Satisfactory completion of the first-year program—consisting of the required 1L courses (see **Section I(C)(1-3)**) and the required upper-level elective credits (see **Section I(C)(4)**) —requires a grade of at least a Low Pass in every course, with the exception of the first-year January Experiential Term course in which students must receive a grade of Credit.

b) Subject to **Section I(U)(6)** below and **Section I(V)**, a student receiving a grade of Fail in any required course in the first year must make up the failed credits in that course during the second year by retaking the course or taking a different examination in the same course in order to maintain his or her minimum annual progress.

c) Subject to **Section I(U)(6)** below and **Section I(V)**, a student receiving a grade of Fail in the spring upper-level elective course must make up the failed credits in that course during the second year by retaking the course, taking a different examination in the same course, or taking a different course in order to maintain his or her minimum annual progress.

d) Credits for retaking a course, taking a different exam in the same course, or taking a different elective course, in order to complete first-year work are not counted for purposes of meeting the minimum credit requirements for the second year.

## 2. Second-Year Work

The following minimum requirements must be met:

a) Grades of Low Pass or better in the minimum number of required credits for the second year of study (see **Section I(C)**, **Section I(D)**, and **Section I(I)**. Credits for retaking a course or taking a different course in order to make up failed upper-level credits are counted for this purpose.

b) Subject to **Section I(V)**, a student receiving a grade of Fail in a second year course must make up the failed credits by retaking the course, taking a different examination in the same course, or taking a different course, and has the option of making up the failed credits if the credits are not needed for the semester or annual minimums.

c) Special dispensation to continue in the Law School after the second year of residence without having met these requirements may be granted by the Administrative Board under such terms as it deems appropriate.

### 3. Third-Year Work

If the minimum grade requirements for the J.D. degree have not been met after completing three years of residency (see **Section I(T)**) the following may be used to meet the degree requirements:

> a) Additional courses may be taken to meet necessary degree requirements. Degree requirements must be completed within seven years of matriculation. See **Section I(A)(3)**.

> b) Subject to **Section I(V)**, if a failing grade is the reason for failure to meet the degree requirements, a student may meet degree requirements by retaking the course, taking a different examination in the same course, or taking a different course, or in another manner approved by the Administrative Board.

### 4. International and Comparative Law Course Requirement

Subject to **Section I(V)**, a student receiving a grade of Fail in a course taken to satisfy the Upper-Level International and Comparative Law Course Requirement must make up the failed credits by retaking the course, taking a different examination in the same course, or taking a different qualifying international and comparative law course.

### 5. Legal Profession Course (Professional Responsibility Requirement)

Subject to **Section I(V)**, a student receiving a grade of Fail in the required Legal Profession course must make up the failed credits in that course by retaking the course, taking a different examination in the same course, or taking a different Legal Profession course in order to meet the School's Professional Responsibility Requirement.

### 6. Two or More Failing Grades

Any student receiving two or more grades of Fail during any academic year will be referred to the Administrative Board. The Administrative Board may decide, in such a case, that the student has failed to meet academic requirements and/or is unable to advance to the next year.

## V. Retaking Courses, Taking a Different Examination in the Same Course, and Substitute Work

1. The Registrar, Dean of Students and relevant faculty members will consult to determine whether taking a different examination in the same course is the appropriate method for a student to make up failed credits. The Registrar, Dean of Students and the relevant faculty members may consult a Deputy Dean or the Chair of the Administrative Board in determining options and appropriate method.

2. If it is determined that a student should retake a course or take a different examination in the same course, the student will be required to do so at the next scheduled time the course or examination in question is being offered.

3. The grade for retaking a course or for taking a different examination in the same course, or for taking a different course to make up the failed credits, if higher than the original grade, takes the place of the earlier grade for determining completion of J.D. degree requirements and minimum annual progress. It does not take the place of the earlier grade for purposes of determining Latin honors (for which the original grade will be used).  Both the original grade and the grade for retaking the course, for taking a different examination in the same course, or for taking a different course to make up the failed credits will be recorded on the transcript.

4. With the exception noted in **Section I(U)(1)(d)**, courses retaken and new courses taken to make up failed credits are included in calculations regarding compliance with minimum and maximum registration requirements.

5. **Special Dispensation:** Exceptions from the rules regarding retaking courses, taking a different examination in the same course, taking a different course and substitute work may be granted only by the Administrative Board upon a showing of good cause.

# II. Requirements for Graduate Degrees

The following section provides information on the requirements for the LL.M. and S.J.D. degrees at Harvard Law School.  Note that the information in this section relates specifically to requirements for Harvard Law School degree completion.  It does not relate to qualification for any bar examination or other professional licensing.

## A. Master of Laws (LL.M.)

### 1. LL.M. Residence and Credit Requirements

To qualify for the LL.M. Degree, candidates must fulfill the following requirements:

a)  One academic year in full-time residence.

b)  A course of study consisting of a minimum of 23 credits and a maximum of 28 credits (including the one credit assigned for completion of the portion of the Legal Research, Writing and Analysis course that takes place during LL.M. Orientation):

i.  Degree candidates must register for between nine and 10 credits in the fall term, between eight to ten credits in the spring term, and at least two credits in the winter term. In some cases, different minimums may apply for visa purposes.

ii.  Degree candidates may register for no more than 13 credits in the fall term, no more than 12 credits in the spring term, and no more than three credits (from a single offering) in the winter term. These term-specific credit maximums include the credit(s) for required written work (see **Section II(A)(5)** below) and the fall-term credit maximum includes the one credit assigned for completion of the Legal Research, Writing and Analysis course that takes place during LL.M. Orientation.

iii. For LL.M. candidates who do not hold a J.D. degree from a law school in the United States (including Puerto Rico), at least one of the following "primary" courses in U.S. law: Antitrust Law & Economics – Global; Civil Procedure; Constitutional Law: First Amendment; Constitutional Law: Separation of Powers, Federalism, and the Fourteenth Amendment; Contracts; Corporations; Criminal Law; Evidence (only those sections bearing three or more credits); Family Law; Legislation and Regulation; Property; Separation of Powers; Taxation; or Torts.

c) The LL.M. Written Work Requirement (see **Section II(A)(5)** below).

Any questions about academic requirements should be directed to the Graduate Program Office.

## 2. Recommended Courses

The Committee on Graduate Studies strongly recommends that each LL.M. candidate also take at least one course focusing on legal history, legal theory, policy analysis or legal process.  In addition, students who hold a J.D. degree from a school in the United States (including Puerto Rico), and who are hoping to embark on a law teaching career, are strongly encouraged to take at least one course that is primarily focused on legal theory or jurisprudence.  Students are invited to consult with the Assistant Dean for the Graduate Program and International Legal Studies or the Director of Administration and Student Affairs for the Graduate Program for further discussion of possible course selections in this area.

## 3. Class Attendance and Participation; Overlapping Class Times

Class work is essential to the educational program at the Law School. Regular attendance at classes and participation in class work are expected of all students and attendance is evaluated in light of the number of days that the class meets.  In the case of substantial delinquency in attendance in a course, or with regard to a clinic, the unsatisfactory performance of clinic responsibilities, the Law School may, after written notice, involuntarily withdraw a student from the course, clinic, seminar, or reading group in question. Students who believe they need to miss classes for an extended period of time must speak with the Dean of Students, the Assistant Dean for the Graduate Program and International Legal Studies, or the Director of Administration and Student Affairs for the Graduate Program who can assist with such situations and can help students comply with the Law School's attendance policy and related academic policies.  In most cases, a

student's absence from all of her/his classes for more than two weeks will be cause for a leave of absence.  Students may also speak with the instructor if appropriate.

Students will not receive credit for courses (including courses taken through cross-registration), clinics, seminars, or reading groups with meeting times that overlap in whole or in part. Students must also allow for sufficient travel time between classes.  Students may not make arrangements with faculty members to arrive late or leave early from a class.

Pursuant to the requirements of the law set forth in Chapter 151C, Section 2B of the Massachusetts General Laws, a copy of this section is printed in full:

Any student in an educational or vocational training institution, other than a religious or denominational educational or vocational training institution, who is unable, because of his religious beliefs, to attend classes or to participate in any examination, study, or work requirement on a particular day shall be excused from any such examination or study or work requirement, and shall be provided with an opportunity to make up such examination, study, or work requirement which he may have missed because of such absence on any particular day; provided, however, that such makeup examination or work shall not create an unreasonable burden upon such school. No fees of any kind shall be charged by the institution for making available to the said student such opportunity. No adverse or prejudicial effects shall result to any student because of his availing himself of the provisions of this section.

Students anticipating missing class should consult the Law School's Class Recording Policy which is available in **Section XII(H)**.

## 4. Grades for LL.M. Students

### a) Honors, Pass, Low Pass, or Fail Grades

All Harvard Law School courses, seminars, clinics and written work—with the exception of courses offered Credit/Fail (see **Section II(A)(4)(c)** below) —will be graded Honors, Pass, Low Pass, or Fail ("H, P, LP or F").

### b) Dean's Scholar Prizes

Dean's Scholar Prizes (represented on the transcript as an H*) may be awarded to LL.M. students in recognition of outstanding work in upper-level classes with seven or more Harvard Law School J.D. and LL.M. students following the add/drop period. Dean's Scholar Prizes may not be awarded in courses graded on a Credit/Fail basis, or for any writing credits and independent clinics.

**c) Credit/Fail Grades**

All reading groups and independent clinicals will be graded on a Credit/Fail basis.  Faculty may not award Credit/Fail grades without prior consultation with the <u>Dean for Academic and Faculty Affairs</u>.

**d) Minimum Grades; Degree Completion**

    i.  In order to be eligible for the LL.M. degree, LL.M. candidates must complete a total of at least 23 credits (including course work and written work and including the one credit assigned for completion of the portion of the Legal Research, Writing, and Analysis course that takes place during LL.M. Orientation), graded Low Pass (LP) or higher; of those 23 credits, no fewer than three must be graded Pass (P) or higher.

    ii.  LL.M. candidates must earn a minimum grade of Low Pass on the paper submitted to satisfy the LL.M. Written Work Requirement, assuming they have met the minimum grade requirements stated in **Section II(A)(4)(d)(i)** above.

    iii.  Students failing to earn minimum grades necessary to meet degree requirements may be allowed, by decision of the Graduate Committee, to undertake substitute work, take a different examination in the same course, or retake courses within the next academic year following the end of the LL.M. year. All additional work must be completed no later than 12 months after the end of the year in which the student matriculated in the LL.M. program. Outside of the foregoing circumstance, however, all work must be completed within a single academic year consistent with the fact that the LL.M. is a single academic year degree program.

    iv.  Students who have taken a leave of absence must complete the LL.M. degree requirements within 36 months of matriculating at the Law School in order to be eligible for the LL.M. degree.  Further information on Leaves and Withdrawals is found in **Section X**.

**e) Extensions**

Extensions are available for required coursework (excluding exams) or papers only with the approval of the faculty member or instructor, or the Dean of Students in consultation with the faculty member or instructor in cases of personal or medical emergency (see **Section VIII(B)**). The due date is established in coordination with the student and faculty member or instructor, and the Dean of Students office when appropriate. In order to track the progress of student papers in a course or written work for which an extension has been given, the Law School uses an "Extension" (EXT) transcript notation. Students who have an approved extension on non-exam related work will receive an EXT notation on the transcript until the work is completed and graded. EXT notations must be resolved by no later than the last day of classes of the semester (fall or spring) that follows the originally scheduled completion of the course or written work or earlier deadline as set by the faculty member or instructor. If a student fails to complete the work by that date or to receive a further extension, the Registrar's Office generally will withdraw him or her from the course or written work and enter a WD on the transcript. However, if failure to complete credits

for a course or written work will result in a student dropping below the semester or year required credit minimum, the student must complete the work or receive an F grade.

**f) Grade Changes**

After an instructor has submitted a grade to the Registrar (generally through HELIOS), the instructor may change the grade only if the grade is incorrect as a result of an arithmetical, administrative, or other mechanical error.  The instructor will determine whether the grade is a result of such an error. The Dean for Academic and Faculty Affairs must approve any grade changes pursuant to this policy.

An instructor's grade determination is not subject to review on the merits by the Dean, Deputy Deans, the Dean of Students, the Registrar, or other administrators. An instructor may not change a grade based on a reevaluation of a student's work, except by requesting and obtaining approval for such change from the faculty.

After degrees are voted and approved by the faculty, grades for graduating students cannot be changed by an individual faculty for any reason.

Under the circumstances specified in the Standing Policies of the Administrative Board Concerning Exam Administration, a student may be entitled to grading relief for a grade affected adversely by an administrative irregularity (for example, a failure of exam software). The procedures for seeking such relief are set out in those Policies. Grade changes may also be made by the School's administration as the result of a disciplinary proceeding against a student.

Questions about grading policies and their application in particular instances can be directed to the Registrar's office or the Dean of Student's office.

## 5. LL.M. Written Work Requirement

All LL.M. candidates must satisfy the Written Work Requirement for the LL.M. degree. To fulfill this requirement, LL.M. students must complete a paper that involves independent reflection, formulation of a sustained argument, and, in many cases, in-depth research. The paper must be an individual effort: group papers or works of joint authorship do not qualify. The paper may be written in conjunction with a Law School course or seminar that already requires a paper—commonly referred to as writing "in conjunction" with a course or seminar —, or as an independent paper supervised by a member of the Law School faculty (including instructors with Law School teaching appointments). Where a student seeks to write a paper "in conjunction" with a course or seminar, it must be clear that (i) the course or seminar already requires a paper, (ii) the proposed paper is not in lieu of an exam or other assignment(s) for the course (unless such option is specified in the syllabus and is available to all enrollees in the course), and (iii) the paper is an individual assignment and not part of a group project. Where there is no course or seminar in the field

in which a student wants to work, candidates generally will be able to find a faculty member who will be available to guide research in the particular field.

LL.M. students who hold J.D. degrees from a law school in the U.S. (including Puerto Rico) must write a 50-page paper (see description below).  LL.M. students whose primary law degrees are from schools other than those in the United States (including Puerto Rico) may select either of the two options described below.

The parameters for paper length and credits earned are as follows:

- **25-page paper**: one credit if written independently, no credit (beyond the associated course credit) if written in conjunction with a course that requires a paper

- **50-page paper:** two credits if written independently, one credit if written in conjunction with a course that requires a paper

The requirement cannot be satisfied with a series of shorter papers or journal entries, works of joint authorship, moot court briefs, clinical work product, or papers written for independent clinicals. As the foregoing list of exclusions is not exhaustive, students should confirm with the Graduate Program that the proposed format for their required written work meets the requirement.

Further guidance on the Written Work Requirement is available from the Graduate Program Office.

**Registration deadlines.** All LL.M. students must formally register for the Written Work Requirement.  This registration is done through submission of a form that is signed by the faculty supervisor.  The process is more fully described above. Students writing the 50-Page Paper, or the 25-Page Paper in the fall term, must register for the paper at the Graduate Program Office by October 21, 2019, as set forth in **Section VII(C).** Students writing the 25-Page Paper in the spring term must register for the paper by February 7, 2020. LL.M. students who fail to register for the LL.M. Written Work Requirement by February 7, 2020, as set forth in **Section VII(C)**, may be removed from the May 2020 degree list.

## 6. Additional Rules Relating to the LL.M. Written Work Requirement

The mandatory schedule for registering for, completing, and submitting the LL.M. Written Work Requirement is set forth in **Section VII(C)** and **Section VIII(C)**. The following rules and guidelines also apply to the LL.M. Written Work Requirement:

a) **Supervision:** Students may ask any Law School faculty member or instructor with a Law School teaching appointment to supervise written work. Faculty on certain types of leave may not be available in a given term.

b) **Supervision by Visiting Faculty:** Writing credits under the supervision of visiting faculty ordinarily must be registered for and completed during the term(s) of the visitor's appointment. Note that many visitors have Law School appointments for only one term. Students who are contemplating supervision by visiting faculty for projects that might fall outside of the faculty member's term of appointment should contact the Graduate Program staff for guidance on this point.

c) **Prohibition against Compensation:** A student may not receive academic credit for written work for which he or she also receives compensation.

d) **Multiple Use of Papers:** Occasionally students seek to submit one paper for two or more courses or seminars.  In such cases, the paper must be of sufficiently greater scope or depth to warrant such multiple credit.  In order to assure compliance with this requirement, any student planning to submit the same or similar written work in more than one academic offering must first get the approval of the Dean for Academic and Faculty Affairs by submitting a memo that documents the project plan.  The instructors involved should discuss appropriate ways to make sure that the submitted work meets this greater burden. This memo must be signed by the instructors for both courses and must set forth the way in which the paper will meet the added requirement described in the preceding paragraph.

Once the Dean for Academic and Faculty Affairs approves the project, the memo must then be submitted to the Office of the Registrar before the student is accorded the requested credits. This rule applies to submission of work in any offering whether at the Law School or elsewhere. A student who submits the same, or substantially the same, work in more than one course without such prior permission, will be subject to disciplinary action.

e) **Human Subject Research:** Law School projects involving human subjects are reviewed by The Committee on the Use of Human Subjects (CUHS) within the Office of the Vice Provost for Research (OVPR). Students considering projects that fall under IRB purview, i.e., regulated research with human subjects (including surveys or interviews) should review the University's policies on the use of human subjects in research available on the CUHS Website and discuss their work with an IRB Administrator at CUHS and the Law School's Director of Research Administration. Note that students should allow sufficient time for IRB review; late requests for review may not be granted. Requests are triaged within CUHS; please email cuhs@harvard.edu or call (617) 496-2847

f) **Registration for Written Work:** A student must register for the LL.M. Written Work Requirement in advance by submitting a LL.M. Written Work Requirement Registration and Proposal form to the proposed faculty advisor for signature and, once reviewed and signed, submitting the completed paperwork to the Graduate Program Office by no later than the published dates set forth in **Section VII(C)**. Details about the proposal will be provided by the Graduate Program. Faculty members may require additional preliminary information, such as a discussion of the subject matter, an outline, or a

longer description. A student should submit the Registration and Proposal form to the faculty member, as well as any other material requested, well in advance of the published dates set forth in **Section VII(C)** since faculty members may require additional preliminary work before accepting a proposal.

g) **Awarding of Additional Credit:** On rare occasions an LL.M. student writing the 25-Page Paper may seek one additional credit where the paper significantly exceeds the original parameters in form (at least 25 additional pages) and in substance. Under the above conditions, the student may be eligible for such credit only through advance arrangements with the student's faculty supervisor and with the approval of the Graduate Program and notice to the Office of the Registrar. The foregoing are the only circumstances under which an additional credit may be considered and granted, and all such conditions must be satisfied by no later than April 18, 2020 in order for such additional credit to be granted.

h) **Additional writing opportunities** for LL.M. students include Optional Written Work and the Winter Term Writing Program (see **Section III(A)**). An LL.M. student may seek no more than one credit for involvement in a moot court brief, and must submit a narrative describing that student's individual contributions—in terms of form and substance—to the final brief. In order to qualify for academic credit, the writing must be at least 25 pages of the student's individual written work.  LL.M. students interested in registering for moot court writing credit should complete the required registration form, along with the narrative description, and submit it to the Graduate Program Office. LL.M. additional writing opportunities are subject to applicable rules related to political activities outlined in **Section I(M)**.

# B. Doctor of Juridical Science (S.J.D.)

To qualify for the S.J.D. degree, candidates must fulfill the following requirements, discussed at length in the *Graduate Program Handbook*, and incorporated by reference herein.

## 1. Study Plan

Each S.J.D. candidate must submit an approved study plan, including arrangements for course work and reading lists, in the first year of candidacy. Candidates must submit drafts of their study plans to their principal supervisors and orals committee members early in September of the first year of the program and should discuss with them the desirability of pursuing specific courses, selected readings, interdisciplinary study, skills enhancement (e.g., languages, mathematics, statistics), and other academic projects in their specific fields of study. On the basis of these discussions, candidates should put their study plans in final form, have them approved by their principal supervisors, and submit the plans for approval by the Committee on Graduate Studies by no later than September 30; and, if revised, for final approval by no later than October 31 of the first year of study.

## 2. First Year in Residence

Candidates must complete the first year of study in residence at the Law School, under the supervision of a faculty member and an orals committee selected by the candidate and approved by the Committee on Graduate Studies; the first year of study is spent reading for fields under the supervision of the candidate's principal supervisor and the orals committee and completing, ordinarily, at least eight credits of course work (typically on an audit basis).

a) **S.J.D. candidates in the first year** must normally complete course work carrying a minimum of eight credit hours (typically on an audit basis) at the Law School or, if appropriate, at other departments of the University. Arrangements for fulfilling the course work requirement must be set forth in the Study Plan. Any S.J.D. candidate who does not hold a primary degree in law from a U.S. law school:

> i. must complete, during the first year of S.J.D. studies if not completed during the LL.M. year, at least one course in U.S. law.

