UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABRAHAM BARKHORDAR, SARAH ZELASKY, and ELLA WECHSLER-MATTHAEI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY,<br><br>Defendant. | Case No. 1:20-cv-10968-IT<br><br>Leave to File Granted on:<br>**March 1, 2021** |

**PLAINTIFFS' THIRD NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby provide this notice of supplemental authority of *Moran v. Stonehill College, Inc.*, Case No. 2077CV00431 (Mass. Super. Ct. Feb. 16, 2021), an opinion in the COVID-19 tuition and fee refund context applying Massachusetts law in relation to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss (Dkt. No. 47). A copy of this decision is attached hereto as **Exhibit 1**. Plaintiffs respectfully suggest that this decision further supports their position in opposition to Defendant's Motion to Dismiss.


Dated:   March 1, 2021

Respectfully Submitted,

By:   */s/ David Pastor*

David Pastor (BBO # 391000)
**PASTOR LAW OFFICE, LLP**
63 Atlantic Avenue 3rd Floor
Boston, MA 02110
T: 617-742-9700
F: 617-742-9701

1

Dpastor@pastorlawoffice.Com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Daniel J. Kurowski (*pro hac vice*)
455 N. Cityfront Plaza Dr., Suite2410
Chicago, IL 60611
Telephone: (708) 628-4949
Email: dank@hbsslaw.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aleslie@bursor.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk, III (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: fklorczyk@bursor.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served via CM/ECF this 1st day of March, 2021 on all parties of record.

                                                By:   /s/ David Pastor_____
                                                          David Pastor