UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABRAHAM BARKHORDAR, SARAH ZELASKY, and ELLA WECHSLER-MATTHAEI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY,<br><br>Defendant. | No. 1:20-cv-10968-IT<br><br>Hon. Indira Talwani |

## PLAINTIFFS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs, by and through their attorneys, and as their Fourth Notice of Supplemental Authority hereby state the following:

In Plaintiffs' Opposition to Defendant's Motion to Dismiss, Plaintiffs noted "[n]umerous courts analyzing similar claims against educational institutions for failure to provide live, in-person instruction and access to campus facilities in the wake of COVID-19 have denied motions to dismiss claims for breach of contract and unjust enrichment." ECF No. 47 at 1–2 (collecting several cases denying motions to dismiss). Since the submission of Plaintiffs' opposition on October 21, 2020, Plaintiffs' First Notice of Supplemental Authority filed on November 5, 2020 (ECF No. 51), Plaintiffs' Second Notice of Supplemental Authority filed on December 16, 2020 (ECF No. 57), and Plaintiffs' Third Notice of Supplemental Authority filed on March 1, 2021 (ECF No. 67), Plaintiffs have identified additional recent, persuasive decisions. Such additional decisions include the following decision considering Massachusetts law, which Plaintiffs submit as additional support for an order denying Defendant's motion to dismiss: *Holmes, et al. v. University of Massachusetts*,

Case No. 2048CV01025-B, 2021, 2021 Mass. Super. LEXIS 11 (Sup. Ct. Mass. Mar. 8, 2021) (Exhibit 1).

Other college and universities' motions to dismiss were also denied pertaining to student plaintiffs' claims in other recent, analogous cases, which Plaintiffs identify by citation without separate attachment. *See, e.g.*, *In re: University of Miami COVID-19 Tuition and Refund Litig.*, Case No. 20-60851-CIV-SINGHAL, 2021 U.S. Dist. LEXIS 42945 (S.D. Fla. Mar. 5, 2021); and *Seslar v. Trustees of Purdue Univ.*, 2021 Ind. Super. LEXIS 77 (Sup. Ct. Ind. Mar. 8, 2021).

Dated: March 22, 2021               Respectfully submitted,

                                    By: */s/ Daniel J. Kurowski*

                                    Daniel J. Kurowski (*Pro Hac Vice*)
                                    Whitney K. Siehl (*Pro Hac Vice*)
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    455 N. Cityfront Plaza Dr., Suite 2410
                                    Chicago, IL 60611
                                    T: (708) 628-4949
                                    dank@hbsslaw.com
                                    whitneys@hbsslaw.com

                                    Steve W. Berman (*Pro Hac Vice*)
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    1301 Second Avenue, Suite 2000
                                    Seattle, WA 98101
                                    T: (206) 623-7292
                                    steve@hbsslaw.com

                                    Kristie LaSalle (BBO #692891)
                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                    55 Cambridge Parkway, Suite 301
                                    Cambridge, MA 02142
                                    T: (617) 482-3700
                                    kristiel@hbsslaw.com

                                    Warren T. Burns (*Pro Hac Vice*)
                                    LeElle Slifer (*Pro Hac Vice*)
                                    Russell G. Herman (*Pro Hac Vice*)
                                    BURNS CHAREST LLP
                                    900 Jackson Street, Suite 500

Dallas, Texas 75202
T: (469) 904-4550
F: (469) 444-5002
wburns@burnscharest.com
lslifer@burnscharest.com
rherman@burnscharest.com

David Pastor (BBO # 391000)
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue 3rd Floor
Boston, MA 02110
T: 617-742-9700
F: 617-742-9701
Dpastor@pastorlawoffice.Com

Alec M. Leslie (*Pro Hac Vice*)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
T: 646-837-7126
F: 212-989-9163
Aleslie@bursor.com

Frederick J. Klorczyk , III (*Pro Hac Vice*)
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
T: (925) 300-4455
F: (925) 407-2700
Fklorczyk@bursor.com

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

- 3 -

- 4 -

## **CERTIFICATE OF SERVICE**

I, Daniel J. Kurowski, hereby certify that on March 22, 2021, the foregoing document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      */s/ Daniel J. Kurowski*
      Daniel J. Kurowski