UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABRAHAM BARKHORDAR, SARAH ZELASKY, and ELLA WECHSLER-MATTHAEI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendant. | No. 1:20-cv-10968-AK<br><br>Hon. Angel Kelley |

**JOINT MOTION FOR PROTECTIVE ORDER AND ORDER REGARDING THE PRODUCTION OF DISCOVERY MATERIAL**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiffs Abraham Barkhordar, Sarah Zelasky, and Ella Wechsler-Matthaei, together with Defendant President and Fellows of Harvard College, jointly request that this Court enter (i) the attached Proposed Protective Order governing the designation, use, and disclosure of confidential information in this litigation (attached hereto as Exhibit A), and (ii) the attached Proposed Order regarding the production of discovery material (attached hereto as Exhibit B).

Dated: August 2, 2022

Respectfully submitted,

By: */s/ Anton Metlitsky*  
Anton Metlitsky (*pro hac vice*)  
O'MELVENY & MYERS LLP  
7 Times Square  
New York, NY 10036  
Telephone:   (212) 326-2000  
Facsimile:    (212) 326-2061  
ametlitsky@omm.com  

By: */s/ Daniel J. Kurowski*  
Kristie LaSalle (BBO #692891)  
HAGENS BERMAN SOBOL SHAPIRO LLP  
55 Cambridge Parkway, Suite 301  
Cambridge, MA 02142  
T: (617) 482-3700  
kristiel@hbsslaw.com  

1

Matthew Powers (*pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
mpowers@omm.com

Victoria L. Steinberg, BBO #666482
Rebecca M. O'Brien, BBO #693592
TODD & WELD LLP
One Federal Street
Boston, MA  02110
Telephone:   (617) 624-4714
Facsimile:   (617) 624-4814
vsteinberg@toddweld.com
robrien@toddweld.com

*Attorneys for Defendant*
*President and Fellows of Harvard College*

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com

Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
T: (708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

Warren T. Burns (*Pro Hac Vice* forthcoming)
LeElle Slifer (*Pro Hac Vice* forthcoming)
Russell G. Herman (*Pro Hac Vice* forthcoming)

BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: (469) 904-4550
F: (469) 444-5002
wburns@burnscharest.com
lslifer@burnscharest.com
rherman@burnscharest.com

David Pastor (BBO # 391000)
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue 3rd Floor
Boston, MA 02110
T: 617-742-9700
F: 617-742-9701
dpastor@pastorlawoffice.com

Alec M. Leslie (*Pro Hac Vice*)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
T: 646-837-7126
F: 212-989-9163
aleslie@bursor.com

Frederick J. Klorczyk , III (*Pro Hac Vice*)
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
T: (925) 300-4455
F: (925) 407-2700
fklorczyk@bursor.com

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

3

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that, pursuant to D. Mass. Local Rule 7.1(A)(2), counsel for Defendant conferred with counsel for Plaintiffs, who join in and assent to the relief requested herein.

*/s/Anton Metlitsky*
Anton Metlitsky

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 2, 2022.

/s/ *Anton Metlitsky*
Anton Metlitsky