**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ABRAHAM BARKHORDAR, SARAH ZELASKY, and ELLA WECHSLER-MATTHAEI, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>     Defendant. | No. 1:20-cv-10968-AK<br><br>Hon. Angel Kelley |

### JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER REGARDING SCHEDULING ORDER

Plaintiffs Abraham Barkhordar, Sarah Zelasky, and Ella Wechsler-Matthaei (collectively, "Plaintiffs"), together with Defendant President and Fellows of Harvard College ("Defendant"), by and through their undersigned counsel, hereby stipulate and make a joint application to extend by ninety (90) days the below-identified deadlines set out in the Court's June 3, 2022 Scheduling Order (ECF No. 126). The Parties assert that good cause exists for this requested extension, as the Parties are continuing to meet and confer in an effort to resolve and/or streamline certain discovery disputes. While the Parties have engaged in good faith effort to adhere to the current schedule, they require the requested extension in part because of unavoidable delays resulting from a number of factors, including the departure from O'Melveny & Myers of the attorney spearheading discovery for Defendant, as well as challenges gathering information over the summer while school has been largely out-of-session and employees have been out-of-the-office.

To date, the Parties have engaged in the following discovery:

- Plaintiffs served Defendant with their First Requests for Production, which

1

included 26 requests.  Defendant responded to the Requests for Production, made

one production in response, and is searching for additional responsive documents,

which it expects to produce shortly.  Defendant is also gathering Electronically

Stored Information (ESI) and will meet and confer with Plaintiffs on custodians

and search terms for review.

- Defendant served Plaintiffs with its First Requests for Production and its First Set

  of Interrogatories, which included 35 requests and 12 requests, respectively.  The

  Parties are meeting and conferring on Plaintiffs' responses.

- Following further document production, the Parties will schedule depositions.

The parties request that the previously-ordered deadlines be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Motion for Class Certification | October 3, 2022 | January 2, 2023 |
| Defendant's Response to Plaintiffs' Motion for Class Certification | October 24, 2022 | January 23, 2023 |
| Deadline to Serve Requests for Production, Interrogatories, and Requests for Admission | November 4, 2022 | February 2, 2023 |
| Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification | November 7, 2022 | February 6, 2023 |
| Close of Fact Discovery | January 9, 2023 | April 10, 2023 |
| Expert Disclosures on Issues on Which a Party Bears the Burden of Proof | January 18, 2023 | April 18, 2023 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rule 26 Expert Disclosures on Issues on Which a Party Does Not Bear the Burden of Proof and/or Date by Which Rebuttal Reports Must Be Served | February 22, 2023 | May 23, 2023 |
| Close of Expert Discovery | March 31, 2023 | June 29, 2023 |
| Status Conference | April 6, 2023 (in-person) | July 5, 2023 |
| Motions for Summary Judgment | May 1, 2023 | July 31, 2023 |
| Responses to Motions for Summary Judgment | May 22, 2023 | August 21, 2023 |
| Replies in Support of Motions for Summary Judgment | June 5, 2022 | September 6, 2023 |
| Trial | September 11, 2023 | December 12, 2023 |

Dated: September 1, 2022                     Respectfully submitted,


By: */s/ Anton Metlitsky_____*
Anton Metlitsky (*pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:     (212) 326-2000
Facsimile:      (212) 326-2061
ametlitsky@omm.com

Matthew Powers (*pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701
mpowers@omm.com

Victoria L. Steinberg, BBO #666482
Rebecca M. O'Brien, BBO #693592

By: */s/ Daniel J. Kurowski_____*
Kristie LaSalle (BBO #692891)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
T: (617) 482-3700
kristiel@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
steve@hbsslaw.com

Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410

3

TODD & WELD LLP
One Federal Street
Boston, MA  02110
Telephone:      (617) 624-4714
Facsimile:      (617) 624-4814
vsteinberg@toddweld.com
robrien@toddweld.com


*Attorneys for Defendant*
*President and Fellows of Harvard College*

Chicago, IL 60611
T: (708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com


Daniel H. Charest (*Pro Hac Vice* forthcoming)
Warren T. Burns (*Pro Hac Vice*)

BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: (469) 904-4550
F: (469) 444-5002
wburns@burnscharest.com
lslifer@burnscharest.com
rherman@burnscharest.com

David Pastor (BBO # 391000)
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue 3rd Floor
Boston, MA 02110
T: 617-742-9700
F: 617-742-9701
dpastor@pastorlawoffice.com

Alec M. Leslie (*Pro Hac Vice*)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
T: 646-837-7126
F: 212-989-9163
aleslie@bursor.com

Frederick J. Klorczyk , III (*Pro Hac Vice*)
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
T: (925) 300-4455
F: (925) 407-2700
fklorczyk@bursor.com

*Attorneys for Plaintiffs, individually and on
behalf of all others similarly situated*

4

## [PROPOSED] ORDER

The Court, having reviewed the Parties' Joint Stipulation and Application to extend the

Scheduling Order deadlines (the "Stipulation"), and **GOOD CAUSE APPEARING**

**THEREFORE, HEREBY ORDERS AS FOLLOWS:**

The Court adopts the proposed deadlines included in the Parties' Stipulation.


**IT IS SO ORDERED.**



   Dates: _____          _____
                                           HON. ANGEL KELLEY
                                           U.S. District Court
                                           District of Massachusetts

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 1, 2022.

/s/ *Anton Metlitsky*
Anton Metlitsky