## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ABRAHAM BARKHORDAR, SARAH ZELASKY, and ELLA WECHSLER-MATTHAEI, individually and on behalf of all others similarly situated,

        Plaintiffs,

    v.

PRESIDENT AND FELLOWS OF HARVARD UNIVERSITY,

        Defendant.

No. 1:20-cv-10968-AK

Hon. Angel Kelley

## NOTICE OF CASE RESOLUTION

TO THE COURT AND ALL PARTIES INTERESTED:

PLEASE TAKE NOTICE that this matter has been resolved and a stipulation of voluntary dismissal will be filed shortly in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: January 9, 2023

Respectfully submitted,

 /s/ Frederick J. Klorczyk III
Frederick J. Klorczyk III (*Pro Hac Vice*)
BURSOR & FISHER, P.A.
1990 North California Blvd, Suite 940
Walnut Creek, CA 94596
T: (925) 300-4455
F: (925) 407-2700
fklorczyk@bursor.com

Alec M. Leslie (*Pro Hac Vice*)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
T: (646) 837-7126
F: (212) 989-9163
aleslie@bursor.com

Kristie LaSalle (BBO # 692891)

HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Cambridge, MA 02109
T: (617) 482-3700
F: (617) 482-3003
kristiel@hbsslaw.com

Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
T: (708) 628-4949
F: (708) 628-4950
dank@hbsslaw.com
whitneys@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594
steve@hbsslaw.com

Warren T. Burns (*Pro Hac Vice*)
Daniel Charest (*Pro Hac Vice*)
Spenser Cox (*Pro Hac Vice pending*)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
T: (469) 904-4550
F: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com
scox@burnscharest.com

David Pastor (BBO # 391000)
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
T: (617) 742-9700
F: (617) 742-9701
dpastor@pastorlawoffice.com

*Attorneys for Plaintiffs, individually on behalf*
*of all others similarly situated*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 9, 2023, the foregoing document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

 /s/ Frederick J. Klorczyk, III