UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABRAHAM BARKHORDAR, SARAH ZELASKY, and ELLA WECHSLER-MATTHAEI, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Defendant. | Civil Action No. 1:20-cv-10968-AK<br><br>Hon. Angel Kelley |

### STIPULATION OF DISMISSAL PURSUANT TO
### FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above captioned action, that the Complaint of Plaintiffs Abraham Barkhordar, Sarah Zelasky, and Ella Wechsler-Matthaei against Defendant President and Fellows of Harvard College is hereby dismissed with prejudice, without costs or disbursements to any party against any other.

Dated: February 28, 2023                                           Respectfully submitted,

/s/  Frederick J. Klorczyk III                                     /s/ Anton Metlitsky

Frederick J. Klorczyk III (*pro hac vice*)                          Anton Metlitsky (*pro hac vice*)
BURSOR & FISHER, P.A.                                              ametlitsky@omm.com
1990 North California Blvd, Suite 940                              O'MELVENY & MYERS LLP
Walnut Creek, CA 94596                                             7 Times Square
T: (925) 300-4455                                                  New York, NY 10036
F: (925) 407-2700                                                  Telephone:     (212) 326-2000
fklorczyk@bursor.com                                               Facsimile:     (212) 326-2061

Alec M. Leslie (*pro hac vice*)                                     Matthew Powers (*pro hac vice*)
BURSOR & FISHER, P.A.                                              mpowers@omm.com
888 Seventh Avenue                                                 O'MELVENY & MYERS LLP
New York, NY 10019                                                 Two Embarcadero Center
T: (646) 837-7126                                                  San Francisco, CA 94111
F: (212) 989-9163                                                  Telephone:     (415) 984-8700
aleslie@bursor.com                                                 Facsimile:     (415) 984-8701

Kristie LaSalle (BBO # 692891)                                     Victoria L. Steinberg, BBO # 666482
HAGENS BERMAN SOBOL SHAPIRO LLP                                    CLOHERTY & STEINBERG LLP
1 Faneuil Hall Square, 5th Floor                                   33 Arch Street
Cambridge, MA 02109                                                Boston, MA  02110
T: (617) 482-3700                                                  vsteinberg@clohertysteinberg.com
F: (617) 482-3003
kristiel@hbsslaw.com                                               *Attorneys for Defendant,*
                                                                   *President and Fellows of Harvard College*

Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
T: (708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594
steve@hbsslaw.com

Warren T. Burns (*pro hac vice*)
Daniel Charest (*pro hac vice*)
Spenser Cox (*pro hac vice* pending)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
T: (469) 904-4550
F: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com
scox@burnscharest.com

David Pastor (BBO # 391000)
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
T: (617) 742-9700
F: (617) 742-9701
dpastor@pastorlawoffice.com

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 28, 2023.

_____/s/ Anton Metlitsky____
Anton Metlitsky