> ii. is strongly encouraged to complete, during the first year of S.J.D. studies if not completed during the LL.M. year, at least one course in legal history, legal process, or legal thought.

The content of courses pursued in connection with the fields of study will typically be examined in the context of the oral (general) examination.

b) **Attendance Policy**: S.J.D. candidates taking classes on a for-credit basis must adhere to the class attendance policy set forth above and are subject to the protections of the Massachusetts law set forth therein.

c) **Grades**: All Harvard Law School courses, seminars, clinics and written work—with the exception of courses offered Credit/Fail—will be graded Honors, Pass, Low Pass, or Fail ("H, P, LP or F").  S.J.D. students must receive a minimum grade of P in any course taken for credit.  Grades of LP or F are not passing grades for the S.J.D. degree.

## 3. Oral Examination

Candidates must successfully complete an oral (general) examination in each of the fields of study outlined in the study plan. Candidates must sit for the S.J.D. oral (general) examination in their fields of study during the first or second year of study, and in any event by no later than the 19th month from the beginning of S.J.D. studies, which is typically March of the second year. The examination must be completed before starting work on the dissertation. Each student and his or her principal supervisor will agree on a target month (no later than the deadline set out earlier in this paragraph) for completion of the oral (general) examination at the time the student develops his or her study plan.

## 4. Prospectus

Within six months after completing their oral examination, candidates must complete and submit to the Graduate Program a written prospectus, of between 2,000 and 3,500 words of text (with no more than an additional 1,000 words in footnotes). The prospectus should be developed in conjunction with the principal supervisor and other members of the orals committee, and must have the written approval of the principal supervisor before submission to the Graduate Program. Please refer to the *Graduate Program Handbook* for details about the content of the prospectus. (This requirement will apply to all candidates who have not yet completed their oral examination as of August 31, 2019.)

## 5. Presentations at the S.J.D. Colloquium

Twice during the program, S.J.D. candidates are required to present their dissertation work at the S.J.D. Colloquium. The first presentation at the S.J.D. Colloquium will be scheduled after the prospectus is submitted, and must be completed by no later than the 28th month from the beginning of S.J.D. studies (which for most candidates would mean by December of the third year) or 12 months from the completion of the oral examination, whichever is earlier. The second presentation must be completed at least six months prior to the expected graduation date and may take place up to 12 months prior to the intended date.

## 6. Submission and acceptance of the doctoral dissertation

Within 36 months of successful completion of the oral examination, the S.J.D. candidate should complete and submit a dissertation that represents a substantial and valuable contribution to the scholarship in its field and is suitable for publication. Specific information regarding deadlines and degree dates are described in detail in the *Graduate Program Handbook*.

**Prohibited Submissions**: Commissioned studies, committee reports, and writings of joint authorship will not be accepted in fulfillment of the dissertation requirement.

**Permission and Required Format for Multiple Essay submissions**: The dissertation is generally expected to be in the form of a monograph.  In cases where the dissertation explores law and another discipline, a series of related essays may be acceptable with the approval of the Graduate Committee. Where this format is approved, the candidate must also submit for approval an introductory and/or concluding synthetic essay that draws on and comprehensively synthesizes the other essays by establishing a general thesis supported by these essays.

To request permission to submit a dissertation in the form of multiple essays, candidates should present for the Graduate Committee's review – as soon as possible but in any event no later than nine months before the intended graduation date – a petition that: (a) sets forth the substance of the dissertation project as a whole and an explanation of why a multiple-essay format is more appropriate than a monograph in light of the nature and

focus of the dissertation project and the norm for dissertations in the relevant discipline; (b) acknowledges the requirement to include a synthetic essay that draws on the other essays and establishes a general thesis supported by these essays; and (c) sets forth in sufficient detail the substance of the synthetic essay (or submit a draft of such essay).  Candidates should also ask their principal supervisors to provide a statement of support for the multiple-essay format in light of the norm for dissertations in the relevant discipline.

**NOTE:** While such requests – when presented in a timely manner and in compliance with the above specifications – are generally granted, candidates should not assume that requests for multiple-essay submissions are automatically granted.

## 7. Oral Defense of the Dissertation

Following completion of the dissertation, and in accordance with information on degree deadlines described in the *Graduate Program Handbook*, each candidate must pass an oral defense examination on the dissertation as a whole. The examination is to be given by a dissertation defense committee, consisting of the principal supervisor and the second reader(s) and may, if necessary, include a representative of the Committee on Graduate Studies. A report on the defense must be completed and signed by each member of the defense committee and submitted to the Graduate Program by the relevant due date, as specified in the *Graduate Program Handbook*.

## 8. Submission of Dissertation to the Library

Once the dissertation defense committee gives final approval to the dissertation and corrections, if any, are made, two unbound copies printed on acid-free paper must be submitted (unbound) to the Graduate Program for deposit with the Law School Library. At this time, a Library Authorization form must also be signed.

Detailed specifications for each of the preceding requirements and other relevant information, including the content of the prospectus and dissertation completion deadlines, are provided in the *Graduate Program Handbook*.

# III. Additional Academic Opportunities (J.D. and Graduate Programs)

## A. Additional Written Work Opportunities

### 1. Optional Written Work

In addition to the Written Work Requirement for each degree, upper-level and graduate students have the option of doing additional written work for credit. With the agreement of the instructor, a student may do such optional written work for additional credit in conjunction with a Law School seminar or course, or on an independent basis with Law School faculty supervision.  These are excellent opportunities for pursuing topics in depth, for exploring issues beyond the formal curriculum, for developing publishable scholarship, and for tailoring the law school experience to the student's personal interests.

a) **Credits**: J.D. student optional written work may receive one or more writing credits and is expected to be of the same scope as a paper written to fulfill Option 1 of the J.D. Written Work Requirement that receives the same number of credits (see **Section I(K)(1)**). LL.M. student optional written work may receive one or two writing credits and is expected to meet the standards for LL.M. Required Written work in form (at least 25 pages of the student's individual written work, for one credit) and in substance. The number of credits granted for a particular piece of writing must be arranged in advance between the student and the faculty supervisor. Rules relating to supervision and registration of optional written work are the same as those for Option 1 work.

b) **Registration for Optional Written Work** (see also **Section VII** and **Section VIII**): J.D. students must register for Optional Written Work by submitting the required registration form and proposal to the faculty supervisor for approval and then to the Office of the Registrar by the second Friday in October for fall term, by the second Friday in November for winter term, and by the second Friday in February for spring term. Forms are available in hard copy in the Office of the Registrar and online. LL.M. students who pursue Optional Written Work must register for such work by submitting the required registration form and proposal to the faculty supervisor for approval and then to the Graduate Program Office by October 21, 2019 for fall term and by February 7, 2020 for spring term. Forms are available in hard copy in the Graduate Program Office and online.

c) **Research Assistant Work for Credit:** Law School faculty members and instructors with a Law School teaching appointment have the discretion to give a student written work credit for writing done as a research assistant, subject to the following conditions (see also **Section I(K)(1)** and **Section II(A)(5)**):

i. In order to qualify for academic credit, the writing must be equivalent to work that would qualify for optional independent written work credit. Research assistant work that does **not** qualify for academic credit includes cite-checking, research summaries without analysis, and compilations or summaries of data without analysis.

ii. In no case may a student receive academic credit for research assistant work that is also compensated.

iii. To register for Research Assistant Work for Credit, please complete the required registration form and submit it to the Graduate Program Office, for LL.M. students, or the Office of the Registrar, for J.D. students.

d) **J.D. students** should consult the Office of the Registrar with questions about optional written work or Research Assistant Work for Credit.

e) **LL.M. students must** consult with the Director of Administration and Student Affairs for the Graduate Program before undertaking optional written work or Research Assistant Work for Credit.

## 2. Winter Term Writing Program

Participants in the Winter Term Writing Program (WWP) devote the winter term exclusively to the intensive research and/or writing of a paper under the supervision of a Law School faculty member or an instructor with a Harvard Law School teaching appointment. Participation in the WWP requires registration for Option 1 of the J.D. Written Work Requirement or Optional Written Work of at least two and no more than three credits, or for LL.M. students, a 50-Page paper—written independently of a course or seminar—with the credits assigned to the Winter Term. Participation in the program is in lieu of taking a Law School course for the winter term, and to meet the minimum residency requirement, the research/writing done during the term must be toward the completion of a single writing project with a minimum of two credits.

a) **J.D. Students**

J.D. participation in the WWP, with the credits registered into the Winter Term, will satisfy Option 1 of the Written Work Requirement if the requirement has not been previously satisfied.

b) **J.D. Students -- Special Considerations**

i. Option 2 of the J.D. Written Work Requirement does not qualify for the WWP.

ii. Written work for which J.D. students registered in a previous academic year is not eligible for the WWP in the current year.

iii. Credits for WWP projects are registered into the Winter Term only.

iv. Students participating in the WWP must spend the winter term in Cambridge, working on the relevant paper unless the nature of their research requires them to travel.

v. Students should note that taking the WWP instead of a winter course eliminates the winter term as a source of Law School classroom credits. Third-year students considering the WWP in lieu of a winter course should first check their upper-level credits against Harvard Law School degree requirements to confirm that they will meet the required upper level 36 Law School classroom credit minimum set forth in **Section I(D)**.

c) **LL.M. Students**

Students who have registered for a single written work project worth at least two credits, such as the LL.M. 50-Page Paper written independently of a course, are eligible to apply for the WWP. LL.M. students who are accepted to the WWP must spend the winter term in Cambridge, working exclusively on the relevant paper.

d) **Application and Registration Process**

The WWP registration forms for J.D. students and LL.M. students are available online and in hard copy at the Office of the Registrar and in the Graduate Program Office respectively. See **Section VII** for more information about registration and **Section VIII** for submission deadlines for papers written as part of the Winter Term Writing Program.

# B. Clinical Legal Education

## 1. Overview

Clinics offer students the opportunity to use the analytical, negotiation, and problem-solving skills they have learned in the classroom to assist clients and/or to develop policy while receiving academic credit under the supervision of experienced attorneys in a wide variety of settings. Most students enroll for clinical credit at the many Law School "in-house" clinics that are permanently staffed by Law School attorneys, who are experienced in teaching and supervising students. Students can also be placed in approved externship placements where they work for an outside agency or organization. Students interested in a special area of the law not offered through existing clinics may propose a new clinical placement through the Independent Clinical Program, which requires pre-approval by the Office of Clinical and Pro Bono Programs, supervision by a licensed attorney, and sponsorship by a Harvard Law School faculty member. With the permission of a specific clinic and the Office if Clinical and Pro Bono Programs, students may continue work on a clinic in subsequent semesters and earn Advanced Clinical credits.

Clinical work is a serious commitment that requires the dedication of a significant amount of time including substantial hours during the work week. Students should consult with the Office of Clinical and Pro Bono Programs to find out more about clinical programs or a specific clinic.

Participation in most clinics will satisfy the Pro Bono Requirement.  For more information about the Pro Bono Requirement, see **Section I(L)**.

## 2. Requirements for Clinical Credits

a) Any student seeking to receive academic clinical credit for legal practice work or a legal externship must do so in coordination with the Office of Clinical and Pro Bono Programs.

b) Clinical work must be legal work and involve direct legal advocacy or representation, application or interpretation of law, formulation of legal policy, or drafting of legislation or regulations.  Clinical work should not be clerical.

c) All clinical work must be supervised by an attorney licensed in the relevant jurisdiction.

d) Clinic students are required to adhere to rules of ethics and professional responsibility as set by individual clinics, and follow technology policies set by clinics in conjunction with ITS.

e) All clinics must have a classroom component with the exception of Independent Clinical projects and Advanced Clinical credits.  Independent Clinicals and Advanced Clinicals do not satisfy the J.D. experiential learning requirement (see **Section I(F)**).

f) Work on political campaigns is not eligible for clinical credit, but may count toward the pro bono requirement if it meets certain criteria (see **Section I(L)**, **Section I(M)**, and **Section III(B)(5)** below).

g) Students must have successfully completed their first year of law school to enroll in a clinic.

h) Independent clinical work is graded Credit/Fail and capped at two clinical credits for the winter term, and three clinical credits for the fall or spring terms.

i) A student may not receive academic credit for any clinical work for which he or she also receives compensation.

j) Credits awarded for in-house and externship clinics will count toward the experiential learning requirement. Credits awarded for clinical courses that are limited to students enrolled in the corresponding clinic may also be counted toward the experiential learning requirement. Independent clinicals, advanced clinicals, and seminars with only some

students enrolled in the corresponding clinic do not count towards the experiential learning requirement. See **Section I(F)**.

k) Credits awarded for clinical courses that satisfy the experiential learning requirement (see **Section I(F)**), the professional responsibility requirement (see **Section I(G)**), and the written work requirement (see **Section I(K)**) may be counted towards toward one but not more than one of these requirements.

Please refer to the website of the Office of Clinical and Pro Bono Programs for more detailed information about receiving clinical credits.

## 3. Enrollment and Credits

Table 3: Clinical Credits

| Term | Clinical Credits | Hours per Week | Hours per Term |
|---|---|---|---|
| Fall or Spring | 2 | 8 | 96 |
| | 3 | 12 | 144 |
| | 4 | 16 | 192 |
| | 5 | 20 | 240 |
| Winter* | 2 | Full-Time | 96 |

*Winter term clinical work concludes on the last day of final winter exams and excludes the MLK holiday, unless the clinical placement is open on the holiday. Full-time hours are determined by the placement organization.

a) Students may enroll in only one clinic per term. Students may earn a maximum of five clinical credits for their work in a clinic during the Fall or Spring term and a maximum of 2 clinical credits for their work in a clinic during the Winter Term. Students may enroll in a maximum of 16 clinical credits in total during their 2L and 3L years. See **Section I(D)(2)(d)**.

b) Students seeking to enroll in the same clinic for a subsequent semester of advanced clinical work may do so with the permission of the clinic and the Office of Clinical and Pro Bono Programs.

c) Students earn classroom credits for the classroom component of their clinics and clinical credits for the practice component. Students with questions about these policies should

contact the Office of Clinical and Pro Bono Programs. (LL.M. students also should consult with the Graduate Program Office for additional clinical credit policies.)

## 4. International J.D. Students in Clinics

International J.D. students should consult with the Office of Clinical and Pro Bono Programs for information on which clinical opportunities are available to them.

International J.D. students on F-1 visas are eligible to participate in all in-house clinics. Externship clinics require Curricular Practical Training (CPT). Students are required to work with the Office of Clinical and Pro Bono Programs and the Harvard International Office to secure CPT authorization. F-1 students are not eligible to participate in domestic independent clinical projects or advanced clinicals with externship placements, because these opportunities are not eligible for CPT authorization.

Please contact the Office of Clinical and Pro Bono Programs with any questions about this process.

## 5. Opportunities for Student Practice

Harvard Law School seeks to ensure that students are given ample opportunities to gain hands-on, practical legal experience during their time at Harvard Law School. Harvard Law School offers the largest number of in-house clinics and externship programs in the country. In addition, Harvard Law School also provides in-house supervision for a broad range of pro bono opportunities through the Student Practice Organizations (SPOs). Students who are not in approved SPOs and clinics shall not form student organizations with the intent of engaging in law practice.

Harvard Law School offers several carefully designed options for students to engage in legal practice, all of which train students to be competent, effective and ethical lawyers while providing the supervision necessary for effective pedagogy and compliance with relevant statutes and rules governing the practice of law.

a) Students can engage in legal work in the following ways:

- Working within an established Harvard Law School clinic or externship. See Clinical Program.
- Working within an approved Harvard Law School student practice organization ("SPO"). Student Practice organizations are student-run with supervising attorneys to assist and guide students. See Student Practice Organizations.

- Working within an approved independent clinical placement. See Independent Clinical Program.

- Working on an individual basis for Harvard Law School pro bono credit under the direct supervision of a licensed attorney at a law firm or legal organization or a Harvard Law School faculty member who is licensed to practice in the relevant jurisdiction. See For Attorneys and Supervisors.

In addition to the methods stated above, students can:

- Earn writing credit for detailed legal research and policy analysis under the supervision of a faculty member. Independent written work projects take a wide range of forms, from law review articles to drafting proposed statutes to writing policy papers to advising public officials or private entities. Those projects may also include various sorts of public policy analysis, historical research, and empirical work so long as they include the completion of an appropriate written work product. See **Section I(K)**. Written work for academic credit may not constitute the practice of law. Questions should be directed to the Assistant Dean of Clinical and Pro Bono Programs.

- Students may also gain practice experience under the supervision of outside attorneys by volunteering individually on a non-credit basis for those attorneys, but shall not in any way hold themselves out as doing so as part of a Harvard Law School student group or under the Harvard Law School name.

b) Harvard Law School student organizations that are not approved SPOs shall not under any circumstances engage in the practice of law in any form. Disregard for this policy will subject the student organization to dissolution procedures.

- Only approved SPOs and clinics (where an in-house attorney supervisor is provided through a clinic or a stand-alone SPO) may seek out or accept projects that constitute legal practice or otherwise practice law using the Harvard name.

- Student organizations may present conferences, panels, and other events and bring in speakers.  Members of such organizations may of course talk generally with others about their practice experiences as long as they comply with professional rules governing client confidences.

- Creating a new SPO or clinic requires an investment of resources to hire supervising attorney(s), provide space, and ensure data security and client confidentiality. Students are encouraged to work within existing clinics and SPOs. Funding to start an SPO or a new clinic comes from the Law School budget and not through the student funding board or the Dean of Students Office. Such requests are weighed against on-going requests to support existing clinics and SPOs. Please contact the Assistant Dean of Clinical and Pro Bono Programs for more information.

c) Standards of professional behavior for law students.

As current (for some LL.M. students) and future practicing lawyers, law students have standards of professional behavior and responsibilities. Please be advised that every state, including the Commonwealth of Massachusetts, has statutes and rules that prohibit the "unauthorized practice of law." (See, e.g., Mass. Gen. Laws ch. 221 §41; Mass. Rules of Professional Conduct, Rule 5.5)

The practice of law is broadly defined and can include providing advice, in addition to direct representation. Just as one must get a license to practice medicine, one must be admitted to the bar in a particular state to be able to practice law. Law students are permitted to do legal work for clients as long as the student is working as an individual supervised by an attorney admitted to practice law in the relevant jurisdiction and that attorney takes responsibility for the legal work. Engaging in the unauthorized practice of law may result in criminal penalties, including fines and imprisonment. See *Massachusetts Conveyancers Ass'n, Inc. v. Colonial Title & Escrow*, Inc., 2001 WL 669280 (Mass.Super. 2001) (whether a particular activity constitutes the practice of law is fact specific); *Matter of Shoe Manufacturers Protective Association*, 295 Mass. 369, 372 (1936).

Harvard Law School students are required to comply with rules regarding the practice of law and the Law School's policies regarding engagement in the practice of law while enrolled at the Law School.  These rules ensure proper supervision and compliance with applicable legal requirements. Violation of the rules on the unauthorized practice of law may result in disciplinary proceedings before the Administrative Board and may interfere with eligibility for admission to the bar.

# C. Cross-Registration

## 1. Cross-Registration from Harvard Law School

a) **Overview:** Cross-registration for Harvard Law School students extends to all Harvard schools with the exception of the Division of Continuing Education (Harvard Extension School). Law School students also may cross-register at M.I.T. and the Fletcher School at Tufts University. Students are responsible for knowing the cross-registration policies and procedures of the Law School and of the school offering the course. Cross-registration must be completed by published deadlines at the beginning of the semester in which the course is offered and by the dates posted in the Law School Cross-Registration Calendar. A cross-registration petition may not be filed later in the year and operate retroactively. Students interested in cross-registering should submit petitions through my.Harvard.edu.  Individual school courses and cross-registration policies and dates are available on the Cross Registration for Harvard Students page of the Harvard University Course Catalog.

b) **Requirements:** A student must be a currently registered, full-time student of Harvard Law School in order to cross-register. Any upper-level J.D. and LL.M. student may cross-register for courses according to these terms:

i. Upper-level J.D. students need to carry at least eight Harvard Law School credits of classroom, clinical, or written work, of which no fewer than four are law classroom and/or clinical credits per semester in order to be eligible to cross-register. See **Section I(D)**. Students are required when cross-registering to meet the Law School fall and spring semester residency minimum of 10 credits, which will include the cross-registration credits converted to Harvard Law School credits.

ii. LL.M. students may apply to cross-register for graduate-level courses at any of the schools specified in the Overview section above. To do so, LL.M. students must seek approval from the Director of Administration and Student Affairs for the Graduate Program through the cross-registration petition process; cross-registration may be completed only after such approval has been granted. No law school credit is awarded for language, field, or studio courses, or for courses not reasonably related to a program of law study.

iii. Only those S.J.D. students who are in the first year of the S.J.D. program and who are eligible to take courses for credit are able to cross-register for credit. Where both conditions have been met, S.J.D. students should consult with their faculty supervisors before starting the cross-registration process.

c) **Process and Approval:** It is important to note that host school faculty approval does not guarantee enrollment in the course. If the faculty member approves, the student's request will be forwarded to the host school's Registrar's Office. The host school's Registrar's Office will enroll the student if appropriate given the school's policies for cross-registration. Students who plan to cross-register for a course should maintain a full schedule of Law School course credits until courses requested through cross-registration are confirmed. Following confirmation, cross-registering students will be permitted to drop a course at HLS without penalty, provided that the student does so immediately following host school confirmation.

d) **Credits:** Harvard Law School allows up to 12 credits of cross-registration toward the J.D. degree and up to six credits of cross-registration toward the LL.M. degree.  J.D. students may enroll in up to six credits of cross-registration per semester. The number of credits for a course will be assigned by the Law School Registrar's Office in accordance with ABA standards. Law School credits for cross-registration are generally based on lecture hours, with one credit awarded for every 700 minutes spent in mandatory lecture, (e.g., a course meeting three lecture hours per week for a full semester will receive three credits). For J.D. students, studio and field courses are generally limited to two credits and credits awarded for language courses are limited to three credits (thus, in both situations, credits awarded may not reflect true in-class hours). "Intensive" language courses (in which a full-year's worth of instruction takes place in one semester) may receive up to four credits. LL.M. students do not receive degree credit for language courses, studio courses, field courses, or courses not reasonably related to a program of law study.

e) **Course Scheduling, Content, and, Grades:** The content of a cross-registered course may not duplicate or overlap course work taken previously or contemporaneously. The

meeting time of the cross-registered course may not overlap with, or abut, the meeting time of courses on the student's Law School schedule, and students must allow for sufficient travel time between schools. Students may not make arrangements with faculty members to arrive late or leave early from a class.

Grades awarded by the school offering the cross-registered course are the grades of record for the Law School transcript. Credits earned in cross-registered courses generally count toward Harvard Law School degree requirements; however, the grades do not count in Latin honors calculations for J.D. students.

Most schools do not allow graduate or cross-registered students to take courses pass/fail. Students may not negotiate pass/fail grading separately with faculty, and any offer of pass/fail grading from the course instructor will be verified by the Law School Registrar's Office. Any questions regarding the grading policies of a school should be directed to the respective Registrar's Office.

f) **Academic Work, Examinations:** The Harvard schools generally operate on the same academic calendar.  However, schools continue to offer individualized course and exam schedules that affect daily class times, add/drop deadlines, exams, and credits. All academic work for a cross-registered course must be completed in the term in which the course is taken. Students should review the course and exam schedule of each school into which they plan to cross-register. Students are responsible for taking the examination(s) in a cross-registered course when scheduled by the school offering the course. Requests to defer examinations in any course, including cross-registered courses, will not be granted except as specified in the Law School's Deferred Examination Policy. See **Section IV(B)**. In addition, the examination policies and procedures of the school offering the course must be observed.

**Note**: Degree candidates should plan carefully to complete all academic work and exams in cross-registered courses on schedule to avoid delay in receipt of final grades that may jeopardize clearance for Harvard Law School graduation.

g) **Cross-Registration Deadlines:** Harvard Law School students should follow the deadlines listed on the Law School Cross-Registration Calendar. Note that students are responsible for notifying the Harvard Law School Registrar's office of any dropped cross-registration courses by the appropriate deadline. Failure to do so may result in a "Withdrew after Deadline (WD)" notation on a student's transcript.

More detailed information about cross-registration for Law School students is available on the Cross Registration webpage or from the Office of the Registrar.

## 2. Cross-Registration into Harvard Law School

Students cross-registering into Harvard Law School from other schools should consult with their home school Registrar's Office in advance of submitting a petition to take a Law

School course. Cross-registration into the Law School is open to all Harvard University students, with the exception of students from the Division of Continuing Education (Harvard Extension School), and to graduate students of M.I.T. and the Fletcher School at Tufts University. For the duration of the course taken through cross-registration, a student must be registered at his or her home school and remain in good standing at both the home school and at the Law School.  Students interested in cross-registering into the Law School should submit petitions through my.Harvard.edu.

Cross-registrants into the Law School are allowed to take a maximum of six credits at the Law School in an academic year, audits included. Most Law School courses expect students to have a basic understanding of legal vocabulary and the legal system. Students must get permission from the instructor to cross-register and should discuss their qualifications for a course/seminar in detail and in advance with the instructor. Even with permission, cross-registrants are not guaranteed enrollment in a class until the Law School Registrar's Office has given its approval, which will be in part dependent on available seats.

Cross-registration must be completed at the beginning of the semester in which the course is offered and by the dates posted in the Law School Cross-Registration Calendar. A petition may not be filed later in the year and operate retroactively. There is no cross-registration into the first-year basic courses in Civil Procedure, Constitutional Law, Contracts, Criminal Law, Legislation and Regulation, Property, and Torts, or into the 1L January Experiential Term courses, First-Year Legal Research and Writing, or courses satisfying the Law School's professional responsibility requirement. All cross-registration placements are determined by the Law School Registrar's Office. Students may not make arrangements outside the Registrar's Office with a Harvard Law School instructor to cross-register for or audit a course or regarding grades or credit for academic work.

All academic work must be completed in the term in which cross-registration is taken and by Law School deadlines. All examinations must be taken as specified in the Harvard Law School examination schedule. No adjustments will be made, and Harvard Law School does not give make-up examinations. Papers are not accepted in lieu of exams unless the instructor offers the option in advance to the entire class. All Law School courses and written work will be graded Honors, Pass, Low Pass, or Fail ("H, P, LP, or F") (or Credit/Fail in approved courses) for all students, including cross-registrants. Dean's Scholar Prizes may be awarded in recognition of outstanding work in classes with seven or more Harvard Law School J.D. and LL.M. students following the add/drop period. Except in courses so designated, Credit/Fail grading is not an option and may not be arranged separately with the instructor.

# D. Auditing a Harvard Law School Course

Only Harvard University affiliates are permitted to audit Harvard Law School classes.  HU affiliates interested in auditing a Harvard Law School course (excluding first-year required courses) must submit an audit request form to the Office of the Registrar. The form requires the signature of the instructor of the course. The form will be held in the

Registrar's Office until the end of the drop/add period. If it is determined that space is available in the course (there is no HLS waitlist or the waitlist has been cleared and cross-registrants have been admitted) qualifying auditors will be notified that they may attend the course and will be added to the course Canvas page. At the conclusion of the term, auditors will be removed from the course Canvas page; this does not apply for S.J.D. auditors who will remain. At the discretion of the faculty member, potential qualifying auditors may continue to sit in the course (provided a physical seat is available) until an official decision is made by the Registrar.  Any audit request which is denied will be communicated back to the faculty member.  The audited course will not appear on the transcript. Auditors will not be provided a transcript or any other record of having audited a course.

If multiple qualifying students and/or other qualifying HU affiliates request to audit the same course and there is not space to seat them all, the audit requests will be processed by first reviewing requests from Law School students, second from other Law School affiliates, and third from elsewhere within the University.

# E. Joint, Coordinated, and Concurrent Degree Opportunities for J.D. Students

## 1. Joint Degree Programs

The Law School offers the following formal Joint Degree Programs with other Harvard Schools:

a) J.D./M.B.A. with the Harvard Business School
b) J.D./M.P.H. with the Harvard School of Public Health
c) J.D./M.P.P. and J.D./M.P.A. in International Development with the Harvard Kennedy School
d) J.D./M.U.P. with the Harvard Graduate School of Design

The Law School also offers a Joint Degree Program with the University of Cambridge, U.K. leading to a Harvard J.D. and Cambridge LL.M.  For more information about this program and other international opportunities see **Section III(F)**.

## 2. Coordinated J.D./Ph.D. Program

The Law School, in conjunction with the Graduate School of Arts and Sciences at Harvard (GSAS), offers a coordinated degree program leading to the J.D. and the Ph.D. degrees. Law students enrolled in this program are subject to the relevant rules and policies established by the Law School and by GSAS. Such rules and policies are available online and from the Office of the Registrar. Students should direct questions about the School's J.D./Ph.D. program to the Associate Director of Academic Affairs. Questions relating to admissions

and other policies of GSAS should be addressed directly to the relevant GSAS administrator or faculty member.

## 3. Concurrent Degrees

a) Students may propose concurrent degrees with any Harvard school with which the Law School does not offer a joint degree program.  Students proposing concurrent degrees with such Harvard schools, the Fletcher School at Tufts University, or M.I.T. may cross-register into courses at the other school and count those credits—pursuant to the Law School's cross-registration policy (see **Section III(C)**) – toward the Law School's J.D. requirements.

b) Students may also propose concurrent degrees with other institutions, and may take leave from the Law School to pursue studies at the other school. However, credits earned at the other school may not count toward the J.D. requirements. Students may not be simultaneously enrolled in the Law School and another degree-granting institution as part of a concurrent degree program except through cross-registration from Harvard Law School to other Harvard Schools, Tufts, or M.I.T.

c) All students must comply with the Harvard Law School academic requirements and residency requirements as defined in **Section I**.

Further information about joint, coordinated, and concurrent degree opportunities at the Law School is available from the [Associate Director of Academic Affairs](#).

## 4. Rules and Policies

Law students enrolled in these degree programs are subject to all relevant rules and policies established by the Law School and by the other degree-granting school. Summaries of such rules and policies, including academic or residency requirements are [available online](#) and from the [Office of the Registrar](#). For questions about the joint J.D. and master degree programs, and the J.D./Ph.D. coordinated program, contact the [Associate Director of Academic Affairs.](#) Questions relating to admissions, degree requirements, and other policies of the second degree-granting school should be addressed directly to the relevant administrator or faculty member at that school.

# F. J.D. Studies at Other Schools

## 1. Study Abroad for J.D. Students

Harvard Law School offers three types of opportunities for J.D. students to earn credit for course work at a foreign law school:

   a) A semester abroad at one of the institutions with which Harvard Law School has signed formal exchange agreements. These agreements provide a designated number of places for Harvard Law School J.D. students. The list of participating schools currently

includes law programs at: University of Sydney (Australia); Fundação Getulio Vargas (Rio de Janeiro and São Paulo, Brazil); University of Chile (Santiago, Chile); Fudan University (Shanghai, China); Renmin University (Beijing, China);  Sciences Po (Paris, France); University of Tokyo (Japan); Seoul National University (Korea); University of the Witwatersrand (Johannesburg, South Africa); University of Geneva (Switzerland), and the Graduate Institute of International and Development Studies (Geneva, Switzerland).

b) An independent semester abroad at an institution selected by the student and approved by the School's Study Abroad Committee.

c) A joint J.D./LL.M. program in which students who are not enrolled in another joint degree program are able to earn both a Harvard J.D. and an LL.M. from the University of Cambridge in the United Kingdom in three-and-one-half years.

d) For further details and information about eligibility, application deadlines, and program requirements about these study abroad programs, contact the Director of International Legal Studies Programs.

e) Upon completion of the study abroad program, students must provide official final transcripts to the Director of International Legal Studies for the purpose of translating credits earned during the program accordingly.  NOTE:  Students participating in a student abroad program may not be eligible for graduation until the official final transcript is received and credits are converted accordingly and recorded on the student's Harvard Law School record.

## 2. Berkeley Exchange Program for J.D. Students

A limited number of J.D. students are permitted to participate in an exchange program at University of California, Berkeley School of Law during their third year for credit toward the Harvard J.D. degree. Applications are due on the date specified in the Deadlines for Applying to Special Programs in **Section IX**. Interested students should consult the Dean of Students.

## 3. Program for Third-Year Visits

In a limited number of cases, J.D. students in their third year may be permitted to spend a semester or a year at another approved law school on the basis of significant academic need or serious personal hardship. "Serious personal hardship" is generally limited to unforeseen emergencies relating to personal or family circumstances. Living apart from a spouse or significant other does not, in and of itself, constitute a circumstance of this kind. Applications must be submitted by the date specified in the Deadlines for Applying to Special Programs in **Section IX**. Interested students should consult the Dean of Students.

### 4. Coordinating Approved Studies at Other Schools

Students who are approved to visit at other law schools must coordinate with the Office of the Registrar to provide proof of acceptance into the host school they will be attending, a copy of their proposed course schedule, and, upon completing course registration, a copy of their final course schedule.  In addition, students are required to provide a final transcript from the host school. For study abroad programs, students should coordinate with the Director of International Legal Studies in the International Legal Studies Office.

# IV. Examinations

## A. General Examination Policy

Law School examinations are administered using the School's exam software unless: (1) the format of the exam makes it impossible to use the software or (2) an exception for an individual student has been approved by the Dean of Students Office as part of a disability-related accommodation. The Law School's Administrative Board implements the School's rules regarding exams and, from time to time, promulgates standing policies for how it will handle exam matters. Students should familiarize themselves with the Standing Policies of the Administrative Board Concerning Exam Administration which are subject to change. All students are responsible for reviewing these policies and following the examination rules and regulations posted with the examination schedules and for reviewing all emails sent by the Registrars' Office regarding exams and exam instructions. For upper-level exams, please note some may be scheduled on back-to-back days. Students are expected to reference the exam schedule when selecting classes. For cross-listed courses, the exam administration policies of the School administering the exam apply.

Law School examinations are anonymous, and self-identification of any kind is not permitted. Students should not put their name, class year, program, school, or any personal comments that might identify them anywhere on their exam materials. Self-identification may result in disallowance of the exam, a failing grade for the course, and referral to the Administrative Board for possible disciplinary action. To preserve student anonymity, individual faculty members do not have the authority to make exceptions to rules related to exam arrangements and must not be consulted, through email or otherwise, about needed alternative exam arrangements before, during or after an exam, until after grades for the course are released. Students who violate this prohibition on faculty contact may be subject to disciplinary procedures in accordance with the Standing Policies of the Administrative Board Concerning Exam Administration.

All examinations must be taken and, when completed, submitted on the dates and at the times designated on the official exam schedule published by the Office of the Registrar. Exceptions to this schedule are made only in extraordinary circumstances as detailed in **Section IV(B)** and only with the prior approval of the Dean of Students or the Registrar as appropriate. Students who arrive late to a scheduled in-class exam after the official start

time of the exam will be considered late and treated as such according to the Standing Policies of the Administrative Board Concerning Exam Administration. Sanctions for late exams may include notations on the student's transcript and adjustments to the exam grade and/or final course grade. Students who fail to appear for, or complete, their exams may be placed on involuntary leave in accordance with **Section X(D)**.

# B. Deferred Examination Policy

All students are responsible for familiarizing themselves with the deferred examination policy. Below are the guidelines for deferred examinations as established by the Administrative Board.

1. Deferred examination requests will ***NOT*** be granted for the following reasons:
   a) Employment reasons
   b) Travel/vacation/social plans
   c) Bar review courses
   d) Conflicts with a class at another school.
   e) Exams that are scheduled within a short time period, except as explained below in **Section IV(B)(2)**.
   f) Medical problems that do not seriously interfere with immediate pre-exam preparation or the student's ability to take the exam on the scheduled exam day.
   g) Airline flights and schedules; students are expected to plan their travel accordingly.

**Note:** The Administrative Board does not approve deferment for research opportunities, clinical experiences (other than as described in **Section IV(B)(2)(a)(iii)** below, school-sponsored trips or classes.

2. Deferred examination requests may be granted in limited circumstances as explained below:

   a) To request deferment under the following circumstances (**Sections IV(B)(2)(a)(i-v)** below), students should submit a letter or email to the Office of the Registrar at least two weeks prior to the exam, giving the reason, name of exam, and exam date appearing on the exam schedule. Students should not communicate with faculty prior to the exam period regarding need for an exam deferral as this will jeopardize anonymity and is a violation of the School's exam policies.

   i. Where a student has two Harvard Law School examinations scheduled on the same day, one exam will be deferred by one business day.

   ii. Where a student has three Harvard Law School examinations scheduled during the exam period on three consecutive days, the exam scheduled on the third day will be deferred by one business day.

iii. Religious observance conflict. A student who cannot take an exam at the time scheduled for religious reasons will be allowed to take it at a different time as arranged by the Office of the Registrar.

iv. Unavoidable conflicts with court hearings or other administrative proceedings connected to the Clinical Programs. The student must exhaust all means of avoiding the conflict by attempting to reschedule the hearing or attempting to arrange coverage of the hearing by another qualified student or attorney.

v. Conflicts with an exam in a cross-registered course (e.g., Harvard Kennedy School, Harvard Business School); on a showing that the other school will not move the exam, the Law School exam will be deferred.

b) To request deferment under the following circumstances (**Sections IV(B)(2)(b)(i-vi)** below), students should contact the Dean of Students:

i. Illness of Student: Documentation of illness must be provided for review by Student Support Services. Documentation can be provided by the student's personal doctor or by visiting Harvard University Health Services (HUHS). In cases of medical deferment, the student will be required to take the exam as soon as the student is medically able to according to the doctor's assessment, and in accordance with HLS's exam administration schedule.

ii. Death or serious illness of a person in the immediate family or other person with whom the student has a similarly close relationship, which requires the student's attention away from the Law School during the exam period.

iii. Personal emergency that interferes with an exam or immediate pre-exam preparation.

iv. Delivery of child that interferes with an exam or immediate pre-exam preparation (applies to either parent).

v. Unavoidable military commitment.

vi. Educational opportunities that are deemed extraordinary by the Administrative Board, such as participation as a speaker in a conference or paper presentation outside of the Cambridge area.

3. Procedure for requesting a deferred examination

a) Requests to defer exams under 2(b) as outlined above must be made to Student Support Services in the Dean of Students Office as soon as the student is aware of a potential scheduling problem, no later than two weeks prior to the first scheduled exam, except in emergencies that arise closer to the date of the exam.

b) In order to protect the security of the exam, individual exams are never moved to an earlier date; rescheduling is made to the earliest time possible after the exam was scheduled to take place. Exams will not be deferred beyond the exam period except under extraordinary circumstances as deemed appropriate by the Dean of Students Office.

c) Exams are deferred only as long as necessary to minimize the conflict or alleviate the reason for deferment. Exams will not be deferred for a longer period, even if this creates an inconvenience for the student based on other plans. Under no circumstances will exams be deferred for a period longer than ten business days beyond the close of the exam period for the term. Certain exams are not published in the Law School's exam archive and require high security; these exams will be given only at Harvard Law School under proctored conditions.

d) Deferments based on medical reasons must always be processed through the Dean of Students Office, as described above. An exam will be deferred only if HUHS or a personal doctor certifies it necessary for medical reasons. In cases where matters may be facilitated by direct discussion between HUHS and the Dean of Students Office the student should sign a release in the HUHS giving his or her permission for such discussion to take place, and the student should be informed in advance of the content of such communication. A release is required whether for verbal or written communication in these instances. All exam deferral requests are considered on a case-by-case basis taking into account a clinician's recommendation, and HLS exam policies.

4. Disability or Medically-related Accommodations

Special arrangements to take exams with disability-related accommodations, may be made in the case of previously identified disability or serious medical circumstances, with advance consultation with Student Support Services in the Dean of Students Office. Information about registering for disability-related accommodations can be found at the Student Support Services website.

# C. Retaking an Examination

See **Section I(V)**.

# V. Academic Honesty

Students are expected to abide by the highest standards of honesty and originality in their academic work and related communications and representations. See also the Statement of the Administrative Board Concerning Sanctions for Academic Dishonesty.

## A. Violation of Examination Rules; Dishonesty in Examinations

No student is permitted to use any books, notes, papers, or electronic devices during an in-class examination except with the express permission of the instructor. Sharing of study materials, exchange of information, collaboration or communication of any kind during an in-class examination is not permitted and unless otherwise stated clearly in the examination instructions, is not permitted during a take-home examination. The Law School's Administrative Board implements the School's rules regarding exams and, from time to time, it may issue policies about how it will do so (See **Section IV(A)**). For violation of the examination rules or dishonesty in an examination, a student is subject to disciplinary action.

## B. Preparation of Papers and Other Work—Plagiarism and Collaboration

All work submitted by a student for any academic or nonacademic exercise is expected to be the student's own work. In the preparation of their work, students should always take great care to distinguish their own ideas and knowledge from information derived from sources. The term "sources" includes not only published or computer-accessed primary and secondary material, but also information and opinions gained directly from other people.

The responsibility for learning the proper forms of citation lies with the individual student. Quotations must be properly placed within quotation marks and must be fully cited. In addition, all paraphrased material must be completely acknowledged. Whenever ideas or facts are derived from a student's reading and research, the sources must be indicated.  In order to understand the requirement of and process for acknowledging all sources, students should familiarize themselves with the information in the Harvard Guide to Using Sources.

The amount of collaboration with others that is permitted in the completion of work can vary, depending upon the policy set by the instructor or the supervisor of a particular exercise. Students should assume that collaboration in the completion of work is prohibited, unless explicitly permitted, and students should acknowledge any collaboration and its extent in all submitted work.

Students who are in any doubt about the preparation of their work should consult the appropriate instructor, supervisor, or administrator before it is prepared or submitted. Students who submit work without clear attribution of all sources, even if inadvertently, will be subject to disciplinary action.

## C. Multiple Use of Papers

See **Section I(K)(7)**.

# VI. Registration Schedule and Course Change Deadlines

## A. Registration Overview

Students are responsible for knowing and meeting all Law School check-in, registration, and course change deadlines as set forth throughout **Section VI**.

## B. Check-in

### 1.  Check-in Process and Administrative Clearance

All students are required to check in online using HELIOS at the start of the academic year in order to provide updated Emergency, Local and Permanent directory information.  Failure to submit updated information or complete mandatory training such as Title IX training for entering students by the applicable deadline may result in a web hold on all registration functions including add/drop and waitlist processing.

Note that in addition to online check-in through HELIOS, all LL.M. and first-year S.J.D. students are required to complete certain mandatory administrative clearance procedures in person before they can register as Harvard Law School degree candidates. The Graduate Program provides further information about this process to LL.M. and first-year S.J.D. students prior to their arrival. All continuing S.J.D students who have received a financial aid award package must also obtain financial clearance from the Graduate Program prior to the start of the academic year.

### 2. Check-in Dates and Administrative Clearance Dates

   a) All J.D. students HELIOS check-in: Begins on August 12, 2019 and must be completed by August 19, 2019.

b) New LL.M. students HELIOS check-in: Begins on August 12, 2019 and must be completed by August 23, 2019. <u>In-person</u> Administrative Clearance for LL.M's: Begins on August 15, 2019 and must be completed by August 23, 2019.
c) New S.J.D. students <u>in-person</u> administrative clearance: By appointment only gpquery@law.harvard.edu; must be completed by September 3, 2019.
d) Continuing S.J.D. students check-in: Begins on August 12, 2019 and must be completed by September 3, 2019; resident S.J.D. students are notified by email regarding the nature and timing of their check-in requirements.

Students will not be allowed to check in late or to conduct Administrative Clearance late unless they first obtain permission from the Dean of Students, for J.D. students, or the Graduate Program, for LL.M. and S.J.D. students.

### 3. Certification

Students will be required to submit certain certifications as part of the online check-in process.

# C. Course and Clinic Registration Periods

**1.  First-year J.D.:** Students are assigned, according to their section, to the required 1L courses. First-year J.D. students register during the fall term for the required 1L January Experiential Term and for a spring upper-level elective.

**2.  Second- and third-year J.D.:** Students register for fall term electives, all multi-section offerings, and all clinics in the prior spring, and usually register for winter and spring electives in late October/November.

**3.  LL.M.:** Students register for all courses during the summer.

4. Any student who does not register during the appointed registration periods must wait until the beginning of the relevant add/drop period to add, drop, and wait-list courses and clinics.

Specific course and clinic registration periods are established each year by the Registrar.

# D. Course Add/Drop Deadlines

Table 4: Course Add/Drop Deadlines

| Term | Add/Drop Deadline |
|------|-------------------|
| Fall, Fall/Winter and Year-long | September 9, 2019 |
| Winter and Winter/Spring | January 7, 2020 |
| Spring | January 31, 2020 |

Certain courses have earlier add/drop deadlines than those listed above. Students should consult the course descriptions in the Harvard Law School course catalog for information about earlier deadlines.

# E. Course Withdrawal Deadlines

1. A student withdrawing from a course, seminar, or reading group after the last day of the course add/drop period for the term will be considered to have withdrawn after the deadline, and the course, seminar, or reading group will be listed on his/her transcript with a "Withdrew after Deadline" (WD) notation. If withdrawing from a course or written work will result in a student dropping below the semester or year required credit minimums, the student must enroll in other credits to meet those requirements.  If the student withdraws from a class or written work after classes for the term have ended, and the withdrawal will result in the student dropping below the credit minimum for the term or year, the student must complete the work or receive an F grade.

2. Exceptions to the withdrawal policy are available only for a compelling reason such as illness or unforeseen circumstances. Students should contact the Office of the Registrar to request an exception to this policy.

3. See also **Section I(N)** regarding class attendance and involuntary withdrawals.

# F. Clinic Add/Drop Deadlines

Table 5: Clinic Add/Drop Deadlines

| Term | Add/Drop Deadline |
|------|-------------------|
| Fall, Fall-Winter, Fall-Spring Clinics | August 16, 2019 for J.D. students<br>August 23, 2019 for LL.M. students |
| Winter, Winter-Spring Clinics | November 15, 2019 |
| Spring Clinics | December 6, 2019 |

1. Clinic add/drop deadlines are earlier than most course add/drop deadlines. In addition, some clinics have even earlier add/drop deadlines than those listed above. Students should consult the clinic descriptions in the Harvard Law School course catalog for specific add/drop deadlines.

2. The Office of Clinical and Pro Bono Programs (OCP) oversees add/drop deadlines for clinics. Clinics go to great lengths to prepare projects and coordinate with potential clients. Clinics depend on enrolled students to take on this work, and therefore require that students finalize their participation earlier than is required for non-clinical courses.

3. All clinics must be taken in conjunction with a relevant course.  The three ways in which students enroll in the classroom component of a clinic are:

   a) Course and clinic enrollment are bundled together.  The class and the clinic are added and dropped together, and share the same add/drop deadline. E.g., Transactional Law Clinics and the Transactional Law Clinical Workshop.

   b) Course and clinic enrollment are separate. Students must enroll in the course on their own through HELIOS; the course is not automatically linked with the clinical placement. Adding or dropping the clinic does not affect course enrollment.  A student who is unable to enroll in the course by the clinic add/drop deadline forfeits his or her clinic enrollment. E.g., either Sports Law: Advanced Contract Drafting or Sports and the Law: Examining the Legal History and Evolution of America's Three "Major League" Sports: MLB, NFL and NBA and the Sports Law Clinic.

   c) Course and clinic enrollment are separate, but the course has reserved seats for clinic students.  Students who receive a seat in the course due to their clinic enrollment and

drop the clinic must also drop the course. E.g., Capital Punishment Clinic and Capital Punishment in America.

d) Students must work with OCP to finalize their clinic and/or clinical course enrollments. Students who are unresponsive to OCP emails or other communications related to registration and enrollment requirements may, after written warning, have their clinical enrollment terminated.

# G. Clinic Withdrawal Deadlines

1. A student withdrawing from a clinic after the last day of the clinic add/drop period for the term will be considered to have withdrawn after the deadline, and the clinic will be listed on his/her transcript with a "Withdrew after Deadline" (WD) notation. Drop deadlines for clinics that span multiple semesters are for the first semester of clinic participation (e.g. a Fall-Winter clinic has a Fall drop deadline).

2. Exceptions to the withdrawal policy are available only in exceptional circumstances. Students must contact the Assistant Dean for Clinical and Pro Bono Programs to request an exception to this policy.

3. See also **Section I. (N)** regarding class and clinic attendance and participation and involuntary withdrawals.

# H. Course and Clinic Waitlists

Once the maximum enrollment for a course or clinic has been reached, enrollment is closed and a waitlist is formed. Admittance into a waitlisted course or clinic during waitlist processing is strictly in order of the waitlist. Students who are offered a place in a course or clinic from the waitlist will be notified by email and must formally accept within the specified time frame to be officially admitted into the course or clinic. Note: clinic waitlist processing closes earlier than non-clinic waitlist processing.

For more information about enrollment in courses, please contact the Office of the Registrar. For more information about enrollment in clinics, please contact the Office of Clinical and Pro Bono Programs.

# VII. Written Work Registration Deadlines

For additional information about written work, see **Section I(K)**, **Section II(A)(5)**, and **Section III(A)**.

## A. Summary of Written Work Registration Deadlines

**Table 6: Written Work Registration Deadlines** (see below for important details)

| Type of Writing | Registration/Application Deadline |
|---|---|
| Option 1 of the J.D. Written Work Requirement<br>Optional Written Work | Fall term: second Friday in October (2Ls and 3Ls)<br>Spring term: second Friday in February (all J.D. students) |
| Option 2 of the J.D. Written Work Requirement | February 1 of 3L year or the following business day if February 1 falls on a weekend (all J.D. students) |
| LL.M. Written Work Requirement<br>Optional Written Work | Fall term: October 21, 2019 (all 50-page papers and fall-term 25-page papers)<br>Spring Term: February 7, 2020 (spring-term 25-page papers) |
| Winter Term Writing Registration for J.D. Students and Application for LL.M. Students | Second Friday in November (2Ls and 3Ls)<br>November 12, 2019 (LL.M.s) |
| Additional Credit for Written Work | Fall term: second Friday in October (2Ls and 3Ls)<br>Winter and Spring term: second Friday in April (all students) |

Absent express permission, no academic work, including examinations, papers in lieu of exams, optional written work, seminar papers, exercises or journals, papers written in satisfaction of the J.D. Written Work Requirement or the LL.M. Written Work Requirement or revisions thereto, may be submitted for degree credit after the final deadlines specified above. Such permission will be granted only with the permission of the instructor and in consultation with the Registrar and Dean of Students in cases where:

1. The delay in submission of the work was caused by a serious personal or medical emergency;

2. The delay will not prejudice the evaluation of the work by the instructor; and

3. The delay will not prejudice the preparation of the final degree list, including awards, by the Office of the Registrar.

(See **Section XII(P)** regarding graduation and payment of outstanding student account charges.)

# B. Registration for the J.D. Written Work Requirement

## 1. Option 1

a) The Option 1 Written Work Registration Forms with the faculty supervisor's signature and attached proposal must be submitted to the Office of the Registrar by the following dates:

- **Fall Term**: second Friday in October (upper-level J.D. students)
- **Winter Term:** second Friday in November (upper-level J.D. students)
- **Spring Term**: second Friday in February (all J.D. students)

b) Students should present their proposals to the faculty supervisor for approval well in advance of these deadlines as faculty members may require additional preliminary work before accepting a proposal.

## 2. Option 2

a) The Option 2 Written Work Registration Form with the appropriate signatures must be submitted to the Office of the Registrar by the following dates:

- **Third-year students**:  February 1, 2020
- **First- and second-year students**: February 1 (or the first weekday following February 1 if the 1st falls on a weekend) of the 3L year

b) **Verification signatures are needed as follows for Option 2 registration:**

   i. Law school course or seminar papers: No verification signature needed.
   ii. Clinical Writing: The following verification signatures are needed for clinical work:
- In-house clinics: Harvard Law School Clinical Faculty Director
- Externship Placements: Harvard Law School Faculty/Lecturer on Law Clinic Director and Direct Clinical Supervisor

   iii. Moot Court Briefs:
- Ames - Board of Student Advisors
- Other - Faculty Supervisor of the Moot Court Competition Team

   iv. Law Journal Writing: Journal Editor-in-Chief
   v. Non-traditional Legal Writing: Faculty Supervisor

## C. Registration for the LL.M. Written Work Requirement

(Note: Students must seek approval well in advance of the dates below, as faculty members may require additional preliminary work before accepting a proposal.)

1. LL.M. student deadline for submitting faculty-approved registration proposal to the Graduate Program Office for 50-Page Papers and fall term 25-Page Papers: October 21, 2019.

2. Deadline for submitting faculty-approved registration proposal to the Graduate Program Office for spring term 25-Page Papers: February 7, 2020.

3. Final deadline for all LL.M. written work registration: February 7, 2020. LL.M. students who fail to register for the LL.M. Written Work Requirement by February 7, 2020 may be removed from the May 2020 degree list.

4. Deadline for changes to Required Written Work registration (per the conditions in **Section II(A)(6)(g)**): April 18, 2020.

## D. Mandatory Registration for the Written Work Requirement

J.D. degree candidates who fail to register for the J.D. Written Work Requirement by February 14, 2020 may be removed from the May 2020 degree list. LL.M. degree candidates who fail to register for the LL.M. Written Work Requirement by February 7, 2020 may be removed from the May 2020 degree list.

## E. Registration for Optional Written Work

To register for Optional Written Work, including Research Assistant Work for Credit (see **Section III(A)(1)(c)**), students must submit the Written Work Registration Forms, signed by the Law School faculty supervisor with the proposal attached, by the deadlines listed below. J.D. students should file the completed form with the Office of the Registrar, and LL.M. students should file the completed form with the Graduate Program Office. The deadlines for 2019-2020 are:

- **Fall term:** second Friday in October (J.D. students). October 21, 2019 (LL.M. students).
- **Winter term:** second Friday in November (J.D. students only).
- **Spring Term:** second Friday in February (J.D. students). February 7, 2020 (LL.M. students).

# F. Application and Registration for the Winter Term Writing Program

To register for the Winter Term Writing Program (WWP), J.D. students should indicate on the registration form that they are registering for WWP and wish to have the credits for the paper registered into the Winter Term.

**1. Registration deadline for J.D. students**: second Friday in November.

**2. Application deadlines for LL.M. students**:

- Applications available from Graduate Program Office:  October 16, 2019
- Application deadline:  November 12, 2019
- Applicants notified of results:  early December 2019

# G. Additional Credit for J.D. Written Work

J.D. students who have approval for additional credit for a paper for which they have already registered should notify the Office of the Registrar by:

- Fall term: second Friday in October (2Ls and 3Ls)
- Winter and Spring term:  second Friday in April

All Written Work Registration Forms are available in hard copy in the Office of the Registrar.

# VIII. Deadlines for Submission of Law School Work

## A. Submission Deadlines for Academic Work

Table 7: Summary of Submission Deadlines for Academic Work (see below for important details)

| Type of Work | Submission Deadline |
|---|---|
| Academic Work in Courses, Seminars and Reading Groups | Last day of exams in the relevant term or earlier date as set by instructor |
| Option 1 of the J.D. Written Work Requirement<br>LL.M. Written Work Requirement<br>Optional Written Work<br>Winter Term Writing | April 24, 2020 (last day of classes) |
| Option 2 of the J.D. Written Work Requirement | Varies depending on type of writing (no later than April 24, 2020) |
| Final Deadlines for Degree Candidates (see **Section VII(B)**, **Section VIII(C)(2)**, and **Section X**). | November degrees: September 30, 2019<br>February degrees: December 18, 2019<br>March degrees: January 24, 2020<br>May Degrees: May 15, 2020 |

**Note:** These deadlines apply unless the faculty member sets an earlier date.

## B. Submission Deadlines for Academic Work in Courses, Seminars, & Reading Groups

All academic work required by the instructor, including papers for a course or seminar, papers done in lieu of an exam, and clinical writing must be submitted by the last day of the examination period of the term in which the relevant offering is given or by the deadline required by the instructor, whichever comes first. In the rare case of an extenuating circumstance, as approved by the Dean of Students, an extension of up to ten business days beyond the regularly scheduled exam period may be granted for the completion of deferred exams.

Extensions are available for such required non-exam coursework or papers only with the approval of the faculty member or the Dean of Students in consultation with the faculty member, and only in accordance with the guidelines set out in the section entitled

"Extensions" in **Section I(P)** (for J.D. students) and **Section II(A)(4)(e)** (for LL.M. students).

Students who have an approved extension on non-exam related work will receive an EXT notation on the transcript until the work is completed and graded. EXT notations must be resolved by no later than the last day of classes of the semester (fall or spring) that follows the originally scheduled completion of the course or written work or earlier deadline as set by the faculty member. If a student fails to complete the work by that date or to receive a further extension, the Registrar's Office generally will withdraw him or her from the course or written work and enter a WD on the transcript. However, if failure to complete credits for a course or written work will result in a student dropping below the semester or year required credit minimum, the student must complete the work or receive an F grade.

# C. Submission Deadlines for Option 1 of the J.D. Written Work Requirement; LL.M. Written Work Requirement; Optional Written Work; Winter Term Writing Program

## 1. Deadline for All Students

Absent earlier deadlines set by the student's faculty supervisor, all submissions for Option 1 of the J.D. Written Work Requirement, the LL.M. Written Work Requirement, Optional Written Work, and the Winter Term Writing Program are due on <u>April 24, 2020</u>**.**

## 2. Extensions for May Degree Candidates (J.D. and LL.M.)

Individual instructors, upon advising the Registrar (for J.D. Students) or the Graduate Committee (for LL.M. students) in writing that they believe that a satisfactory project can be completed and that there will be sufficient opportunity to evaluate the paper, may grant extensions after April 24, 2020 up until the final deadline of May 15, 2020 (see **Section VIII**).

## 3. Extensions for 1Ls and 2Ls

a) Students may request an extension of one term beyond the term in which the non-exam paper is due. With an extension, the work will be due on the last day of classes of the following term.

b) Students with an approved extension will receive an EXT on the transcript for the writing credits and, if applicable, any course or seminar credits in conjunction with the paper, until the work is completed and graded (see **Section I(O)**). In the absence of an EXT notation or a course/paper grade, a WD will be entered on a student's transcript. However, if failure to complete credits for a course or written work will result in a student dropping below the semester or year required credit minimum, the student must complete the work or receive an F grade.

## D. Submission Deadlines for Option 2 of the J.D. Written Work Requirement

See **Sections VIII(B)** and **VIII(C)** for submission deadlines for course or seminar papers, clinical writing, and optional written work. For all other types of Option 2 writing including moot court briefs and law journal pieces the submission deadlines will vary depending on the needs of the organization, but must be submitted by the last day of classes of the relevant academic year.

# IX. Deadlines for Applying to Special Programs

## A. Joint and Concurrent Degree and Study Abroad Deadlines

Students interested in applying for joint or concurrent degrees or study abroad should consult the individual program materials for applicable deadlines.

## B. Berkeley Exchange Program

Application deadline: the second Friday in February of the student's 2L year.

## C. Program for Third-Year Visits

Application deadline: the second Friday in February of the student's 2L year.

## D. Visits into Harvard Law School

Harvard Law School will consider students currently enrolled at other law schools for a one-semester or one-year visit to the Law School only in cases based on exceptional circumstances.

# X. Leaves and Withdrawals

A leave of absence is a period of non-enrollment at Harvard Law School. Students on leave are not considered to be working toward their Law School degree.

# A. Voluntary Leave of Absence

Students who wish to interrupt their studies at any time before graduation may request a leave of absence.  Requests for leaves of absence may be granted by the Dean of Students in consultation with other officers of the University, as appropriate.  With respect to a voluntary leave of absence for medical reasons, the Dean of Students ordinarily will consult with Harvard University Health Services (which may consider information from the student's current and/or former health care providers, if made available by the student).

# B. Requesting a Leave

1. To request a voluntary leave of absence, other than a voluntary medical leave of absence, J.D. students must complete the Leave of Absence Request form available online, and in hard copy in the Dean of Students Office, the Student Financial Services Office, and the Office of the Registrar.

2. To request a voluntary medical leave of absence, J.D. and LL.M. students must contact the Dean of Students in order to discuss the requested leave. Further information about voluntary medical leaves is available in **Section X(K)(1)**.

3. To request a leave to attend another school as part of a Law School joint, coordinated, or concurrent degree program, students should complete the Leave of Absence Request Form. Further information about leaves taken as part of a joint, coordinated, or concurrent degree program is available in **Section X(L)**.

4. Any student who goes on leave of absence (voluntary or involuntary) during the academic year is charged tuition and any applicable fees, including rent, to the end of the period in which he or she leaves.  Students who take a medical leave of absence will be refunded tuition for the semester minus room and board. Students receiving financial aid should consult the Financial Aid Office concerning the financial implications of going on leave.  International students should consult the Harvard International Office (HIO) concerning their status.

5. The date a student goes on leave will affect the student's health insurance through Harvard. For details, review the Leave of Absence policy on the HUHSP website, or contact the Student Health Insurance Office, Member Services, at 617-495-2008 or mservices@huhs.harvard.edu.

# C. Length of Leave

1. A voluntary leave of absence may be taken for a semester or up to three consecutive semesters, counting Winter Term as a semester.

2. Students are expected to return to the Law School for the semester they have indicated when requesting a leave of absence. As of that date, a student on leave will be considered to have returned to the Law School and will be billed accordingly unless he or she has made a request to the Office of the Registrar or the Administrative Board to extend the leave period. See below for rules specific to medical leaves.

# D. Involuntary Leaves of Absence

Under certain circumstances, a student may be placed on an involuntary leave of absence.  An involuntary leave of absence is not a disciplinary sanction.  However, an incident that gives rise to a leave of absence, whether voluntary or involuntary, may subsequently be the basis for disciplinary action.  A student who prefers to take a voluntary leave of absence for medical reasons rather than to be placed on an involuntary leave of absence for medical reasons is ordinarily allowed to do so.  Transcripts do not distinguish between voluntary and involuntary leaves of absence.

An involuntary leave of absence may be required for the following reasons:

1. Medical circumstances:

    a) The student's behavior poses a direct threat to the health or safety of any person, or has seriously disrupted others in the student's residential community or academic environment; and/or

    b) The student's threatening, self-destructive, or disruptive behavior is determined to be the result of a medical condition or the student has refused to cooperate with efforts by Harvard University Health Services to determine the cause of the behavior.

The decision to place a student on an involuntary leave of absence for health-related reasons is made in consultation with Harvard University Health Services (which may consider information from the student's current and/or former health care providers, if made available by the student), after an individualized assessment of all of the pertinent factors, such as: the nature of the student's conduct; the nature, duration and severity of the risk; the likelihood of potential injury; and whether reasonable modifications of policies, practices or procedures will mitigate the risk.  However, reasonable modifications do not include changes that would fundamentally alter the academic program or unduly burden the School's resources or staffing capabilities or, with respect to the required level of care or monitoring, that would exceed the standard of care that a university health service can be expected to provide.

2. Alleged criminal behavior: The student has been arrested on allegations of serious criminal behavior or has been charged with such behavior by law enforcement authorities.

3. Risk to the community. The student has been charged with a violation of a disciplinary rule of the School, and his or her presence on campus poses a significant risk to the safety of others or to the educational environment of the community.

4. Indebtedness. The student's term bill is unpaid and the student has not made arrangements acceptable to the School to address the issue.

5. Failure to provide medical documentation of required immunizations.

6. Unfulfilled academic requirements: The student has not met an academic requirement (such as by not completing his or her academic work for the term and/or by failing to complete his or her exams within the time period designated for the term's exams), and the student has not taken steps acceptable to the School to meet the requirement or complete the work or exams.  A student who prefers to take a voluntary leave of absence for academic reasons rather than to be placed on an involuntary leave of absence is ordinarily allowed to do so.

7. Failure to register. The student has not registered as required at the beginning of each term.

The decision to place a student on involuntary leave is made by the Dean of Students in consultation with the chairperson of the Administrative Board or such other person as the Dean designates and other officers of the University, as appropriate.  As noted above, in the case of an involuntary leave of absence for medical reasons, the School will consult with an appropriate person at Harvard University Health Services.

A student is notified in writing that he or she has been placed on involuntary leave.  The student may petition the Dean of Students for reconsideration and may appeal a final decision to the Administrative Board (see **Section XI**).

# E. While on a Leave of Absence

Libraries and other HLS and University facilities normally may be used only by students who are currently registered. Students on leave may not participate in extracurricular activities.  Exceptions to this rule must be specifically approved in advance by the School.  If so instructed by the Dean of Students, a student on leave must remain away from the University campus.

Students going on leave are reminded that all degree candidates, whether currently registered or not, are expected to maintain a satisfactory standard of conduct. Following an individualized assessment, the School may require students who are on leave for medical reasons to comply with a treatment plan during their time away.

## 1. Other Administrative Matters

a) **Computer accounts.** Unless otherwise specified, student email accounts will remain active during the time for which the leave has been confirmed. With the exception of joint, coordinated, and concurrent degree students, student access to Westlaw and Lexis will be cancelled until the student returns from leave.

b) **Access to Harvard Resources**. Depending on the type of leave, students may not have access to:

HLS student organizations
Active Harvard University I.D. card
Library and library services, including Westlaw and Lexis
Financial aid
Harvard housing/Dormitories
Teaching fellowships
Information Technology Services
Other Harvard University services

# F. Returning to School

A student in good standing on a voluntary leave of absence ordinarily may return by notifying the Registrar twelve weeks in advance of the start of any term. It is the student's responsibility to ensure they have adequate time to complete the degree within the time limits established by the School (see **Section VIII)**.

Students who were not in good standing at the time a voluntary leave of absence was granted and students who were placed on an involuntary leave of absence must petition the Law School's Administrative Board for permission to return to the School and must demonstrate that the circumstances that led to their leave have been satisfactorily addressed and that they are ready to resume their studies.  The Dean of Students will provide guidance to students on what is needed to satisfy the Board that a student is prepared to return and resume their studies at the Law School.

In extraordinary circumstances a student may be involuntarily withdrawn from the Law School.

Any disciplinary matter must be resolved before a student on leave of absence will be allowed to return and, if the student has been required to withdraw while on leave of absence, then any conditions for return after a required withdrawal also must be satisfied. Students returning from a leave who wish to apply for financial aid must notify the Financial Aid Office and file the necessary application forms by mid-April for the following fall term, and by October 1 for the following spring term. Late applicants cannot be assured that their aid will be available in time for registration payment deadlines.

Students who have been granted a leave and who have borrowed money through Harvard must submit an annual loan deferment form to the Student Loan Office upon their return to Harvard. Deferment forms may be obtained through either the Student Loan Office or the Financial Aid Office and must be completed and certified by the Registrar immediately following Registration.  Failure to file a deferment form upon return will cause payments to be due on loans and could affect future borrowing eligibility.

A student will not be allowed to register in the University again until all previous term-bill charges have been paid and no loan is in default.

# G. Contracts for Enrollment

The School may condition a student's enrollment on certain terms or conditions, as set forth in a written contract between the School and the student, when the student's conduct or circumstances have caused heightened concerns about the student's safety and/or well-being and: (a) the appropriateness of the student's continued enrollment, or (b) the student's readiness to return to the Harvard community.  The contract may include, among other things, compliance with a medical treatment plan, regular consultations with health care professionals, communication with administrators, and limited disclosure of relevant medical information, on a need to know basis, such as compliance with treatment and restrictions on certain activities.  The decision to require such a contract is arrived at in consultation with Harvard University Health Services after an individualized assessment of the nature of the student's conduct and circumstances and any other pertinent factors.

# H. Returning from Leave

1. Students are expected to return from leave on or about the date indicated on their leave of absence request form, or in the case of a medical leave, subject to the Board's approval of the student's petition to return from medical leave. If a student does not intend to return from leave, he or she should notify the Registrar's Office as soon as possible. Students wishing to extend a leave must request additional leave as specified in **Section X(I)**.

2. The general conditions for return from voluntary leave are good standing, visa clearance from the Harvard International Office, financial clearance from Student Financial Services, and receipt by the Registrar's Office of written confirmation of return.

3. Students are expected to return to full-time registered status after the approved period of leave. Please contact the Dean of Students Office for information about exceptions to this policy.

4. Students who do not return from leave and do not apply for an extension of leave will be considered to have withdrawn from the Law School. See **Section X(I)(3)**.

# I. Extending Personal Leaves

1. Any student wishing to extend a voluntary leave from one semester to one year must file a request with the Office of the Registrar by November 15 if seeking extended leave for the spring semester, or June 15 if seeking extended leave for the fall semester.

2. Students wishing to extend a voluntary leave beyond one year must file a request for additional leave with the Dean of Students by November 15 if seeking extended leave beginning the following spring semester or June 15 if seeking extended leave beginning the following fall semester. Requests for additional leave should include a brief summary of the student's activities during the leave of absence, why additional leave is required, how completion of the J.D. degree still fits the student's goals, and the student's commitment to return by the applicable semester to complete the J.D. degree without additional voluntary leave time.

3. Requests for leave beyond two years—either sequential or intermittent—must be submitted to the Administrative Board and should contain the information required in **Section X(H)(2)**. Please note that students who do not petition the Administrative Board for an extension of leave beyond two years will be considered to have withdrawn from the Law School. Students with withdrawn status for four years or fewer may petition the Administrative Board for readmission. Students with withdrawn status for more than four years must reapply for admission to the Law School as a first-year student through the Admissions Office.

# J. Special Considerations

1. Students must complete the degree requirements for the J.D. within seven years (and for certain state bars, including New York, within five years) of matriculating at the Law School. LL.M. students who have taken a leave of absence must complete degree requirements for the LL.M. within 36 months of first matriculating at the Law School. A leave of absence will not extend the maximum matriculation period for completing degree requirements.

2. While on leave, students may not get Law School credits for cross-registration into Law School classes from another school, whether at Harvard or elsewhere. Some exceptions may be made with the approval of the Dean for Academic and Faculty Affairs for joint and coordinated degree students.

3. Students considering a leave should consult the rules regarding admission to the bar for the jurisdiction in which they plan to practice to be sure that the leave does not affect their eligibility to take the bar exam.

4. International students must speak with the Harvard International Office about the immigration-related ramifications of taking a leave of absence before the leave of

absence will be approved. International students who take leaves of absence must be aware of how this might affect visa status and practical training eligibility. International students must contact the Harvard International Office to discuss their options. Additionally, students should contact Student Financial Services for further clarification.

# K. Rules Specific to Medical Leave

## 1. Medical Voluntary Leave

a) J.D. and LL.M. students may apply for a voluntary medical leave of absence if an illness or injury has disrupted their coursework. In order to request medical leave, students should contact the Dean of Students Office to discuss the requested leave. When requesting medical leave, students must provide a letter from a treating licensed clinician supporting the request.

b) Students on voluntary medical leave may be eligible for a tuition refund, minus room and board, for the semester during which they take leave.

## 2. Medical Involuntary Leave

Detailed information regarding involuntary leaves of absence in connection with medical circumstances is available in **Section X(D)(1)**.

## 3. Health Insurance

The date a student goes on leave will affect the student's health insurance through Harvard. For details, review the Leave of Absence policy on the HUHSP website, or contact the Student Health Insurance Office, Member Services, at 617-495-2008 or mservices@huhs.harvard.edu. See also **Appendix A** for more information about HUSHP.

## 4. Extending Leave

If a student needs to extend a medical leave beyond the specified return date, the student should contact the Dean of Students Office at least two months in advance of the specified return date to discuss extending the leave.

## 5. Returning from Medical Leave

Students must petition in writing in order to return from medical leave. The petition should be submitted at least two months in advance of the date on which the student plans to return. The petition should be sent directly to the Dean of Students. In the petition, the student must describe his or her activities during the medical leave and the steps taken to resolve the circumstances that resulted in the need for leave. If medically able, the student

must demonstrate work experience of at least six months during the leave. A student is also expected to complete a Readmission Consultation appointment with the appropriate department at HUHS.

Once the student has completed an HUHS consultation and HUHS has reviewed all clinical documentation, HUHS provides a synopsis of the student's care and progress to the Administrative Board, and the Board considers that synopsis along with the student's statement and documentation of productivity, and makes a decision about the student's readiness to return. Certain conditions as set by the Dean of Students Office and the Administrative Board may be required for approval to return. Students will be allowed to participate in course preference selection while waiting on approval to return. If students are not given permission to return, the courses will be dropped from their schedules. Once the Administrative Board has approved the petition, the student may start to make arrangements for his or her return.

# L. Joint, Coordinated, and Concurrent Degree Students

1. Requesting a leave: Students in joint degree programs must request a leave of absence from the Law School for the year or semester in which they are fully enrolled in the non-HLS school. In order to request a leave, joint degree, coordinated J.D./Ph.D., and concurrent degree students should complete the Leave of Absence Request form available online, and in hard copy in the Dean of Students Office, the Student Financial Services Office, and the Office of the Registrar.

2. Coordinated J.D./Ph.D. Program: Students participating in the coordinated J.D./Ph.D., in addition to completing the Leave of Absence Request form, should contact the Dean for Academic and Faculty Affairs

3. Administrative matters: Unless otherwise specified, while on leave, joint and coordinated degree students, and those concurrent degree students pursuing their second degree through another Harvard school, have access to their Law School email accounts, housing, library services including Westlaw and Lexis and other University services, and their Harvard IDs remain active.

Concurrent degree students doing their second degree at a non-Harvard school have access to their Law School email accounts and limited library services, but do not have access to Harvard housing, active Harvard IDs and other University services.

# M. Financial Aid Implications of Taking a Leave

1. While on leave, students are not considered to be working toward their degree and thus are not eligible to receive financial assistance, except as noted in **Section X(M)(3)** below.

2. Students who take a leave during the academic year are charged tuition for the period of enrollment. Health insurance charges and health fees are prorated through the end of the month during which the student's leave begins.

3. Once the student account notice has been adjusted, Student Financial Services will prorate any aid package based on enrollment information received from the Registrar's Office, in accordance with both federal and institutional regulations. For example: a student taking a leave in November will be charged tuition through the end of November, "registered" students' health insurance coverage and university health fees will end the last day of the month of the official last date of attendance as recorded by the Registrar's Office, and the living expense budget will be adjusted to 3/9ths of the full budget based on a nine-month academic year beginning in September. Tuition is charged until the Registrar receives the leave of absence request form. Students who provide written notice of withdrawal by the dates listed below will be charged as follows:

Table 8: Tuition Charges Related to Leaves and Withdrawals

| Date | Tuition |
|---|---|
| September 30 | 1/9 total annual charges |
| October 31 | 2/9 total annual charges |
| November 30 | 3/9 total annual charges |
| December 31 | 4/9 total annual charges |
| January 31 | 5/9 total annual charges |
| February 28 | 6/9 total annual charges |
| March 31 | 7/9 total annual charges |
| April 30 | 8/9 total annual charges |
| after April 30 | Full Tuition |

Students who take a leave during the academic year may be required to repay a portion of the financial aid award since cash advances/refunds are disbursed at the beginning of each term in anticipation that students will be enrolled for the entire term. Students receive written notice of any outstanding balance that results from a leave of absence and are responsible for payment in full prior to re-enrolling at the Law School.

4. Students on leave will no longer be eligible for in-school student loan deferment and may be expected to begin repayment on any outstanding loans immediately upon taking a leave or withdrawing, or after the applicable grace period has expired. Students who have taken

a leave of absence during their degree studies may be required to begin loan repayment immediately after graduation as the one-time grace period may have been depleted during the leave.

5. Students are required to have an exit interview regarding their loan status with Student Financial Services as soon as they determine that they will take a leave. At the exit interview an SFS representative will discuss the student's anticipated award adjustment, bill adjustment and other financial implications of their leave. Additionally, students will be required to complete exit disclosure forms, receive lender information, and be apprised of future financial aid application deadlines.

6. Students taking medical leave will be subject to the same guidelines stated above; tuition adjustments are determined by the Dean of Students Office.  For more information on how taking a leave of absence affects financial aid, visit the Student Financial Services website.

# XI. Administrative Board

By vote of the faculty, the Administrative Board has responsibility for matters involving student discipline and various powers relating to dispensations from and interpretations of the academic rules and practices of the School. The Board's membership consists of three members of the faculty, three students, and two administrators. The Dean of Students is an ex officio member (non-voting) and Secretary of the Board. The Dean of Students acts as the liaison between students and the Board. Students wishing to petition the Board should consult the Office of the Dean of Students.

## A. Disciplinary Actions

The Administrative Board at Harvard Law School has four categories of discipline that may be imposed for student infractions of Law School rules: reprimand, suspension, dismission, or expulsion. These sanctions are imposed only after the Board has voted to institute formal disciplinary charges against a student. Students have the right to a full disciplinary hearing conducted by the Administrative Board and a right to be represented by counsel. Reprimand, suspension, dismission, or expulsion becomes part of the student's Law School file and will be placed on the student's transcript, as well as reported, on appropriate inquiry, to state Board of Bar Examiners. Suspension may be for a term, a year, or any other length of time the Board deems appropriate. Dismission and expulsion are forms of permanent separation from the Law School and must be approved by the faculty.

In cases in which an infraction by a student is not sufficiently serious to warrant the imposition of formal discipline, the Administrative Board may issue a warning. Such a warning is placed in the student's file but is not reported outside of the Law School as long as the student engages in no additional violations of University or Law School rules. If a student who has previously received a warning again violates University or Law School rules, the Law School may disclose the initial warning outside the Law School and/or may

impose more serious discipline for the subsequent violation than might otherwise have been imposed.

In past years, there have been a number of occasions when students "sat in" or obstructed access to administrative offices, faculty offices, and other school facilities as a form of protest. The Administrative Board imposed the sanction of a "reprimand" for such conduct in the spring of 2001. Students are on notice that such conduct may result in a significant disciplinary sanction.

# B. Procedures for Disciplinary Cases*

***Except for cases covered under the [Harvard University Sexual and Gender-Based Harassment Policy](#). See Section XII(D).***

The Administrative Board is the Law School committee responsible for the administration of discipline. Cases requiring discipline typically involve cheating, false statements on financial aid applications, and similar departures from generally accepted standards of integrity. In such cases the Board may impose sanctions including reprimand and suspension. In the most severe cases, the Board may recommend to the faculty sanctions of expulsion or dismission, imposition of which requires the vote of two-thirds of the faculty.

The Board does not consider itself to be an adversarial or prosecutorial body. Its disposition is to handle matters that come before it as favorably to students as possible consistent with the maintenance of the high academic and ethical standards of Harvard Law School. In many instances matters that come to the Board's attention can be dealt with informally, without ever initiating disciplinary process. To this end, the Chairperson or Secretary or such other person as the Chairperson designates may investigate a matter for purposes of determining whether it should be treated as disciplinary. In those cases in which disciplinary proceedings are required, the Board will proceed in accordance with the following rules:

1. The Board shall initiate formal proceedings by a written charge which explains the nature of the disciplinary infraction. Such charge shall issue only if the Board believes it is reasonably likely that the charged infraction can be established by clear and convincing evidence.
2. In any disciplinary matter, the student has a right to a hearing before the Board. Disciplinary hearings will normally be private, but at the student's option, the hearing shall be public and shall be held in a room sufficiently large, in the judgment of the Board's Chairperson, to accommodate an audience of reasonable size.
3. Disciplinary cases are normally heard by the full Administrative Board. The student may ask any individual member of the Board to recuse himself or herself for cause. Any member who recuses himself or herself shall be replaced by an alternate member.

4. All students in disciplinary cases may appear with legal counsel or lay advisor. The Board will attempt to assist a student who needs and desires but cannot afford counsel.

5. A record of the hearing shall be kept, either by stenographic transcript or tape, and shall be made available without charge to the student or his or her representative on request.

6. At the hearing the evidence against the student will be presented and the student shall have the right to call his or her own witnesses and to examine all witnesses.

7. It shall be the duty of the Secretary of the Board to assist the student in preparing for the hearing by making available to the student's counsel any public announcements or reports of the Board or faculty relating to past disciplinary cases. The Secretary shall also assist the student in obtaining witnesses. This assistance may include a letter to the witness requesting his or her cooperation with the Administrative Board or such other efforts to secure the participation as may be appropriate to the circumstances.

8. The Administrative Board, at a disciplinary hearing, may consider any evidence that it deems to be relevant and trustworthy. Formal rules of evidence do not apply.

9. The Board does not recognize a privilege of noncooperation and may, therefore, draw such reasonable inferences from noncooperation as it deems appropriate. Statements made to members of the Board and others are admissible at the hearing regardless of when made.

10. Information obtained in confidence by the Health Service, whether medical or psychiatric, shall not be sought by the Administrative Board nor disclosed to the Board without the student's consent. No weight is to be given to a student's refusal to consult the Health Service or to the student's refusal to authorize disclosure of information obtained by the Health Service. The absence of such information may, however, properly preclude the Board from considering a medical excuse, explanation, or justification in a particular case.

11. Disciplinary sanctions shall not be imposed unless conduct warranting sanction is established by clear and convincing evidence. Decisions of the Administrative Board shall be by majority vote of the sitting members. In case of a tie vote of all the members of the Board present and voting, the vote of the majority of faculty members and administrative officers shall determine the outcome.

12. All decisions of the Board to impose sanctions shall be supported by specific findings of fact and conclusions, including, wherever appropriate, a statement or the reasons for the specific sanction imposed and the principles or policies on which the Board relies.

13. In all cases in which the sanction voted by the Board is other than dismission or expulsion, the decision of the Board shall normally be final, and, if any such matter is presented to the faculty for consideration, the faculty shall first vote on whether the Board's decision raises such important and novel issues of policy or is made under such other extraordinary circumstances that the faculty must consider the matter.

14. In all cases in which the sanction voted by the Administrative Board is dismission or expulsion, the student shall be afforded the right to a supplementary hearing on the facts before a hearing officer appointed from the faculty by the Dean. The student shall submit to the hearing officer in writing a statement indicating which of the

factual findings of the Board the student disputes, and why. At the hearing, the student may call and examine witnesses and be represented in the same manner as before the Board. The position of the Administrative Board shall be presented to the hearing officer by a person chosen by the Chairperson of the Administrative Board in consultation with the Dean. The hearing officer shall make a written statement of findings of fact which shall be returned to the Administrative Board. The Board may modify its findings of fact in light of the findings of the hearing officer, and may modify the sanction previously voted.

15. In all cases in which the sanction voted by the Administrative Board is dismission or expulsion, the faculty shall review the findings and conclusions of the Board. No student shall be expelled or dismissed except by the vote of at least two-thirds of the members of the faculty present and voting at the faculty meeting at which the recommendation of the Administrative Board is considered.

16. Where the faculty reviews action of the Administrative Board it may substitute its judgment for the Board's on matters of policy including the severity and nature of the sanction imposed. The sanction may be increased in severity as well as decreased. (The Board's findings of fact shall not be modified unless, on the basis of the whole record, including the findings, if any, of the hearing officer, the Board's findings are not supported by substantial evidence.)

17. Should situations arise which are not covered by these rules or in which the application of these rules, in the judgment of the Administrative Board is inappropriate, the Administrative Board may formulate and follow an appropriate ad hoc procedure. In any event, departures from the rules of procedure shall not, ipso facto, constitute a defense to the imposition of a disciplinary sanction.

18. Copies of these procedures shall be published and made generally available. The procedures shall also be given to any student involved in an Administrative Board matter as soon as it appears that the matter may be treated as disciplinary.

*(The Administrative Board has adopted the following supplementary provisions for disciplinary proceedings.)*

1. The Board ordinarily discloses evidence in its possession that will be presented for or against a student a reasonable time before the hearing. If the complainant is a student, the complainant or his or her counsel is ordinarily expected to disclose evidence to be presented against the subject of the proceeding a reasonable time before the hearing. The subject of the proceeding or his or her counsel ordinarily is expected to disclose evidence to be presented in his or behalf to the Board and, if the complainant is a student, to the complainant, a reasonable time before the proceeding. In exceptional circumstances, the chairperson of the Board may qualify the obligation of disclosure, in which case the evidence not disclosed is summarized or described so far as practicable without compromising the justification for nondisclosure.

2. At the outset of a hearing, the chairperson states the charge against the student, who is then given an opportunity personally to make a statement to the Board. After the student has completed her/his statement, members of the Board may question the student. When the Board has no further questions, counsel for the student may ask

questions for the purpose of expanding or clarifying answers previously given, but not simply to repeat or restate answers previously given. If the complainant is a student, when counsel for the subject of the proceeding has no further questions, counsel for the complainant may ask questions for the purpose of qualifying or clarifying answers previously given, but not simply to repeat questions previously asked. Members of the Board may interrupt questioning by counsel at any time to ask additional questions.

3. After the questioning of the student is completed, other witnesses are asked to give evidence in an order to be determined by the Board.

4. The Board does not ordinarily entertain objections to a question on grounds of irrelevance or immateriality. The Board may ask a witness or counsel to restrict testimony to matters that it deems relevant and material. The Board entertains objections to a question or line of testimony on the ground that it is offensive, may unreasonably invade the privacy of the person questioned, or may unreasonably embarrass or shame the person questioned or another person.

5. In compelling circumstances, the Board may require the student or, if the complainant is a student, the complainant to listen to and watch the testimony of another student by closed-circuit television. The person so required will be given an opportunity to consult with his or her counsel before counsel questions the witness.

6. After all evidence has been received, the complainant, if s/he is a student, and the subject of the proceeding may make a closing statement of not more than ten minutes, the complainant speaking first. After the complainant and the subject of the proceeding have spoken, counsel for the complainant and the subject of the proceeding may make closing statements of not more than ten minutes, counsel for the complainant speaking first.

7. The Board may modify the preceding provisions as circumstances require.

# XII. Other Rules and Important Information

## A. Harvard Law School Community Principles

The Law School's commitments to fairness, respect for the rule of law, and free inquiry require an environment of trust and mutual respect, free expression and inquiry, and a commitment to truth, excellence, and lifelong learning. Students, program participants, faculty, staff, and alumni accept these principles when they join the Harvard Law School community and thereby agree to respect the rights, dignity, and differences of others, pursue honesty and integrity in dealing with all members of the community in person and online, and accept personal responsibility in these efforts.

# B. University-Wide Statement on Rights and Responsibilities

The central functions of an academic community are learning, teaching, research, and scholarship. By accepting membership in the University, an individual joins a community ideally characterized by free expression, free inquiry, intellectual honesty, respect for the dignity of others, and openness to constructive change. The rights and responsibilities exercised within the community must be compatible with these qualities.

The rights of members of the University are not fundamentally different from those of other members of society. The University, however, has a special autonomy and reasoned dissent plays a particularly vital part in its existence. All members of the University have the right to press for action on matters of concern by any appropriate means. The University must affirm, assure, and protect the rights of its members to organize and join political associations, convene and conduct public meetings, publicly demonstrate and picket in orderly fashion, advocate, and publicize opinion by print, sign, and voice.

The University places special emphasis, as well, upon certain values which are essential to its nature as an academic community. Among these are freedom of speech and academic freedom, freedom from personal force and violence, and freedom of movement. Interference with any of these freedoms must be regarded as a serious violation of the personal rights upon which the community is based. Furthermore, although the administrative processes and activities of the University cannot be ends in themselves, such functions are vital to the orderly pursuit of the work of all members of the University. Therefore, interference with members of the University in performance of their normal duties and activities must be regarded as unacceptable obstruction of the essential processes of the University. Theft or willful destruction of the property of the University or its members must also be considered an unacceptable violation of the rights of individuals or of the community as a whole.

Moreover, it is the responsibility of all members of the academic community to maintain an atmosphere in which violations of rights are unlikely to occur and to develop processes by which these rights are fully assured. In particular, it is the responsibility of officers of administration and instruction to be alert to the needs of the University community; to give full and fair hearing to reasoned expressions of grievances; and to respond promptly and in good faith to such expressions and to widely expressed needs for change. In making decisions that concern the community as a whole or any part of the community, officers are expected to consult with those affected by the decisions. Failures to meet these responsibilities may be profoundly damaging to the life of the University. Therefore, the University community has the right to establish orderly procedures consistent with imperatives of academic freedom to assess the policies and assure the responsibility of those whose decisions affect the life of the University.

No violation of the rights of members of the University, nor any failure to meet responsibilities, should be interpreted as justifying any violation of the rights of members

of the University. All members of the community—students and officers alike—should uphold the rights and responsibilities expressed in this Statement if the University is to be characterized by mutual respect and trust.

## 1. Interpretation

It is implicit in the language of the Statement on Rights and Responsibilities that intense personal harassment of such a character as to amount to grave disrespect for the dignity of others be regarded as an unacceptable violation of the personal rights on which the University is based.

It is implicit in the University-wide Statement on Rights and Responsibilities that any unauthorized occupation of a University building, or any part of it, that interferes with the ability of members of the University to perform their normal activities constitutes unacceptable conduct in violation of the Statement and is subject to appropriate discipline.

*This University-wide Statement and its first interpretation were adopted on an interim basis by the Governing Boards on September 20, 1970, and were voted to remain in effect indefinitely in May 1977. The second interpretation was adopted by the Governing Boards in January-February 2002.*

## 2. Statement of the President and Deans on University Rights and Responsibilities (2002):

In view of events last spring and beyond, questions have been raised about Harvard's policies regarding protests and demonstrations. We take this opportunity to affirm our shared commitment to an academic community in which all members of the University are able to express their views freely and vigorously. We also affirm our commitment to ensuring that all members of the University are able to carry out their normal duties and activities in support of the University's mission without interference or constraint by others. These commitments are expressed in the longstanding University-wide Statement on Rights and Responsibilities. We believe it is timely to remind the University community of this longstanding policy statement and its application to unauthorized occupation of University buildings. To highlight that aspect of the existing policy, we have proposed and the Governing Boards have adopted an "interpretation" of the Statement, parallel to a prior "interpretation" regarding personal harassment. The newly adopted interpretation has been appended to the University-wide Statement on Rights and Responsibilities and now appears at the bottom of its text.

While we recognize that the determination of specific penalties for violation of this policy by students is primarily the responsibility of the several faculties, we regard it as essential that there be shared understandings across the University that emphasize the serious nature of building occupations that interfere with the ability of members of the University to carry out their normal duties and activities and the serious consequences that should follow from such interference. We are therefore informing the relevant officers and

committees in our faculties of our shared view that students who engage in such conduct should ordinarily be subject to suspension, and that others who engage in similar conduct should be subject to appropriate sanction. Of course, applicable laws may also bear on such conduct, and the University-wide Statement itself has potential application to many other forms of conduct.

We also believe it important, when a building occupation or similar acts involve participants from different Schools, that steps be taken toward coordination in the approach to discipline, including possible reference to the University-wide Committee on Rights and Responsibilities.

# C. Notice of Non-Discrimination

Harvard Law School does not discriminate against any person on the basis of race, color, religion, creed, national or ethnic origin, age, sex, gender identity, sexual orientation, marital or parental status, disability, source of income, or status as a veteran in admission to, access to, treatment in, or employment in its programs and activities. The Law School has instituted these policies and certain procedures to ensure a safe and non-discriminatory environment and to meet legal requirements, including Title IX of the Education Amendments of 1972. All employers using the facilities and services of the career services offices must comply with these policies and procedures. Harvard Law School makes one exception to this policy. Under threat of loss of funding to the University resulting from the Solomon Amendment, the Law School has suspended the application of its non-discrimination policy to military recruiters. This exception to our policy does not in any way reflect acceptance of, or agreement with, discriminatory hiring practices.

Inquiries regarding the application of the Law School's nondiscrimination policy may be referred to the following Law School coordinators of that policy:

| Students | Faculty and Staff |
|---|---|
| Marcia Sells | Matt Gruber |
| Dean of Students | Dean for Administration |
| 617-495-1880, WCC 3039 | 617-495-4641, Griswold 201 |
| | **J.D. Admissions** |
| Mark A. Weber | Kristi Jobson |
| Assistant Dean for Career Services | Assistant Dean for Admissions and |
| 617-495-5469, WCC 4022 | Chief Admissions Officer |
| | 617-495-0658, Austin 203 |
| | **LL.M. and S.J.D Admissions** |
| Lisa Dealy | Jeanne Tai |
| Assistant Dean for Clinical and Pro | Assistant Dean for the Graduate |
| Bono Programs | Program and International Legal |
| 617-495-5202, WCC 3085 | Studies |
| | 617-496-4849, WCC 5015 |

Inquiries concerning the application of nondiscrimination policies may also be referred to the Regional Director, Office for Civil Rights, U.S. Department of Education, J. W. McCormack POCH, Room 222, Boston, MA 02109-4557.

# D. Title IX Information

The Law School is committed to maintaining a safe and healthy educational and work environment in which no member of the University community is, on the basis of sex, sexual orientation, or gender identity, excluded from participation in, denied the benefits of, or subjected to discrimination in any Law School program or activity.  Students are expected to review the Harvard University Sexual and Gender-Based Harassment Policy and the Law School's related policies and procedures available on the Title IX Information page.  The Law School's Title IX Coordinator can answer questions and provide additional information.

# E. Harvard Law School FERPA Policy

## 1. Family Educational Rights and Privacy Act ("FERPA")

The Family Educational Rights and Privacy Act of 1974, as amended ("FERPA") is a federal law that gives students certain rights with respect to their education records.

## 2. Education Records

Harvard Law School (Harvard Law School) routinely maintains records for its students that describe and document their work and progress. These education records generally include records such as permanent and local addresses, admissions records, enrollment status, course grades, reports and evaluations, completion of requirements and progress toward the degree, records of disciplinary actions, letters of recommendation, and other correspondence with or concerning the student.

## 3. Access

To be useful, students' records must be accurate and complete. The officials who maintain them are those in charge of the functions reflected in the records and the offices where the records are kept. These ordinarily include the Registrar of Harvard Law School, as well as other institutional officials.  All students have access to their own education records and may contribute to them if they feel there is need for clarification.

Students wishing access to their education records should contact the Harvard Law School Registrar's Office, WCC Suite 4007.  Ordinarily, students are asked to submit a written request that identifies the specific record or records they wish to inspect. Access will be given within 45 days from the receipt of the request.  When a record contains information about more than one student, the student requesting access may inspect and review only

the portion of the record relating to him or her.  Students also are not permitted to view letters and statements of recommendation to which they waived their right of access, or that were placed in their file before January 1, 1975.

Students should direct any questions they have about the accuracy of records to the person in charge of the office where the records are kept. If questions still remain, the matter may be referred to the Registrar in the Harvard Law School Registrar's Office.  Should it be necessary, a hearing may be held to resolve challenges concerning the accuracy of records in those cases where informal discussions have not satisfactorily settled the questions raised.

## 4. Directory Information

Harvard Law School regards the following information as "directory information," that is, information that, under FERPA, can be made available to the general public: full name, reported date of birth, dates of attendance, concentration, class year, digitized image (please note that while Harvard classifies photos and images as directory information, these are rarely released to parties outside the University without the student's permission), local or campus residence address and telephone number, university email address, prior degree information, home town or city at the time the application for admission was filed by the student, original class at time of matriculation, degree candidate status, date of graduation (actual or expected), degree(s) received with field of concentration and level of honors granted (if any), prizes, fellowships, and similar honors awarded, and, in certain cases, students' and parents' or guardians' home addresses and telephone numbers.  Please note that Harvard University's definition of "directory information," may include elements in addition to those used by Harvard Law School, and that requests for directory information received at the University level thus may result in disclosure of such additional elements.

Students may direct Harvard Law School not to disclose their directory information, usually known as putting in place a "FERPA Block."  To do so, a student must inform the Harvard Law School Registrar's Office in writing, of that decision. Students should be aware of the possible consequences of putting in place a FERPA Block, such as missed mailings, messages, and announcements, non-verification of enrollment or degree status, and non-inclusion in the Harvard Commencement booklet.  Students who have previously chosen to put in place a FERPA Block may decide to reverse this decision, also by informing Harvard Law School Registrar's Office in writing.

## 5. Other Disclosures permitted under FERPA

In addition to permitting the disclosure of directory information, as set forth above, FERPA permits disclosure of educational records without a student's knowledge or consent under certain circumstances. For example, disclosure is permitted to Harvard officials with a legitimate educational interest in the records, meaning that the person needs the information in order to fulfill his or her professional responsibilities, including

instructional, supervisory, advisory, administrative, academic or research, staff support or other duties. "Harvard officials" include: faculty; administrators; clerical employees; professional employees; Harvard University Health Services staff members; Harvard University Police Department officers; agents of the University, such as independent contractors performing functions on behalf of Harvard Law School or the University; members of Harvard's governing boards; and students serving on an official Harvard Law School or University committee, or assisting another Harvard official in performing his or her tasks.

A student's education record also may be shared with parties outside the University under certain conditions, including, for example, in situations involving a health and safety emergency. In addition, Harvard Law School will forward a student's education records to other agencies or institutions that have requested the records and in which the student seeks or intends to enroll or is already enrolled so long as the disclosure is for purposes related to the student's enrollment or transfer.

If the Harvard Law School finds that a student has committed a disciplinary violation involving a crime of violence or a non-forcible sex offense, then it also may, if legally permitted and in Harvard Law School's judgment appropriate, disclose certain information about the disciplinary case. The disclosure may include the student's name, the violation committed, and the sanction imposed.

## 6. Student Rights under FERPA

As set forth above, under both Harvard policy and FERPA, students and former students may inspect and review certain of their education records that are maintained by Harvard. They also have the right to: exercise limited control over other people's access to their education records; seek to correct their education records if they believe them to be inaccurate, misleading or otherwise in violation of their FERPA rights; file a complaint with the U.S. Department of Education if they believe Harvard has not complied with the requirements of FERPA; and be fully informed of their rights under FERPA.  Complaints regarding alleged violation of rights of students under FERPA may be submitted in writing within 180 days to the Family Policy Compliance Office, US Department of Education, 400 Maryland Avenue, S.W., Washington, DC 20202-5920.

# F. Protest and Dissent Guidelines

The right to dissent is the complement of the right to speak, but these rights need not occupy the same forum at the same time. The speaker is entitled to communicate her or his message to the audience during her or his allotted time, and the audience is entitled to hear the message and see the speaker during that time. A dissenter must not substantially interfere with a speaker's ability to communicate or an audience's ability to see and hear the speaker. When a meeting is closed, dissent by non-attendees is limited to activity outside the meeting that does not impede access to the meeting or substantially interfere with the communication inside. When a meeting is open, the acceptable form of dissent will

depend on whether the dissenter is inside or outside the meeting and on whether the dissenter is acting before, after or during the meeting.

## 1. Picketing and Distributing Literature

Picketing in an orderly way or distributing literature outside the meeting is acceptable unless it impedes access to the meeting. Distributing literature inside an open meeting is acceptable before the meeting is called to order and after the meeting is adjourned.

## 2. Silent or Symbolic Protest

Displaying a sign, wearing significant/symbolic clothing, gesturing, standing, or otherwise protesting noiselessly is acceptable unless the protest interferes with the audience's view or prevents the audience from paying attention to the speaker. Any use of signs, prolonged standing or other activity likely to block the view of anyone in the audience should be confined to the back of the room.

## 3. Noise

Responding vocally to the speaker, spontaneously and temporarily, is generally acceptable, especially if reaction against the speaker is similar in kind and degree to reaction in his or her favor. Chanting or making other sustained or repeated noise in a manner which substantially interferes with the speaker's communication is not permitted, whether inside or outside the meeting.

## 4. Force of Violence

Using or threatening force or violence, such as defacing a sign or assaulting a speaker or a member of the audience, is never permitted. Any interference with freedom of movement or with freedom from personal force or violence is a serious violation of personal rights.

## 5. Audience Responsibility

The audience, like the host and the speaker, must respect the right to dissent. A member of the audience or the host organization who substantially interferes with acceptable dissent is violating these guidelines in the same way as a dissenter who violates the rights of the speaker or audience.

## 6. Moderator/Facilitator

Senior HLS officials may determine that the protection of free speech at an open meeting requires the use of a moderator or facilitator. If so, the meeting must be held with a moderator/facilitator in attendance who will be selected by the sponsoring organization(s) at the time the event is scheduled, and who is subject to approval by the Dean of Students Office. The person selected must be perceived as neutral and non-partisan. She/he will

generally be a member of the HLS or University faculty or administration. At the meeting, the moderator/facilitator must stress that his/her presence reflects no position for or against the views of the speaker or sponsoring organization. Final decisions regarding balancing the rights of the speaker with the rights of those who disagree will be made by the moderator/facilitator. This person will have final authority over all decisions, including, but not limited to:

(a) whether to eject a disrupter from the room;
(b) whether to move an event because of disruption or for security reasons;
(c) whether to declare an event closed; and
(d) whether to cancel an event because of security concerns.

# G. Student Complaints Implicating Compliance with ABA Standards for Legal Education

Harvard Law School invites students to share concerns about the Law School's program of legal education, particularly any issues that directly implicate the School's compliance with the ABA's Standards for Legal Education.  Students having such a concern should submit the concern, in writing, to the Dean of Students, who shall work with the appropriate administrators to address the issue.  The Dean of Students shall keep a record of all submissions and their resolutions.

# H. Class Recordings

From time to time, Harvard Law School records classes for various reasons. Class recordings may be posted on internal secure course web sites for viewing or listening by students enrolled in the recorded course.  Classes may be recorded with or without further notice. Students may not record classes.

## 1. Student Class Recording Requests

Students may request that Information Technology Services make recordings of class lectures for the following reasons:

a) *Religious Holidays*: Classes taking place on religious holidays are not automatically recorded.  Faculty and/or students may request that a class be audio-recorded on a religious holiday through the Registrar's Office (617-495-4612).  If a student has requested a recording, the Registrar's Office will notify the instructor about the request. The Law School's Information Technology Services Department will not record for travel days surrounding religious holidays. If the religion's holiday begins at sundown, ITS will record classes upon request starting at 1pm on the day the holiday begins and ending at noon the day after the holiday ends.

b) *Make-up classes*: The Law School's make-up class period is 3:15-5:15 p.m. on Friday afternoons.  All faculty members are encouraged to use this period for make-up classes. Make-up classes scheduled during this time will not be recorded unless a student has a scheduling conflict with another make-up class.  In the case of a class conflict the student may request a recording through the Registrar's Office (617-495-4612). If a student has requested a recording, the Registrar's Office will notify the instructor about the request. Make-up classes at times outside this class period may be recorded, but only at the instructor's request.

c)  *Birth of a child (for both parents)*: Students may request that a class be recorded due to the birth of their child by contacting the Dean of Students Office (617-495-1880). If a student has requested a recording, and the recording is approved by the Dean of Students Office, the Dean of Student's Office will notify the instructor about the request and for approval. The recording will be sent to the student as a password-protected streaming link for access by the student only.

d) *Death of an immediate family member:* Students may request that a class be recorded due to death of an immediate family member by contacting the Dean of Students Office (617-495-1880). If a student has requested a recording, and the recording is approved by the Dean of Students Office, the Dean of Student's Office will notify the instructor about the request and for approval. The recording will be sent to the student as a password-protected file for use by the student only.

e) *Significant personal or medical emergency*: Students may request that a class be recorded due to a significant personal or medical emergency by contacting the Dean of Students Office (617-495-1880). If a student has requested a recording, and the recording is approved by the Dean of Students Office, the Dean of Student's Office will notify the instructor about the request and for approval. The recording will be sent to the student as a password-protected file for use by the student only.

Recording for these reasons will be considered only in cases in which classes will be missed for a period of two weeks or fewer. In most cases, a student's absence from their classes for more than two weeks will be cause for a leave of absence (see **Section I(N)** and **Section II(A)(3)**).

## 2. Timing of Recording Requests

Requests for class recordings must be submitted by 5:30 p.m. two business days in advance of the class. Requests made later than 5:30 p.m. two business days prior to the class will be accommodated on a case-by-case basis and cannot be guaranteed.

## 3. Automated Recordings

Harvard Law School recordings are automated. The automated start and stop times for recordings are associated with the class meeting times and, due to system constraints,

cannot be altered. Therefore, if a class extends beyond the scheduled start and end times, the resulting recording will not include any instruction or discussion that took place prior to the scheduled start time or in the time following the scheduled end time. In addition, Information Technology Services does not edit the head and tail of class recordings so conversation occurring before and/or after the formal instructional time will be viewable.

## 4. Publication of Recordings

a) Class recordings requested by faculty members, recordings made because of religious holidays, and make-up classes will be made available to the entire class via the Canvas course site.  Please note that faculty members and administrators of the sites reserve the right to remove any links from course websites at any time.

b) No person is permitted to post, distribute, or otherwise make available any recordings produced by the Harvard Law School Information Technology Services Department without written permission of the Harvard Law School Communications Office.

c) Information Technology Services will typically process and post links for streaming media within three business days from the time of recording, excluding Saturdays, Sundays, and University holidays.

d) All postings will be removed from streaming access (Harvard Law School server) and backed up after three academic years from the academic year of creation. The Information Technology Services Department must be notified at the time a request is submitted if there is any reason that digital audio and video streaming media will require linking for longer than three years.  Instances requiring media storage longer then the default lifespan will be evaluated on a case-by-case basis and may incur additional hosting costs to the requesting department or organization.

e) The Information Technology Services Department is not responsible for hardship encountered with expired audio and video links if lifespan beyond the ordinary three years was not requested at the time of the recording request.

f) Although Harvard Law School makes every effort to ensure the security of recordings, any recording made by Information Technology Services could potentially be downloaded, copied, manipulated and/or redistributed.

# I. Student International Travel

1.  Any student traveling internationally under Harvard auspices must prior to departure:

    a.  Register the trip in the University's International SOS MyTrips platform. Registering is required for all students traveling under Harvard auspices (that is, trips funded or arranged by the Law School or other parts of the University or resulting in academic credit) and strongly recommended for everyone. Registering enables the University

to locate people quickly and provide assistance in the event of an emergency. Students must create a profile in MyTrips initially using their Harvard email address; students can then add an additional preferred email address to their profile.  After creating their MyTrips profile, students can enter their trip details manually or forward their confirmed bookings to [harvardtravel@itinerary.internationalsos.com](mailto:harvardtravel@itinerary.internationalsos.com). Entries should include the complete period of time abroad, including travel before, during, and after the primary program / project under Harvard auspices, and students should make sure the information stays up-to-date throughout travel.

b.  Review, sign and return the appropriate Assumption of Risk form to the sponsoring program at the Law School.

c.  Review the services provided by International SOS and relevant health and safety information and take appropriate steps.  Students traveling abroad for academic or professional reasons are covered by Harvard University's International SOS membership. International SOS provides 24-hour worldwide emergency medical and security assistance and evacuation services. Please note that this program is a supplement to, not a substitute for, health insurance.

d.  Obtain the necessary passport and visa.

e.  Examine Harvard's Global Support Services' travel risk ratings and seek necessary reviews as specified below. Students who are considering travel to an area that is categorized as high-risk, and that would occur during the period of the program / project under Harvard auspices, must both:

- Complete and submit the Questionnaire for Graduate Student Travel at least 30 days in advance* of the expected travel date. *(Access to the document requires a HarvardKey log-in.)*

- Consult with a member of the Global Support Services safety and security team if requested to do so by GSS or Harvard Law School's International Legal Studies.

This is necessary in order to obtain clearance for travel in conjunction with courses or clinics as well as independent travel and applies for the duration of the placement or project abroad. Please be aware that HLS may advise against — and may even withhold support for — travel that is deemed to pose excessive risk.

---

* In the event that circumstances beyond a student's control do not allow for at least 30 days' advance notice, the students should contact International Legal Studies and provide a detailed explanation.  If circumstances warrant, ILS will request an expedited review.

HLS students should also review Harvard's Graduate and Professional Student International Travel Policy.

2.  Students traveling over the winter term or summer, for HLS academic credit and/or with Harvard funding must attend an international travel information session and complete the Global Support Services on-line orientation as specified on the HLS international travel webpage.

    Students must complete all of these requirements, and any others stipulated on the School's international travel webpage or by the student's HLS sponsoring program, in advance of travel abroad in order to maintain eligibility for HLS funding and academic credit.  The international travel webpage will contain the most current information and it is critical that students review it carefully.

    Students with questions about international travel should contact the Director of International Legal Studies.

# J. Student Employment

The faculty recommends that first-year students not commit themselves to employment during the academic year until they know what demands Law School will make on their time and energy. Students are advised to work no more than 10 to 15 hours per week during the school year; pursuant to Harvard Law School Policy, no student may be employed for more than 20 hours of work per week during the academic year while classes are in session.

# K. Use of University Libraries

The University's libraries are for the use of students, faculty, staff, and other authorized members of the University and scholarly community. Except when specifically authorized to a designated commercial user, the systematic exploitation of library resources, including its databases, for profit is prohibited. It is inappropriate for students and others to sell data, or to act as agents for those who do, or otherwise to use their library privileges other than for personal academic use. This includes use of many resources during the course of some internships and some types of employment. Students with questions about the use of specific digital resources should contact the library.

# L. Information Technology Services

## 1. Harvard Law School Computer and Network Resources Usage Agreement

In support of Harvard Law School's learning, teaching, and research goals, Information Technology Services (ITS) provides current members of the Law School community with access to the school's computer and network resources. To ensure that these resources

remain available to all members of the community and to protect the substantial investment Harvard Law School has made in its computer and network systems, student access is conditioned upon agreement to and compliance with the terms of this Harvard Law School Computer and Network Resources Usage Agreement. Harvard Law School Computer and Network Resources include but are not limited to: Harvard Law School campus and office space; wired, wireless, and VPN network equipment; back-office systems (e.g. email, Student Information System); printers, desktop and laptop equipment provided to students, faculty, or staff and any other computing equipment owned and/or operated by the Law School's ITS department.

## 2. Use of Computer and Network Resources

No one may use a computer and/or the network in a way that would damage or inappropriately degrade these resources, or disrupt the work of others. Students are prohibited from attempting to:

> a) Interfere with the work of others
> b) Gain unauthorized access to computer or network resources
> c) Circumvent or violate local network, electronic accounts, or Web security systems
> d) Use other people's Harvard Law School electronic accounts
> e) Damage or inappropriately degrade performance of computer and network resources
> f) Willfully misrepresent the identifying attributes of any electronic communications (e.g., date and time of creation or transmission, message identification number, IP address, etc.)
> g) Unlawfully use, duplicate, or distribute software and files
> h) Use computer or network resources for commercial purposes without authorization
> i) Use computer or network resources in violation of any applicable law or Harvard Law School policy

In addition to possible disciplinary action and/or termination of network privileges, the violation of any of these restrictions may result in legal penalties.

Students are responsible for the use of their electronic accounts (e.g., email, network, course websites, and printing) and are not permitted to grant others access to these accounts. Nor should a student disclose his or her password to anyone, including friends or family.  ITS staff will not ask students for their passwords when ITS assistance is requested.

## 3. Compliance with the Digital Millennium Copyright Act of 1998

The University prohibits the use of the Harvard network for illegal activities. Federal law prohibits the reproduction, distribution, public display or public performance of copyrighted materials over the Internet without permission of the copyright holder, except in accordance with fair use or other specifically applicable statutory exceptions. Harvard may terminate the network access of users who are found to have repeatedly infringed the

copyrights of others. In addition, unauthorized distribution of copyrighted material, including unauthorized peer-to-peer file sharing, may subject a student to civil and criminal liabilities. Harvard complies fully with the federal Digital Millennium Copyright Act of 1998 ("DMCA") and has in place the mandated process for receiving and tracking alleged incidents of copyright infringement.

Harvard network users should be aware of recent changes in the pre-subpoena notification approach employed by the Recording Industry Association of America (RIAA). These changes include notices requesting the preservation of records in advance of a subpoena, and notices providing an option for users to settle in advance of potential lawsuits. University policy remains unchanged. We will continue to comply with the Digital Millennium Copyright Act and federal law pertaining to DMCA subpoenas, and will continue to update the community of significant changes to process or law.

The University is committed to maintaining the integrity and availability of the Harvard network for vital educational and research purposes for which it was designed. We recommend that all students become familiar with the laws pertaining to the use of digital material and to comply with federal law and University policy regarding use of copyrighted materials. More information may be found at http://dmca.harvard.edu/pages/copyright-policy and http://dmca.harvard.edu/faq.

BitTorrent, Torrent, Ares, and other file-sharing programs can transmit files on a student's computer to others in violation of copyright laws, with or without the student's knowledge. If these programs are on a student's computer, the student will be held responsible for any copyright violations that may result.

## 4. Policy on Access to Electronic Information

Harvard University's Policy on Access to Electronic Information sets out guidelines and processes for University access to user electronic information stored in or transmitted through any University system.

## 5. Security and Privacy

Electronic communications, communicative attributes of electronic communications (e.g., date and time of transmission, subject, identification number, parties with whom a student communicates, how often, etc.), and files stored on Harvard Law School servers will be kept confidential in accordance with privacy policies set by Harvard Law School, Harvard University, and by law

Students should understand that no network is perfectly secure, and that there are substantial risks that communications can be intercepted, or that any message intended for one person can be easily forwarded to another by the recipient. Students should take care that particularly sensitive documents not remain on computer or network systems that are publicly accessible or that others may easily access. Likewise, students are responsible

prior to forwarding a message for ensuring that doing so is consistent with the originator's reasonable expectations.

Network-based system activity, such as network connection and email message transmission, is automatically logged on a continuous basis. These logs include a record of user processes, message subjects, and other user-related data that may be examined by ITS system administrators to maintain system performance and/or prevent damage or degradation, or to ensure compliance with Harvard Law School guidelines. ITS also maintains regular backups of network servers, including email messages and files. The purpose of these backups is to restore the system in case of data loss due to a system crash. These backups are subject to the same privacy protections as any network data, but also, obviously, present additional risk.

System administrators, following University guidelines, will produce any available log records, messages, and files at the request of the Dean for Administration, Dean of Students, or the Administrative Board.

When a student requests assistance from ITS, the student implicitly gives the staff permission to view the data in the student's account or on the student's computer to the extent necessary to investigate, diagnose, or correct the problem the student is having, and ITS staff will make reasonable efforts to alert the student to the anticipated and actual scope of any such viewing.

## 6. Anonymous and Pseudonymous Communications

Three general rules govern all electronic communications:

1) Electronic communication systems, whether email or discussion groups, produce records that facilitate the ability to trace such communications. These records may not in all cases reveal the identity of the sender, but they do facilitate the identification of a particular communication's origin. A student is prohibited from modifying this data in a manner that will interfere with the ability to trace a communication.

2) Members of the Harvard Law School community are given accounts based on their legal name; a student may not take steps to hide his or her identity in electronic communication when using Harvard Law School accounts, computers, networks, or servers.

3) In no context may a student fraudulently misrepresent his or her identity.

Whether electronic communications may be anonymous or pseudonymous is determined by the particular context within which the communication occurs, and inappropriate use of electronic communications may result in disciplinary action.

## 7. Misuse of Resources

In accordance with the "University-wide Statement on Rights and Responsibilities" (see **Section XII(B)**) Harvard Law School neither endorses nor censors any opinion expressed on, or originating on, its computer systems or network. However, because the electronic communications originating from Harvard Law School community automatically carry the Harvard Law School domain name ("law.harvard.edu" and "hls.harvard.edu), a student should be particularly careful not to inaccurately identify him or herself as representing or speaking for the institution. More generally, in the use of email or other electronic communication, the same standards of conduct governing the use of telephones and oral and written communication apply. A student may not use email to broadcast messages or "spam" the Harvard Law School community.

As with any Harvard Law School resource, "misuse" includes the theft or deliberate damage of any Harvard Law School equipment or resource. With regard to Harvard Law School computer and network resources, it also includes other activities that interfere with the efficient and reliable provisioning of computer and network services. Such other activities include, but are not limited to, the following specific prohibitions:

1) A student may not relocate or disassemble any Harvard Law School network, computer, or peripheral equipment.
2) A student may not attempt to intercept, analyze, record, or tamper with network data packets.
3) A student may not connect non-ITS network equipment to the Harvard Law School network. This includes, but is not limited to routers and wireless access points.

## 8. Emergency Situations and Compliance with Account Quotas

In any situation that threatens system security, stability, integrity, or performance, ITS system administrators will take necessary action to defend computer and network resources. These defense measures may include terminating or suspending processes or user accounts without prior notice. ITS will notify the affected user(s) as soon as feasible. Emergency situations may or may not involve deliberate misconduct.

All users are expected to adhere to the specific usage quotas that govern Harvard Law School accounts. Repeated failure to act upon ITS requests regarding such quotas may result in files or messages being deleted from over-quota accounts.

## 9. Copyright and Software Licenses

All Harvard users must respect the copyrights in works that are accessible through computers connected to the Harvard network. Federal copyright law prohibits the reproduction, distribution, public display, or public performance of copyrighted materials without permission of the copyright owner, unless fair use or another exemption under copyright law applies. In appropriate circumstances, Harvard will terminate the network

access of users who are found to have repeatedly and knowingly infringed the copyrights of others, and may also take disciplinary action.

Users may not install software on Harvard-owned computers without evidence of a valid software license or other right or privilege to install such software.

## 10. Cases of Misconduct

Whenever a case of misconduct is suspected by or reported to ITS, ITS will immediately notify the person or persons accused of such misconduct and the appropriate supervisory authority, such as the Dean of Students or the Dean for Administration. As the situation warrants, the supervisory authority will determine the course of any investigation or disciplinary action. After such notification and while any inquiry is pending, ITS has the right to deny access to Harvard Law School equipment and network services to any person or persons believed to be violating the guidelines set forth here.

In addition to possible disciplinary action on the part of the Harvard Law School and/or termination of network privileges, misuse of electronic communications, use of computers for unlawful purposes, and violations of copyright laws carry civil and criminal penalties under Massachusetts and federal law. All users are expected to learn and abide by these laws. Harvard's policy is to cooperate with law enforcement officials in the detection, investigation, and prosecution of unlawful activity. Unless lawfully prohibited by the authorities, a student will be notified if information specific to his or her account or communications is turned over to non-Harvard authorities.

## 11. Requirements on Leaving Harvard Law School

Before a student leaves Harvard Law School, he or she must remove all software for which the license belongs to Harvard Law School and is installed on his or her personally owned computer(s).

# M. Harvard Law School Digital Media Policy

No person is permitted to post, distribute or otherwise make available any recordings produced by the Harvard Law School Information Technology Services Department without written permission of the Harvard Law School Communications Office.

See also the Law School's class recording policy, see **Section XII(H)**.

# N. Video Security Policies

The Law School has installed a video management infrastructure to enhance the safety and security of the community, reduce institutional risk, and aid in the prevention and investigation of crime at the School or against members of the HLS community. The privacy

of the community members is a fundamental principle in the design and implementation of the video management system across campus.  Students are invited to review the Law School's Video Security Policies.

# O. Harvard University I.D. Cards

Harvard University I.D. (HUID) cards are the property of Harvard University and are intended for University purposes only. HUID cards are required for admission to most Harvard activities and facilities including libraries, museums, dining halls, athletic buildings, and student residences.

Every student is responsible for his or her HUID card and the consequences of its misuse. HUID cards are not transferable; a student may not allow any other person to use his or her HUID card for any purpose.

A student who alters or falsifies his or her HUID card or produces or distributes false identification cards of any kind is subject to disciplinary action. Lost cards should be reported immediately to Harvard University Identification and Data Services. Students must hand over their HUID card or otherwise identify themselves upon request to any properly identified officer of the University. Surrendered HUID cards will be transmitted immediately to I.D. Card Services. More information about HUID cards for new Law School students is available from the Office of the Registrar and at the Campus Service Center.

# P. Payment of Bills

Each student is personally responsible for payment of his or her student account. For J.D. students, a monthly payment plan is available as an alternative to full payment on a specified date, the terms of which are available by calling the Student Accounts Office at 617-495-2739 or at the Student Accounts website. The monthly payment plan is not available to LL.M. or S.J.D. students.

Students who are not current in their student account payments will not be allowed to register for courses in the spring or to enroll in the Law School at the start of the academic year. All services of the Registrar will be withheld for students who have outstanding financial obligations to the University.

Students who become delinquent in their student account payments after registration are assessed a $250 late fee and will be reported to the Law School's Administrative Board. Absent a finding of extraordinary circumstances, such as a serious medical or personal emergency or other special circumstances supported by appropriate administrative officials, the Administrative Board, as a general matter, will cancel the registration of delinquent students. A student whose registration has been canceled is not eligible to take exams and will not earn credits for the term.

University policy dictates that degree candidates who have failed to pay all student account charges by the date specially established for graduating students will not be voted a degree by the governing boards of the University.

Students who leave the University for any reason must pay all charges immediately upon notice from the University Student Accounts Office. A student who leaves the University without paying outstanding charges is not eligible to be considered for readmission until all financial obligations to the University have been fully satisfied. Any student who leaves the University with an amount due on their student account that is unpaid for sixty days or more may be subject to collection activities. The costs associated with collecting an unpaid account will be added to the student's outstanding account balance and must be paid in full.

Questions regarding payment of student account notices should be directed to J.D.Student Financial Services in WCC 5027 for J.D. candidates and to the Graduate Program Financial Aid Office in WCC 5005 for those in the LL.M. and S.J.D. programs.

# Q. Harvard Law School Drug and Alcohol Policy

## 1. Policy

Harvard Law School's policy on drugs and alcohol-adapted from and in accordance with, other similar policies at Harvard University-reflects our concern for the health and well-being of our students, faculty, and staff. Harvard Law School promotes the health and well-being of its students and employees through its Health Services and other agencies. The unlawful possession, use, or distribution of illicit drugs and alcohol by students or employees on Harvard property or as a part of any Harvard activities is a violation of Harvard Law School rules, as well as the law. Possession, use, or distribution of certain nonprescription drugs, including marijuana, amphetamines, heroin, cocaine, and nonprescription synthetics; procurement or distribution of alcohol if one is under 21 years of age; and provision of alcohol to anyone under 21 years of age are violations of law and of Harvard Law School Policy. Although Massachusetts law now permits adults aged 21 or older to possess and consume marijuana under certain circumstances, federal law prohibits the possession, use, or distribution of marijuana, including for medical purposes, on Harvard property or as part of a Harvard activity. Thus, even if possession or use of marijuana would be permitted under Massachusetts law, it remains prohibited on campus.

The use of illicit drugs and the misuse of alcohol are potentially harmful to health. In particular, synthetically produced drugs, which are readily available in the Boston metropolitan area, often have unpredictable emotional and physical side effects, which constitute an extreme health hazard. In addition, students are encouraged to weigh the seriousness of potential loss of function that may come from ingesting illicit drugs or too much alcohol. Because of the considerable health hazards involved in drug and alcohol use, administrative, medical, and psychiatric help for students having drug problems or difficulties controlling their use of alcohol are available on a confidential basis from the Harvard Law School Health Services and at the University Health Services at the Smith

Campus Center, and any member of the University may make use of the Health Services on an emergency basis, day or night.

Attention is directed to the fact that Harvard Law School is not, and cannot be considered as, a protector or sanctuary from the existing laws of the city, state, or federal government. Students are reminded that there are heavy penalties, including imprisonment, for possession or distribution of illicit drugs and for selling or delivering alcohol to, or procuring alcohol for, someone under the age of 21. There are also serious penalties for anyone under the age of 21 who purchases, attempts to purchase, or arranges to procure alcoholic beverages or to misrepresent his or her age or falsify his or her identification with the intent of purchasing alcohol; anyone, regardless of age, caught falsifying a driver's license, or selling or distributing false I.D.s; and anyone, regardless of age, who operates a motor vehicle under the influence of alcohol or drugs, or with an open container of alcohol. In addition, the city of Cambridge prohibits consumption of alcohol on public property or on property open to the public. All students should become familiar with the pamphlet on drug and alcohol law prepared by the General Counsel to the University, distributed at registration each year, and available in the Dean of Students Office.

The Law School will take appropriate action when cases of this type come to its attention. Incidents to which Harvard Law School may respond include:

- The use of illicit drugs;
- Underage possession or consumption of alcohol;
- Serving alcohol to underage individuals;
- Possession in quantity or the sale or distribution of drugs; or
- Drug or alcohol use which risks danger to the Harvard community.

Sanctions may include warning by administrative officers and referral to health or counseling services or action by the Administrative Board, including warning, reprimand, suspension, or expulsion (the last three sanctions are reported to bar authorities), and referral for prosecution.

## 2. Provisions Regarding Alcohol Service and Use at Harvard Law School

The only alcoholic beverages that may be served to or consumed by HLS students or their guests at Law School events and in the HLS Pub are beer and wine, whether the events are informal or formal. All alcohol for Law School events must be purchased through Restaurant Associates (RA, the Law School's onsite catering service), except as noted below only. Please contact RA at catering@law.harvard.edu or by calling 617-495-5538. Personally purchased distilled or hard liquor may be consumed only in private living spaces. It may not be brought into, served, or consumed in any public areas on campus, including residence hall common rooms, main lounges, and other shared spaces. Harvard University Dining Services (HUDS) purchases, serves, and sells beer and wine for the HLS Pub only, under a separate liquor license obtained by HUDS.

### 3. Drinking Age

The minimum drinking age in Massachusetts is 21. To be served or provided an alcoholic beverage, an individual must show proof of minimum drinking age by presenting a government-issued, photo identification.

### 4. Bartenders

Restaurant Associates (RA) holds and manages the main liquor license for the Harvard Law School campus. Under the terms of this license, all alcoholic beverages for all on-campus events must be provided by RA, and RA bartenders must be present to serve the alcohol. The number of bartenders will be determined by Restaurant Associates and the Dean of Students Office.

### 5. Police Presence

Harvard University Police (HUPD) must be present for student-sponsored events whenever alcohol is served and the number in attendance exceeds 100 or for any event where HUPD presence is determined to be necessary by the Dean of Students Office. A police detail can be arranged by visiting the HUPD website. The appropriate number of police officers will be determined by the HUPD and the Dean of Students Office.

### 6. Food and Non-Alcoholic Beverages

A proportional amount of food and nonalcoholic beverages must be available at any event where alcohol is served. Please contact RA or the Dean of Students Office to determine the appropriate amount.

### 7. Off-campus Events – Private Residence

Harvard Law School funds cannot be used to purchase or serve alcohol at a private residence.

### 8. Off-campus Events – Bars, Restaurants, and Off-Site Function Facilities

If a bar, restaurant, or function facility serves alcohol under its own license, the on-campus guidelines relating to alcohol service and use do not apply (since liability is covered by the establishment; nevertheless, the Harvard Law School Drug and Alcohol Policy applies to all members of the Harvard Law School community). Students may receive a maximum of 2 drink tickets each for such events, which can be used to purchase only beer, wine, or nonalcoholic beverages. The Dean of Students Office will arrange payment for such drink tickets in advance of the event. A student point of contact must be identified and must meet with the Dean of Students Office prior to such events; and that student must coordinate the distribution of the appropriate amount of drink tickets with the manager on duty at the establishment.

### 9. Liquor Licenses

A special one-day liquor license must be obtained from the Cambridge License Commission (at Cambridge City Hall) for all events where alcohol is sold, except as noted below only. Procedures for obtaining the license are available from the Event Scheduling & Support Office, Holmes Hall 1. A special one-day liquor license is not necessary in some instances, because the HUDS liquor license covers the sale of beer and wine. Student organizations must check with the Dean of Students Office before selling any alcoholic beverages. **Violations of the Harvard Law School Drug and Alcohol Policy will be referred to the Administrative Board for possible disciplinary action**. Please contact the Dean of Students Office with questions regarding Alcohol Service and Use at Harvard Law School, 617-495-1880 or dos@law.harvard.edu.

# R. Cambridge No Smoking Ordinance and Harvard No Smoking Policy

### 1. City of Cambridge No Smoking Ordinance

Effective June 9, 2003, Cambridge Municipal Code Section 9.28.060 provides that, "smoking is prohibited in all workplaces." Also effective June 9, 2003, Section 9.28.090 of the Code provides that, with some exceptions, "No person shall smoke nor shall any person be permitted to smoke in any public place or municipal facility." All members of the Law School community are urged to exercise courtesy and thoughtfulness in implementing this policy.

### 2. Harvard No Smoking Policy

On March 1, 2015, Harvard's North Yard, which includes the Law School, became completely tobacco free. This initiative stems from decades of research on the negative impacts of smoking, second-hand smoke, and tobacco use, and is part of an ongoing effort to enhance the health and wellness of all members of the Harvard community.

All forms of tobacco use including cigarettes, cigars, e-cigarettes, and smokeless tobacco are prohibited inside all Harvard buildings, offices, in Harvard Yard, and outside all HLS buildings.

# S. Harvard Law School Missing Persons Policy

As required under federal law, Harvard Law School immediately will refer to the Harvard University Police Department (HUPD) any missing persons report involving a student who lives in on-campus housing.  If any member of the Harvard community has reason to believe that a student who resides in on-campus housing is missing, he or she should immediately notify HUPD at 617-495-1212.

If HUPD determines that the student has been missing for more than 24 hours, then, within the 24 hours following this determination, the School or HUPD will:

1) notify an appropriate external law enforcement agency, unless the local law enforcement agency was the entity that made the determination that the student is missing;
2) contact anyone the student has identified as a missing person contact under the procedures described below; and
3) notify others at the University, as appropriate, about the student's disappearance.

In addition to identifying a general emergency contact person, students residing in on-campus housing have the option to identify confidentially a separate person to be contacted by Harvard in the event that the student is determined to be missing for more than 24 hours.  Students are not required to designate a separate individual for this purpose and if they choose not to do so then Harvard will assume that they have chosen to treat their general emergency contact as their missing person contact.  Students who wish to identify a confidential missing person contact should notify the Registrar.  A student's confidential missing person contact information will be accessible only by authorized campus officials and by law enforcement in the course of an investigation.  In addition, if it has been determined that a student who is under 18 years of age and not emancipated has been missing for more than 24 hours, then the Harvard Law School or HUPD will contact that student's custodial parent or guardian.  Students are reminded that they must provide the Registrar with emergency contact information and/or confidential missing person contact information if they have not already done so.

# T. Nonresident Student Driver Statements and Decals

State law requires Harvard to post the following notice to all students who are not Massachusetts residents:

> **IT IS UNLAWFUL FOR A NONRESIDENT STUDENT TO FAIL TO FILE A NONRESIDENT DRIVER STATEMENT WITH THE POLICE DEPARTMENT LOCATED IN THE SAME CITY OR TOWN AS THE SCHOOL OR COLLEGE ATTENDED, IN ACCORDANCE WITH <u>SECTION 3 OF CHAPTER 90</u> OF THE MASSACHUSETTS GENERAL LAWS. FAILURE TO FILE SUCH STATEMENT IS PUNISHABLE BY A FINE NOT TO EXCEED $200.**

Under Massachusetts law, if out-of-state students bring cars to campus but elect not to register them with the Massachusetts Registry of Motor Vehicles, then they must file a nonresident driver statement with the local police department, whether or not they apply for on-campus parking.  Shortly after filing the nonresident driver statement with the Cambridge Police Department, students will receive a nonresident student driver decal from the University Parking Office.  This decal must be prominently displayed in the "uppermost center position" of the vehicle's windshield.

# U. Voter Registration

Effective January 1, 1995, Massachusetts Law as set forth in Chapter 151C, Section 2B (Section 17 of Chapter 471 of the Acts of 1993), requires educational institutions to make available affidavits of voter registration forms at registration. Students will be able to register to vote at registration and mail-in affidavits will be available in the Registrar's Office throughout the year.

For students from other states who desire to vote in a state other than Massachusetts, the federal mail-in affidavit of voter registration or a mail-in form supplied by that state may be used. The student must contact the appropriate state election official to receive the state form or call or write the Massachusetts Elections Division, Room 1705, McCormack Building, One Ashburton Place, Boston, MA 02108, for a Federal form.

# V. Massachusetts Anti-Hazing Statute

## 269:17. Hazing; organizing or participating; hazing defined

**[Text as amended by 1987, 665 effective April 4, 1988. For text effective until April 4, 1988, see 1986 Edition.]**

Whoever is a principal organizer or participant in the crime of hazing, as defined herein, shall be punished by a fine of not more than three thousand dollars or by imprisonment in a house of correction for not more than one year, or both such fine and imprisonment.

The term "hazing" as used in this section and in sections eighteen and nineteen, shall mean any conduct or method of initiation into any student organization, whether on public or private property, which willfully or recklessly endangers the physical or mental health of any student or other person. Such conduct shall include whipping, beating, branding, forced calisthenics, exposure to the weather, forced consumption of any food, liquor, beverage, drug, or other substance, or any other brutal treatment or forced physical activity which is likely to adversely affect the physical health or safety of any such student or other person, or which subjects such student or other person to extreme mental stress, including extended deprivation of sleep or rest or extended isolation.

Notwithstanding any other provisions of this section to the contrary, consent shall not be available as a defense to any prosecution under this action.

## 269:18. Failure to report hazing

**[Text as amended by 1987, 665 effective April 4, 1988. For text effective until April 4, 1988, see 1986 Edition.]**

Whoever knows that another person is the victim of hazing as defined in Section 17 and is at the scene of such crime shall, to the extent that such person can do so without danger or peril to himself or others, report such crime to an appropriate law enforcement official as soon as reasonably practicable. Whoever fails to report such crime shall be punished by a fine of not more than one thousand dollars.

## 269:19. Copy of secs. 17–19; issuance to students and student groups, teams and organizations; report

**[Text as amended by 1987, 665 effective April 4, 1988. For text effective until April 4, 1988, see 1986 Edition.]**

Each institution of secondary education and each public and private institution of post-secondary education shall issue to every student group, student team, or student organization which is part of such institution, or is recognized by the institution, or permitted by the institution to use its name or facilities, or is known by the institution to exist as an unaffiliated student group, student team or student organization, a copy of this section and sections seventeen and eighteen; provided, however, that an institution's compliance with this section's requirements that an institution issue copies of this section and sections seventeen and eighteen to unaffiliated student groups, teams, or organizations shall not constitute evidence of the institution's recognition or endorsement of said unaffiliated student groups, teams, or organizations.

Each such group, team, or organization shall distribute a copy of this section and sections seventeen and eighteen to each of its members, plebes, pledges, or applicants for membership. It shall be the duty of each such group, team, or organization, acting through its designated officer, to deliver annually, to the institution an attested acknowledgement stating that such group, team, or organization has received a copy of this section and said sections seventeen and eighteen, that each of its members, plebes, pledges, or applicants has received a copy of sections seventeen and eighteen, and that such group, team or organization understands and agrees to comply with the provisions of this section and sections seventeen and eighteen.

Each institution of secondary education and each public or private institution of post-secondary education shall, at least annually, before or at the start of enrollment, deliver to each person who enrolls as a full-time student in such institution a copy of this section and sections seventeen and eighteen.

Each institution of secondary education and each public or private institution of post-secondary education shall file, at least annually, a report with the board of higher education and, in the case of secondary institutions, the board of education, certifying that such institution has complied with its responsibility to inform student groups, teams, or organizations and to notify each full-time student enrolled by it of the provisions of this section and sections seventeen and eighteen and also certifying that said institution has adopted a disciplinary policy with regard to the organizers and participants of hazing, and

that such policy has been set forth with appropriate emphasis in the student handbook or similar means of communicating the institution's policies to its students. The board of higher education and, in the case of secondary institutions, the board of education shall promulgate regulations governing the content and frequency of such reports, and shall forthwith report to the attorney general any such institution which fails to make such report.

## 610 CMR 5.00: Hazing Reporting

5.01: Scope and Purpose
610 CMR 5.00 governs the content and frequency of reports that Massachusetts public and private institutions of post-secondary education must file with the Board of Higher Education regarding the distribution and acknowledgment of receipt of copies of the hazing laws and the adoption by public and private institutions of post-secondary education of a disciplinary policy with regard to the organizers and participants in hazing activities.

5.02: Definitions
As used in 610 CMR 5.00:

### College or University
A public or private institution of higher education chartered, located, offering courses, or otherwise doing business in the Commonwealth, leading to the award of a degree, or any educational institution chartered, incorporated, or organized in another state conducting courses within the Commonwealth available to residents of the Commonwealth leading to the award of a degree.

### Board
Board of Higher Education, a state agency established pursuant to applicable provisions of M.G.L. c. 15A.

### Hazing
As defined in M.G.L. c. 269, s 17.

### Public or Private Institutions of Post-Secondary Education or Institution
An institution located within Massachusetts which provides formal instructional programs with a curriculum designed primarily for students who have completed the requirements of a high school diploma or equivalent. This includes programs of an academic, vocational or continuing professional education, degree-granting colleges and universities, and non-degree-granting institutions.

### Unaffiliated Student Group, Team or Organization
Any group, team or organization that operates on or in conjunction with the campus of a college or university, but is not under the authority of the college or university.

5.03: Reporting Requirements

## Content of Report

Reports required by M.G.L. c. 269, s 19 shall include the following certifications:

That the institution has complied with the responsibility to inform student groups, teams, or organizations of the provisions of M.G.L. c. 269, ss 17 and 18;

That the institution has notified each full-time student enrolled by the post-secondary educational institution of the provisions of M.G.L. c. 269, ss 17 and 18;

That the institution has adopted a disciplinary policy with regard to the organizers and participants of hazing;

That the institution's disciplinary policy with regard to the organizers and participants of hazing has been set forth with appropriate emphasis in the student handbook or that a similar means of communicating the institution's policies to its students has taken place.

Said report shall be signed by the president or chief executive officer of the public or private institution of post-secondary education or his or her designee.

The Board may, upon request, furnish a reporting form to the public or private institution of post-secondary education, or authorize alternative reporting formats, including facsimile transfer, electronic mail or other formats capable of transmitting the report to the Board's designated recipient.

## Frequency of Reports

Each public or private institution of post-secondary education shall annually file its compliance report with the Chancellor of the Board of Higher Education or his designee on or before July 31 of each year. Said report shall cover the period July through June 30 inclusive. Any public or private institution of post secondary education that requires an extension of the July 31 reporting deadline shall forward a written request for an extension to the Chancellor or his designee at least 30 days before July 31 which shall include justification for the extension and specify the date by which the public or private institution of post secondary education's report will be filed. No extension shall be granted beyond September 1 of the year which the report is due.

## Notification to the Attorney General

The Board shall report to the Attorney General any public or private institution of post-secondary education that fails to submit report by July 31 of each year or by any date of extension granted by the Board.

## Regulatory Authority

610 CMR 5.00: M.G.L. c. 269, s. 19.

# Appendix A: Harvard University Health Services and Harvard University Student Health Program

## Harvard University Health Services (HUHS)

**LAW SCHOOL CLINIC**
Pound Hall, 1563 Massachusetts Avenue, Cambridge, MA 02138
617-495-4414
Monday - Friday
9:00 a.m. - 5:00 p.m.
huhs.harvard.edu

**HARVARD SQUARE CAMPUS**
Smith Campus Center, Harvard Square, 75 Mt. Auburn Street, 3rd Floor, Cambridge, MA 02138
617-495-5711 • TTY: 617-495-1211

Below is a summary of the services available at Harvard University Health Services (HUHS). Please see huhs.harvard.edu for detailed, up-to-date information.

**Services at Smith Campus Center include:**

- Urgent Care (24-hours)
- Primary care
- Counseling and Mental health
- Medical/surgical subspecialties

Primary care and some counseling and mental health services are also available at each of the three satellite clinics located on the Law School, Business School, and Medical Area campuses.

**URGENT CARE AND EMERGENCY SERVICES:**

**If you experience a life-threatening emergency, call 911 immediately.**

**URGENT CARE**

Smith Campus Center, Harvard Square, 75 Mt. Auburn Street, 3rd Floor, Cambridge, MA 02138
617-495-5711

Urgent care for non-routine, urgent medical and mental health concerns or symptoms is available 24 hours a day at the Smith Campus Center location.  Students can schedule same-day non-routine appointments online through the Patient Portal. Whenever possible, students are encouraged to call their health care team or mental health provider for advice during regular office hours.

Other services include:

- Pharmacy
- Dental services
- Vision care and eye services
- Optical shop

Note: Not all of these services are covered by insurance.

## Required Immunizations

Massachusetts has strict immunization requirements that you must meet in order to register for classes. Immunizations help protect you from illnesses and contribute to the overall well-being of our community. **We encourage you to receive any required immunizations before you arrive at Harvard, as many private health plans will cover the cost.** If you are unable to obtain these prior to your arrival on campus, you may arrange to get immunizations at various locations in the area, including HUHS. Please note that your health plan may not cover immunizations you receive at HUHS, in which case you will be responsible for the cost of the immunizations. Please note that the Student Health Insurance Plan covers preventive immunizations only at HUHS; however, the Student Health Insurance Plan does not cover immunizations that are required for registration purposes.

## PATIENT ADVOCATE

The Patient Advocate is available to assist students with any questions, comments, or concerns. All communications are confidential. The Patient Advocate can be reached at patadvoc@huhs.harvard.edu or 617-495-7583.

## CONFIDENTIALITY

The confidentiality of all records and other medical information about patients at HUHS is protected to the full extent of the law. Written authorization from the student is necessary to release record information to any third party except in highly unusual circumstances as required by law, or as indicated in the HUHS Notice of Privacy Practices.

# The Harvard University Student Health Program (HUSHP)

HUSHP Member Services
617-495-2008
mservices@huhs.harvard.edu
hushp.harvard.edu

Below is a summary of information regarding the Harvard University Student Health Program (HUSHP). Please visit hushp.harvard.edu for additional details.

**Required Student Health Insurance**

Massachusetts law requires that students enrolled in an institution of higher learning in Massachusetts participate in a student health insurance program or in a health benefit plan with comparable coverage. All Harvard students are automatically enrolled in the Harvard University Student Health Program (HUSHP) and the cost of the program is applied to their student bill.

HUSHP is comprised of two parts, the Student Health Fee and the Student Health Insurance Plan.

**Student Health Fee**

Required of all students who are more than half time and studying in Massachusetts. This fee covers most services at Harvard University Health Services (HUHS), including internal medicine, most medical/surgical specialty care, mental health/counseling services, physical therapy, radiology, and urgent care.

**Student Health Insurance Plan**

Provides hospital/specialty care through Blue Cross Blue Shield of Massachusetts and prescription drug coverage through Catamaran. Coverage includes emergency room visits, hospitalizations, diagnostic lab/radiology services, ambulatory surgery, specialty care outside HUHS (limited), and prescription drug coverage. Benefit limits and cost-sharing may apply——visit hushp.harvard.edu for more details.

**Waiving the Student Health Insurance Plan**

Students enrolled in a comparable health insurance plan may be eligible to waive the Student Health Insurance Plan. Waivers must be completed by the appropriate deadline or the charges will remain on your student bill. The deadline to waive is July 31 for the fall term (or full academic year) and January 31 for the spring term.

- Before waiving, carefully evaluate whether your existing health plan will provide adequate, comprehensive coverage in the Boston area. Please review the waiver

[checklist]() on the HUSHP website for guidance. You will be fully responsible for all medical claims and prescription drug costs if you waive the Student Health Insurance Plan.

- International students studying on campus at Harvard are not eligible to waive the Student Health Insurance Plan with foreign insurance, including those with a U.S. based administrator. This is a requirement pursuant to the Massachusetts student health program regulations.

For detailed information on the Harvard University Student Health Program policies, benefits, limitations, and exclusions, including waiver eligibility and dependent enrollment, please visit [hushp.harvard.edu](). For more information, please contact Member Services at [mservices@huhs.harvard.edu]()

# Appendix B: Emergency and Safety Information

## Emergency Information

Building emergencies should be reported to the Facilities Management Office at 5-5521 during weekday work hours or to 5-5560 during evenings, weekends, and holidays.

See Emergency Information.

## Harvard University Campus Escort Program (HUCEP)

HUCEP teams, who are trained and supervised by the HUPD, provide walking escorts to students, faculty, and staff seven nights a week during the academic year and cover the Yard, River, and Quad areas. Teams are identified by their brightly colored vests, labeled HUCEP. Escorts respond to calls for service through the HUCEP hotline [617-384-8237 or 38-HUCEP] and can be flagged down by students, faculty, and staff in need of an escort.

The hours of operation for HUCEP are:

- 10:30p.m. - 2:00a.m. (Sunday through Wednesday)
- 10:30p.m. - 3:00a.m. (Thursday through Saturday).

## Evening Van Service (617-495-0400) (fully accessible)

The Evening Van Service is designed to provide transportation throughout the Cambridge and Allston campuses. During the academic year, rides are free and available on request between 7:00p.m. and 3:00a.m. Calls are taken until 2:30a.m.

## Harvard University MessageME

MessageMe is Harvard University's emergency messaging system.

In the event of an emergency or significant disruption in operations, the University will use MessageMe to quickly distribute critical information to all active Harvard faculty, staff, students, and other community members who are likely to be on campus.